Flag-waving businesses take Old Glory to streets | Gazette, The (Colorado Springs) Newspaper | Find Articles at BNET

Exhibit 100 / Page 1

- Find Articles in:
- All
- Business
- Reference
- Technology
- Lifestyle
- Newspaper Collection

- Breaking News Food and wine events
- Breaking News Ask Amy: What To Do When the Doctor Isn t in the House
- Breaking News Ed Blonz: Keep your diet normal pre-surgery
- Breaking News What chutzpah

- 
- 
- 
- 

# Flag-waving businesses take Old Glory to streets

## 0 Comments | Gazette, The (Colorado Springs), Jul 4, 2007 | by RICH LADEN

In Woodland Park, it's become as much a July Fourth tradition as fireworks: small American flags planted in lawns, placed in flower boxes or tucked onto the sides of mailboxes.

The flags are courtesy of local real estate agent Sharon Roshek, who distributed 3,000 flags Tuesday to Woodland Park neighborhoods. It's the 19th year she's handed out flags.

"I'd like to give something back to the community, and we love the Fourth of July," Roshek said.

In Colorado Springs, real estate agent Kevin Patterson distributes up- ward of 1,100 flags for July Fourth, something he also does on Memorial Day.

## Most Popular Articles

- Bill Hicks: the rip vip
- America's "other" private schools
- Gender Stratification
- Muscle loss, weight gain part of aging
- Feds order Dow to clean up chemical

## Most Recent Articles

## Most Popular Publications

Exhibit _100_ Page _2_

## Most Recent Publications

At Mike Shaw Buick Pontiac GMC in the Springs, the flag is part of marketing promotions for today's holiday, although the dealership also incorporates the red, white and blue image year-round.

For some businesses, flag waving goes hand-in-hand with parades and barbecues on Independence Day they'll use flags in their advertisements, hang them in their stores or hand them out to customers.

Other businesses, however, say waving the flag while attaching a company name to it turns it into a marketing prop.

"You don't want to be out there exploiting the flag for commercial business," said Andrew Zuppa, marketing director for Englewood-based American Furniture Warehouse, which has a store in the Springs. "I just think it's inappropriate."

American Furniture Warehouse incorporates a flag into its company logo, but that design was in place years ago, before current owner Jake Jabs took over, Zuppa said.

Perhaps the only time American Furniture Warehouse used the flag in a newspaper ad was a few days after Sept. 11, 2001, when the company ran a full-page, printed version that readers could cut out and save, Zuppa said.

"We weren't trying to promote the business, and we weren't trying to sell anything," Zuppa said.

Neither are they, say Roshek, Patterson and others.

Roshek spent about $4,500 on this year's flag project, which starts when she buys them in January. Tuesday, eight adults drove 25 kids around; Roshek pays them $25 each to distribute the flags. They covered much of Woodland Park and nearby areas in about four hours, she said.

Roshek attaches a small sticker on the wooden pole that says the flags are courtesy of The Roshek Group of Coldwell Banker, 1st Choice. She's been selling homes in the Pikes Peak region for 25 years.

Every year, Roshek said, she gets maybe one or two complaints from people who don't believe the flag deserves to be flown.

She doesn't care, she said. Most people enjoy receiving the flags, and criticism that she's using the flag as a marketing tool is silly, she said.

"The kids love it, the people love it," she said. "They come to expect it, and I'm known as 'the flag lady.' If it gets me some more business, great. But that's not why I spend $4,500. This community has been great to me. I can't think of a better way to give back."

Patterson is a longtime real estate agent and a former Marine captain who served five years of active duty and three years in the reserves. His father, Bud, also a Springs agent, served in Vietnam as a member of the Air Force and retired as a lieutenant colonel.

The Pattersons limit their flag distribution to current or past clients and friends because a few people complained in the past about receiving them, Kevin Patterson said.

He attaches a small card that includes his name and "happy holiday, in remembrance," Patterson said.

"It's not meant to be a commercial thing," he said. "That kind of cheapens it."

American flags fly permanently at Mike Shaw Buick Pontiac GMC, on Motor City Drive on Colorado Springs' west side; the dealership uses flags in July Fourth marketing promotions and incorporates the red, white and blue image year-round.

Whether it's painted on window displays or posted in employee offices, the flag shows support for American troops, past and present, said Chad Yeknich, sales manager.

"Most of our staff is prior military," he said, "and we have a big military customer base. We see it as purely patriotic -- we want to show our support for the people who wear the uniform."

Plus, flying Old Glory goes hand-in-hand with General Motors Corp.'s products, Yeknich said.

"We sell American-made cars," he said. "And we have an import store next to us. It (the flag) helps remind people there's an American company behind what we sell."

Copyright 2007
Provided by ProQuest Information and Learning Company. All rights Reserved.

Exhibit 100 / Page 3

· Complete Forecast : Homepage : RSS Feeds : About Us : Contact Us : Adver



**Everything Michigan**

○ SEARCH: Enter Keyword(s)     [GO]

# SENSE ⬤ COMMUNITY

· About Sense of Community
· ...

**Latest Posts**
· From the first day to now, a Sense of Community
· Lela McGee's dream: 'Transform a life'
· Sybyl Atwood lives on with Sybyl's List
· Arlene Ruhala
· Bill Morgan

**Categories**

**Favorite Links**
· The Flint Journal Home

**Archived Posts**

## Mary Sumpter
Posted by Steve Jessmore | The Flint Journal July 10, 2005 23:26PM

**CONTESTS**
Contests and Games
Click Here

**FROM OUR ADVERTISERS**
· See coupons and value for local businesses. Click here!
· The solution.com will Save you Time and Money on your Move.



Steve Jessmore/ The Flint Journal
Mary Sumpter pauses as she places flags in downtown Durand at sunrise on the Fourth of July. Sumpter lines the streets of Vernon, Bancroft and Durand with flags every year for the holiday. "It's my way of saying thank you to the community," she said.

"I love my community and we're all involved. It's what the people here are.

We all do the same thing. There are so many dedicated people. "I started this through my real estate, but I was so offended that anyone would attach a real estate card with their name on it to the American flag. I said 'I want to do the flags but find that so offensive.' I just couldn't.

"After I did the flags the first year, I was standing in line at the store and this gentleman asked me, 'Are you the flag lady? Did you do the Fourth of July flags? It was so good,' he said. It was so precious. That's what it's all about: just that little reaction, really.

"I came here and fall in love with all this is who I am, I guess. I'm very happy here. I would never want to live anywhere else. It's a neat place to be. We have the neatest things here, and the (Durand Union Station) depot kind of brings us together.

"It's a sense of America. It's where I work every day. I've had other companies say 'Oh, you should leave and come work with us, we sell the big houses,' I say 'good for you.' This is who I am, this is where I am. We've lived here 34 years. I love being in Durand. I love it here. I just love this town."

👤 Mary Sumpter, 65, of Burns Township is known as the "Flag Lady" to many in the Durand area. Each Fourth of July for the past dozen years, Sumpter has lined the streets of Durand, Bancroft and Vernon with 3,000 American-made U.S flags. She has enlisted the help of area groups including the Future Farmers of America, Durand cheerleaders, Girl scouts and soccer club, making donations to the groups. In return for their help in placing the flags. Sumpter also donated hundreds of flags to Durand Middle School after Sept. 11, 2001, as well as numerous others, large and small, to the community. She has a background in accounting and finance and was Burns Township clerk and a Township Board member before getting into real estate 13 years ago. She works with Coldwell Banker Diane Poll Realty, Inc., in Morrice. She is also active in the Durand Chamber of Commerce, Railroad Days committee, Kiwanis Club and has been the Beautiful Baby Contest chairwoman for 10 years. She and husband Chuck have two children and three grandchildren.

12 yrs
=1993

Use of this site constitutes acceptance of our User Agreement. Please read our Privacy Policy.

Community Rules apply to all content you upload or otherwise submit to this

Exhibit 1002
Page 1

Factiva                                                                                      1

Exhibit 1003 Page 1

Germantown Appeal
**SHARING FLAGS PROMOTES PATRIOTISM**
Joyce Friedman Special to Germantown Appeal
Joyce Friedman Special to Germantown Appeal
175 words
29 July 2004
The Commercial Appeal
MMPH
Final
GM2
English
Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

Tammy Bunnell, a sales associate with Crye-Leike Realtors' Germantown-Poplar branch office, distributed 450 American flags the
week before the Fourth of July, just as she has been doing for the past 10 years.

Bunnell shared flags with residents in the Halle Plantation subdivision in Collierville and the Oak Run subdivision in Germantown.

Every Memorial Day, Flag Day, Independence Day and Labor Day for the past 26 years, Crye-Leike sales associates have spread
the spirit of patriotism by placing miniature American flags in neighborhood yards, as a complimentary gift to honor our country's
national holidays.                                                           ~ 26 YEARS

Fifty-thousand flags are distributed every year.

Chief executive officer Harold E. Crye said it's "our company's duty to promote patriotism, and this Crye-Leike tradition gives our
sales associates the opportunity to participate."

photo; ; Caption: Crye-Leike Realtors sales associate Tammy Bunnell distributed 450 flags in Germantown and Collierville in
celebration of the Fourth of July.                                           1994

Document MMPH000020040730e07t0007h

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 2:29 /

**Effort by Lowndes County realtor plants 5,000 American flags for 4th**
245 words
4 July 1997
09:59 AM
Associated Press Newswires
APRS
English
Copyright 1997. The Associated Press. All Rights Reserved.

COLUMBUS, Miss. (AP) - A Columbus realtor has donated about 5,000 American flags to local residents for the Fourth of July holiday.

Don West, manager of the Coldwell Banker office in Columbus, said his branch planted the flags Thursday in Columbus, Caledonia and New Hope.

Jim Hart, 74, was one of the first to receive a flag on his block. Hart, a retired Navy man, said he hadn't seen anything like Coldwell Banker's distribution drive aside from his work with the Civitans.

"I think it's a genuine attempt to remind us that we are Americans," he said.

West's company has been providing this Fourth of July service to the community for about a decade now, he said, as a reminder of the connection between being "proud to be an American and dream of owning a home, too."

Coldwell Banker realty branches throughout the nation participated in a flag drive Thursday, planting thousands of copies of the Stars and Stripes in yards in cities across the country.

Assisting West and his agents in their patriotic duties in Lowndes County were the members of the 13-year-old division of the Columbus All-Star baseball team.

The team got paid a modest sum from the realty agency, which team member Craig Crowley said will help finance its trips to summer playoffs, such as a road trip to Vicksburg next week.

Rush

Document aprs000020011005dt740bx4i

© 2009 Factiva, Inc. All rights reserved.

*1487*

Exhibit _1004_ Page _1_

Factiva                                                                                                          12/2/09 3:09

LOCAL
**Dance class lined up at center**
Virginia Harford
The Press-Enterprise
622 words
23 July 1993
The Press-Enterprise Riverside, CA
RVSD
RIVERSIDE NORTH; RIVERSIDE SOUTH
B07
English
(Copyright 1993)

LINE DANCING CLASSES: Mickey Tetley of Redlands has started a new line dancing class in Grand Terrace. She formerly taught line dancing at the Grand Terrace Senior's Club, of which she is still a member. Her sons, Frank and Glen, still live in Grand Terrace. Frank is a commissioner with the Juvenile Hall division of the San Bernardino County Probation Department and Glen is an agent for a stock brokerage firm in San Bernardino.

Mickey is teaching beginning line dancing at 9 a.m. and intermediate at 10 a.m. Tuesdays at the Grand Terrace Community Center. The cost is $2 per class session. For information, call Mickey at (909) 793-2513.

FOURTH OF JULY FLAGS: For the past 11 years, Grand Terrace resident Barbara Bayus has placed thousands of American flags on the curbs of local residents on the Fourth of July. It is a sight to see the flags flying along all the streets. This year Barbara distributed 750 flags.

Barbara said she loves doing the flags and it makes her feel patriotic. She includes her real estate business cards with the flags. Barbara is an active member of the Grand Terrace Chamber of Commerce and for the past few years has co-chaired the Grand Terrace Days parade with Debra Mueller. She is also an accomplished artist, having exhibited her oil paintings at the Grand Terrace Art Show.

HIGHGROVE MEETING: According to Barney Barnett, chairman for County Service Area 126, there will be a meeting at 7 p.m. Tuesday at the United Methodist Church, 938 W. Center St., Highgrove. The main item on the agenda is the proposed senior/community center. Also, applications are being accepted for the Highgrove advisory board. For information, call Barney at (909) 683-4994.

GRAND TERRACE 4-H UPDATE: The Grand Terrace 4-H Club placed first in the float division and won best overall float for the Grand Terrace Days parade. The San Bernardino County 4-H recently held its annual achievement night. Active members submitted a record book of the year's events and judged the books which were then sent to the county level for additional judging. Brenda Cowan was junior county winner for consumer education, Cheryl Cowan was junior county winner for woodworking and Robin Hohense was chosen senior medalist for computer. Melissa and Megan Pierce won medals in mini gardens and Ronnie Pierce was senior county winner for entomology. Tracy Sawyer won senior county distinction for arts and crafts and Laura Texera was senior county winner for rabbits. Zack West was chosen junior county winner for rabbits. All the winners are from the Grand Terrace/Highgrove area.

The Grand Terrace 4-H club was chosen as best medium-size outstanding club for 1992-93. Zack was chosen as outstanding junior member for 1992-93.

WASTE DISPOSAL: The closest place to Grand Terrace for free disposal of household hazardous waste such as paint, gasoline, glue, hydrochloric acid, antifreeze, pesticides, and outdated medications is the Redlands city yard, 500 Kansas St., Redlands. It is open to accept hazardous waste 9:30 a.m. to12:30 p.m. Saturdays. For information, call (909) 387-2900. Prewitt's Chevron station at 1241 Washington St. will take up to five quarts of motor oil with a charge of 25 cents per gallon.

Got an item for Community Life? In the Grand Terrace and Highgrove areas, send information to Virginia Harford, 11825 Arliss Way, Grand Terrace, Calif. 92324 or call her at (909) 825-7800. When submitting information by mail, please include a phone number. Harford has lived in Grand Terrace since 1965 and has been a Community Life columnist since 1984.

Document rvsd000020011101dp7n00cxz

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 3:14 /

H;FRIDAY HOME GUIDE;REALTORS IN THE NEWS
**VIRGINIA**
758 words
26 June 1992
The Washington Times
WATI
2
H5
English
© 1992 Washington Times Library. Provided by ProQuest Information and Learning. All rights reserved.

VIRGINIA

Peggy Oremland of RE/MAX Heritage at Fair Lakes has won dual honors for the company for the month of April, according to broker-owner Tom Carnell.

Ms. Oremland obtained the greatest number of ratified sales contracts and also led the company in actual sales brought to settlement during April.

* Samson Financial Group, a Northern Virginia real estate investment group, welcomes Margaret Cooley, CPA, as controller.

Mrs. Cooley formerly was with Perpetual Savings Bank, where she was division controller, responsible for the subsidiary handling real estate owned (REO) properties.

* Kim McClary, a sales associate with Long &Foster Realtors' Franconia office, has been named top producer for May, producing more than $1.5 million in volume.

Another sales associate with the Franconia office, Debbie Gorham, has been named for outstanding achievement for producing more than $1 million in volume for May.

Ms. McClary, a six-year real estate professional, and Ms. Gorham, a three-year real estate professional, are both active members of the Northern Virginia Board of Realtors.

* Mount Vernon-Weichert, Realtors' Arlington office recently honored the office's top agents for the month of April.

The office's top producer was Jim Cox, who had production volume of nearly $2 million.

Justine Maday was honored as office top lister by number, and Jeff Grizzard was top lister by volume.

Top salesperson for the month was Nancy Grady. She had the highest number of sales and the highest dollar volume of sales.

* Ed Huebner of RE/MAX Affiliates in Franconia has earned top sales achiever honors for the month of April, following his award-winning month of March.

MARYLAND

Town and Country Properties of Gaithersburg announced that Debbi Ridenour was named the top listing agent in Maryland for 1992 at its annual awards ceremony.

Ms. Ridenour also was awarded membership in the Presidents Club.

* Brian Smith, a sales associate at the Rockville/Gaithersburg office of Shannon &Luchs Realtors, recently was recognized for outstanding achievements for the first quarter of 1992 for the office.

Mr. Smith, a resident of Gaithersburg, was honored for top total sales, top total transactions, total dollar volume and for being the top first-year licensee for the office during the first quarter.

* Celina Eno Orudiakumo, a newly licensed agent, has joined the Langley Park/Hyattsville office of Chase Real Estate as an associate.

* Realtor Jan Clifford has joined the professional staff of ERA Vinson &Associates in its Rockville office.

Mr. Clifford has more than 15 years of experience. An associate broker, he belongs to the Washington, D.C., and Montgomery County Board of Realtors. Mr. Clifford specializes in the sale of tenant-occupied properties.

Another Realtor to join the staff at the Rockville office is Ray Owen. He is an associate broker specializing in land and investment properties.

* Emerick Peace of Clinton has decided to affiliate with the Prudential Preferred Properties office in Camp Springs.

Mr. Peace said he chose Prudential because they "emphasize constant training, all the offices have computers and company computer programs to help us be more productive."

Exhibit ____ Page ____

12/2/09 3:14

## DISTRICT

* Sylvia Bergstrom, a sales professional at the Chevy Chase/Uptown office of Shannon &Luchs Realtors, was recently recognized as the top producer for the office. She also was recognized for top listings sold and top volume.

Ms. Bergstrom was recognized as one of the top 15 sales professionals for top volume for the entire Shannon &Luchs company in 1990.

Ms. Bergstrom joined the company in late 1982 after nine years as a top Realtor in North Dakota and has been a consistent award winner in the real estate industry. Since 1983, she has earned membership in the company's top sales clubs and has been inducted into the Washington, D.C., Association of Realtors' Top Producers Club since 1983.

* Coldwell Banker Baltimore/Washington has announced its seventh annual Celebrate America event, held in conjunction with the Fourth of July holiday.

Celebrate America encompasses a companywide outreach effort including fund raising for local charities and the planting of hundreds of thousands of flags.

The Washington office will hold its annual canned food drive to benefit SOME (So Others Might Eat), a soup kitchen in the District. Canned food donations can be dropped off at the Coldwell Banker D.C. office, 4801 Wisconsin Ave. NW.

Realtors in the News is a regular feature of the Friday Home Guide. Send your information to Jennifer Merrill, The Washington Times, 3600 New York Ave. NE, Washington, D.C. 20002.

Photos, NO CAPTION

Document wati000020011108do6q00c4q

© 2009 Factiva, Inc. All rights reserved.



Factiva

12/2/09 3:18 ʌ

**Firm helps spread patriotism**
Steve Lipsher; Denver Post Staff Writer
254 words
5 July 1991
Denver Post
DNVR
1B
English
© 1991 Denver Post. Provided by ProQuest Information and Learning. All rights reserved.

A real-estate firm's Fourth of July publicity stunt elicited heartwarming patriotism when metro-area residents awoke to find U.S. flags in every yard.

There is a decidedly foreign footnote, though.

These star-spangled banners were made in Taiwan.

But free enterprise is the American way, and this was a display of Americanism where the bottom line counted.

The Taiwanese flags cost only about 21 cents a piece, compared with the 58-cent price for the U.S. version, said one employee of Coldwell-Banker, which orchestrated the massive giveaway.

Dozens of the company's agents and employees planted the 11-by-16-inch plastic flags in most neighborhoods under the cloak of darkness, leaving tens of thousands behind.

"It really made you feel good after that sun came up and you drove down the streets and saw what you did," said William Huspeni, a Coldwell-Banker Realtor who personally deposited more than 1,100 flags.

The realty company sent postcards to residents a couple of weeks ago informing them of the stunt, allowing anyone who didn't want a flag to respond.

"Most people were real receptive to it," Huspeni said.

The company actually had problems coming up with enough flags, Huspeni said.

"The phone has been ringing off the hook.

"We've had people call and say they wanted extra flags or they didn't get one. We had people who called and said someone had stolen their flag, too."

Document dnvr000020011109dn7500ahr

© 2009 Factiva, Inc. All rights reserved.

Factiva                                                                                                                    12/2/09 3:23

Exhibit _1008_ Page _1_

## ST. LOUIS POST-DISPATCH

NEWS
**FLAG SELLER RECOUNTS BURNING**
By Tom Uhlenbrock Of the Post-Dispatch Staff
730 words
2 July 1989
St. Louis Post-Dispatch
SLMO
EDITION: LATE FIVE STAR
PAGE: 6D
English
Copyright 1989, St. Louis Post-Dispatch. All Rights Reserved.

A quirk of fate has put Jim Fudge - "Just like in candy" - smack dab in the middle of the flag-burning furor.

Fudge is a spokesman for Betsy Ross Flag Girl Inc., which sells American flags throughout the nation. A call to the company's St. Louis office Friday was forwarded to Fudge at Betsy Ross headquarters in Dallas.

"We sell flags and anything that goes along with flags," said Fudge.

But Fudge has not always been a flag merchant.

In 1984, he was an auditor for the Mercantile National Bank of Dallas when a young man ran off with an American flag that was one of several the bank had posted to welcome the Republican National Convention.

The flag wound up in the hands of Gregory L. Johnson, who doused it with kerosene and set it afire to protest the policies of President Ronald Reagan. Johnson was convicted for burning the flag, and it was that conviction that was overturned by the U.S. Supreme Court recently.

"I remember the day perfectly well," Fudge said. "One of the guards reported a gentleman had grabbed the flag and was running down the street."

Fudge said he took early retirement from the bank. "It's a strange coincidence that I ended up in the flag business," he said.

The uproar over the Supreme Court's decision has resulted not only in proposals for a constitutional amendment prohibiting flag burning, but also calls for a fireproof flag.

Fudge said President George Bush and other politicians are rallying around the flag because "it's a politically good thing. It's like motherhood and apple pie."

"It's something you can make a positive statement about and the few you would offend would be a minority," he said. "Like the guy who burned the flag, I'm sure you'd offend him."

While Fudge said a constitutional amendment would appease those worried about flag burning, he said he wasn't so hot about the fireproof flag idea.

"That would be strictly nothing but a sales gimmick," he said. "I don't see the point. I can't see people just going out and burning flags all over the place."

The flag selling business, historically, hits a peak on the Fourth of July when patriotic fevers run high.

This year, Fudge said, sales are even higher because of anger over the recent Supreme Court's decision.

"People are buying flags to show their consternation, or whatever," Fudge said.

Thousands of homeowners in the St. Louis metropolitan area got their flags free this weekend, courtesy of Coldwell Banker. The real estate company for years has been marking the Fourth of July with small American flags stuck in the front lawns of homes.

"We started this out in the St. Charles County area; last year, they put out about 10,000 flags," said Leonard Million, manager of the Crestwood office, which distributed 1,700 flags.

"We didn't do it this year because of the flag-burning episodes," Million said. "But obviously, with that very much in everyone's mind, it's certainly relevant. It certainly hits home."

Paul Jokerst III lives in St. Charles, but he put out his own flag. Like several others in the area, Jokerst is flying his flag at half-staff to protest the Supreme Court's decision.

"I don't see how they can take our symbol for freedom and say that under certain conditions you could burn it," said Jokerst, 22. "There's other things that people can do with freedom of speech , you don't have to burn the flag."

Jokerst said his whole family - from his grandfather, Paul Jokerst Sr., 64, and father, Paul Jr., to his brother, Cory, 14 - feels strongly about the flag.

"He was a radio operator in a bomber in World War II," Jokerst said of his grandfather. "I raise the flag in the morning and my little brother takes it down at night.

"The way I look at it, and the way my grandfather does, is I don't ever want to catch anybody burning the flag."

SKETCH by Knight-Ridder Tribune News / PAULSOUTAR - Displaying the flag - Sketches of the parts of the flag and the various positions it can be displayed in. Explanation and description of the various positions.

Document SLMO000020040702dl72002p8

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 3:28

Exhibit ___/__ Page /

PERSPECTIVE
**Downing of Iranian airliner by U.S. ship debated Series: LETTERS**
3147 words
10 July 1988
St. Petersburg Times
STPT
CITY
3D
English
(Copyright 1988)

Editor: The reaction of the Navy in shooting down the Iranian Airbus is inexcusable.

First, the Vincennes should have been aware of the schedules and routes of commercial traffic in the area, not relying on a frantic, non-productive search in the Airline Guide while the plane was headed its way at 300 miles per hour.

Second, it was receiving transponder signals from the plane that identified it as a commercial aircraft, even if, as the Navy protests, it was receiving military transponder signals at the same time.

Third, it insisted on a reply from radio calls for identification without regard to the possibility that the Airbus was not tuned to those frequencies, or that the pilot intentionally was disregarding the demands of the insolent intruder on its air lanes.

Fourth, had the cruiser no defense against a missile or aircraft approaching the warship when it was ready and alert for such an attack should it occur?

If the plane was ascending or descending, in its corridor or a few miles off, the Navy is searching for excuses for its equipment failure and poor judgment in an emergency, which cost the lives of almost 300 innocent victims. Don Thomas, lieutenant, USNR, retired, Dunedin

Editor: It's with great sadness and disgust that I, with millions of Americans, try and digest this awful tragedy of a U.S. warship blowing up a civilian jetliner. This is one more hideous example of President Reagan's pathetic, non-existent foreign policy! What are we doing in the Persian Gulf? Protecting whose interests?

The Iranian people have despised us ever since we supported the shah of Iran, our puppet dictator, for over 20 years. When the people rose up, he fled with all the government treasury and we aided him by opening our country and banks to this dying man and his money. Now the Iranians will hate us many times over, and who can blame them?

Of course, comparisons will be made with the KAL airliner shot down by the Soviets five years ago. The KAL jet was over Soviet territory and was 365 miles off its normal course. The Iranian jetliner was on its regularly scheduled flight over international waters. The Vincennes was busily engaged in sinking three Iranian gunboats, which it did. Whose war are we fighting? If it is a war, it's undeclared war on our part. I don't blame the men, I blame the government that placed them in that hostile situation.

In regard to our foreign policy: If Dukakis doesn't take the ball and run with this one, he's dumber than I think he is! Jennie Kranak, Port Richey

Editor: It is regrettable that innocent people died when that plane was shot down in the Persian Gulf, but it was bound to happen after the attack on the USS Stark, and it will happen again until the planes stay out of range of our ships. Blame Iran, or Iraq, or our leaders. Our men have been placed in a no-win war situation where they are damned if they defend themselves and damned if they don't.

The leaders get into a snit, start a war and the innocent pay for it. This has been going on for thousands of years and there is no end to it. World War III would have started long ago if the leaders could be sure that they could survive and profit from a nuclear war. Edward Alden, New Port Richey

Editor: Your July 5 editorial, The Persian Gulf tragedy, left me in a state of shock. Without the benefit of an in-depth investigation, you propose we make ``restitution`` to the relatives of the 290 who perished. It is irresponsible people like you who undermine our government.

You must have forgotten the losses we have suffered because of Iran and now you want to appease them!

As with many, your apparent method of making things ``right`` in the eyes of the world is to take out our checkbook. How wrong and misleading you are! Brian A. Richardson, Tampa

Editor: It seems to me the Pentagon should get its act together when it sends an order to attack a civilian aircraft.

When President Reagan ordered an attack on Libya, France refused to let the planes fly over its territory. The planes had to detour several thousand miles to not violate their air space on this mission.

It seems to me we are saying we control all the air space in that region. It seem to me that is a violation of international law. Ercil F. Young, Spring Hill

Editor: Facts: The U.S. Vincennes was in direct confrontation with Iranian gunboats previous to the downing of the plane. The plane did not follow the prescribed air route to Dubai. The plane was continuously radioed by the Vincennes requesting identity,

plane did not follow the prescribed air route to Dubai. The plane was continuously radioed by the Vincennes requesting identity, and last, but most importantly, a fact we all must take into consideration, that the Iranians, or the majority of them, are religious fanatics fighting a holy crusade in their minds.

I believe and give high suspicion to the reason that the plane was flying off of the usual prescribed course and failed to return radio contact: Who would think that a passenger plane could, quite possibly, be in possession of an explosive device of sorts? Would not this theory open up a whole new episode of terrorism? Being a civilian passenger plane, it could virtually pass without second thought by the U.S. forces, yet cause much damage! A new thought to ponder. Keith Malone, St. Petersburg

Editor: I feel that there should be no discussion of compensation until all of the American hostages are freed and back on American soil. After that, monetary compensation should be negotiated, taking into consideration the compensation owed to the hostages and their families for their pain and suffering and that amount deducted.

It is time that we started to play hardball with this bunch of -----. Joseph W. Ross, Brooksville

Editor: Your editorial, The Persian Gulf tragedy (July 5), is a tragedy in itself. Why are you proclaiming America instantly guilty for a defensive action against a nation whose loftiest virtue is martyrdom born of fanatical hatred? We already have enough countries criticizing us - either from resentment, hatred or looking for another handout because they feel we owe it to them - without our own people continually beating their breasts with mea culpas as reflected in every paragraph of your editorial.

To even state that the Vincennes captain made a different decision ``perhaps with the USS Stark in mind`` is just as deplorable as equating our 212th anniversary to the incident as an ``irony of timing`` for which there was absolutely no need except for media dramatics.

Your thinking further scrapes the barrel bottom by comparison with the KAL incident, the only similarity of which was that both were commercial airliners. The similarity ends there absolutely. Even more repugnant is your statement of ``our initial attempts to deflect responsibility`` by, first, including it with the Soviet KAL action and, secondly, totally ignoring the very clear fact that our response - not responsibility - was immediate, forthright and as factual as the known circumstances could then be. Please apply the word ``deflect`` where it properly belongs - to the Soviets who took several days, after lying, to respond at all to the KAL incident. Again, media dramatics at work.

Exactly how are we now in the ``impossible position of explaining our actions`` by comparing them to terrorist attacks and random violence against us? Are you certain your article was not ghosted by Vladimir Posner, Moscow's own propagandist par excellence? Donald P. Jones, South Pasadena

Editor: It's truly sad that hundreds of innocent people died as a result of the Iran-Iraq conflict.

Personally, I think we're wrong in protecting the tankers. However, that's a different story. We're there - like it or not.

My reason for writing is it makes my blood boil that there is a suggestion by one of our presidential contenders, the Rev. Jesse Jackson, that we should even think of reparations to the families of the victims!

Yeah, if it hurts, throw money at it!

Whose money? The American taxpayers! We're caught up in the middle of a conflict, or war, depending on one's point of view. War victims' families don't receive reparations.

Who's to say that the Iranians didn't send that plane off course to divert the attention of our sailors? Why do some people have to blame our people? We're not perfect, that's for sure, but danged if I want to see anymore of our boys blown to bits!

Of course, I feel bad for the families of the victims, but our nation could very well have been bigger victims.

Three cheers for Capt. Will C. Rogers III!

Stand up for our own and quit this beating our people with guilt! No money, apologies or condolences. Enough is enough. Mrs. Kenneth C. Brown, St. Petersburg

Editor: It is one thing to explain and justify the downing of Iran Air Flight 655 in the Persian Gulf.

It is another thing when the Ayatollah Khomeini regime demanded some kind of a monetary restitution. I suggest $444 per Iranian for a nice round arrogant figure. Edward K. Clohessy, Largo

Editor: The controversial plight of the Navy cruiser, the Vincennes, is as nothing compared to its World War II predecessor, an earlier Vincennes. The night of April 8, 1942, found that Vincennes, together with a cruiser task force, steaming toward the tiny island of Savo, off the much larger and infinitely more famous island of Guadalcanal.

The Americans were attempting to land troop transports on Guadalcanal to neutralize and capture the island from Japanese troops which had landed there in June and which were rapidly developing a landing field for its Zero fighter planes and Betty bombers. Arrayed with the Vincennes were its sister cruisers the Chicago, Camberra, Astoria and Quincy. In a dismal tale of American and Allied naval bungling, incompetence and indifference, all five cruisers were hurriedly sunk, either that night, as in the case of three of them, including the Vincennes, or later the next day by our forces since they were too badly damaged to be salvaged. The death toll included 1,300 American and Allied sailors, with another 700 badly burned or injured. No Japanese ships were sunk by our surface units, although one of our subs, the S-44, later sank the enemy cruiser Kako.

Up to that point, the American Navy had little regard for its Japanese counterpart and considered its personnel gravely deficient in both eyesight and gunnery accuracy. Witty and obscene jibes about Japanese myopia were prevalent on both sides. The Japanese regarded the American soldiers with equal contempt. However, when the battle for Guadalcanal ended nearly six months later, the Americans were in total command of this strategically vital island, whereas the Japanese evacuated, leaving behind more than 20,000 of their dead soldiers, together with 800 of their aircraft shot down.

In that six month battle for Guadalcanal the heroism of American Marines rose to nearly unparalleled levels. Rarely if ever have American combat troops accomplished so much with so little equipment and pitted against such implacable troops as the Japanese. What was so galling to those ``Gyrenes`` was the official indifference in Washington and, what's worse, in naval headquarters in Noumea in the Southwest Pacific.

While the battle in the Pacific had a long way to go, the smart money on both sides knew which side would win.

A famous military historian in ancient China, Sun Tzu, spoke words of great comfort to Capt. Will Rogers, skipper of the 1988 Vincennes: ``In war do not presume the enemy will not come, but prepare to meet him.`` R. J. Sivlur, St. Petersburg A happy Fourth

Editor: I would like to congratulate Mr. Randy Pritchard, president, St. Petersburg July 4th Celebration Inc., and his organization for providing such a wonderful Fourth of July celebration for the city of St. Petersburg. The day-long events staged at Straub Park were such fun for our citizens. Our beautiful waterfront parks continue to be the focal point of many year-round events, but perhaps none as much fun as the Fourth of July.

Although the city gets the credit for this event, I would like to point out it is through the efforts of Mr. Pritchard and his volunteer organization that this event is staged - the city merely helps out.

Thanks you to the St. Petersburg Times, First Florida Banks, WTKN, Q-105, WCIE, WXFL and Tropical Blend for providing the funding that made this year's Skyblast. Ron Mason, council member, St. Petersburg

Editor: I am writing to commend you (the St. Petersburg Times) as a co-sponsor of the St. Petersburg Skyblast July Fourth celebration. Once again this year, the day-long festivities were a lot of fun, and the fireworks were spectacular! They just get better each year.

Q-105's broadcast of the patriotic music program was great, as it helped to top off an emotional event. As a nine-year resident of St. Petersburg and the beaches, I was glad I chose Skyblast to celebrate the Fourth. Bravo to all involved. Bob Garton Jr., St. Petersburg Beach An unhappy Fourth

Editor: Skyblast: ``Biggest fireworks in Florida.`` What a joke, but that's how it was billed.

First, parking was almost non-existent at the Bayfront. A chain link fence made it impossible to get out after one idiot parked in the only entrance.

If you were lucky enough to park and started to walk to the water side, you were soaked by sprinklers, which were everywhere. Couldn't ``the city`` have turned them off?

Then, soaking wet, you came to the water side of the Bayfront, only to be ``sandblasted`` from all the dirt from construction. So much for the hour I spent getting myself and children cleaned up to go.

After we finally made it through the obstacle course, we seated ourselves on the lawn, overlooking the waterway. No sooner had we got situated, then were forced to jump up and out of the way of ``flying bottle rockets`` that crazy people were shooting into the crowd. Not one police officer in sight. We were there 1 1/2 hours and never saw one.

All this in anticipation of a spectacular fireworks display which, in my opinion, never materialized. We never saw a ``grand finale.`` It was boring to say the least.

Then it was back across the street, through the sandblasting, the sprinklers and a huge traffic jam.

The city of St. Petersburg should be ashamed. Pamela L. Marino, St. Petersburg

Editor: I was in Straub Park on the Fourth, from 10 a.m. until after 2:30 p.m. At about 1:30 p.m. I decided to go sit down in front of the ``music`` stage. Surprise - no chairs. Only chairs people carried in. I am a senior citizen - 28 years in St. Petersburg because I love it here. I just couldn't believe my eyes - thousands of people there and not one chair. Why? And then to add insult to injury, after I got home at 6 p.m. I saw on the news the Skyblast celebration and then some photos of the Harbor Island (Tampa) celebration. Well, there were hundreds of chairs there. You and the co-sponsors should really think about this. With all the seniors we have in St. Petersburg, how could you not have chairs there? I'm glad the younger people carried all their chairs and enjoyed themselves, but I can't carry anything. Mrs. Agnes C. Miles, St. Petersburg

Editor: Having moved to the Old Northeast section of St. Petersburg I have now experienced my second Fourth of July fireworks display at Flora Wylie Park, just two blocks from my home. I am appalled at the lack of responsibility and concern for safety taken by the adults who casually tossed various types of firecrackers with no regard to the well-being of others in the park.

Do we need this hassle? Surely there are others who feel as I do about this danger. I'd like to see the city designate a section of the park for the people who want to come to watch the Skyblast show and not personally participate. Likewise, a section could be set aside for those who feel compelled to toss firecrackers at each other. Norma Ackert, St. Petersburg Flags on lawns

Editor: I am sure the American flags planted in yards throughout the Northeast neighborhood in St. Petersburg were put there in good faith. The flags were intended to be Fourth of July ``gift`` from a local real estate firm. I have a few questions regarding the flags.

The flag placed in my yard had a card from the real estate office attached to it. Was it a gift or an advertisement?

Our neighbors were on vacation. Their flag was blown over, rained on and left out all night before we collected it late the next morning. Children in the neighborhood were picking up as many flags as they could carry and playing chase on their bikes, dropping a few flags along the way.

Out of respect for our flag, and the men and women who have died to let it fly high and free, in the future it would be a good idea



for the flag givers to consult a local American Legion for proper flag etiquette. Placing a flag into the ground on an eight-inch stick is not the way the flag was intended to fly. Samuel Jensen, St. Petersburg

Editor: I am writing in response to the many inquiries from Tampa Bay area residents who woke to find an American flag in their yards on July Fourth.

For those still wondering, Coldwell Banker Residential Real Estate sales associates were responsible for placing 14,000 flags in randomly selected neighborhoods throughout the Tampa Bay area. (A total of 25,000 were distributed throughout West Central Florida).

The gesture was made in commemoration of our nation's birthday and to salute area residents. Tami K. Simonsen, director of advertising and public relations, Coldwell Banker, Tampa Share your opinions

We invite readers to write to us. Letters for publication should be addressed to Letters to the Editor, P.O. Box 1121, St. Petersburg, 33731. They should be brief and must include the handwritten signature and address of the writer.

Letters may be edited for clarity, taste and length. We regret that not all letters can be printed.

BLACK AND WHITE DRAWING; Caption: an abstract of a plane accident with a question mark coming out of the explosion

Document stpt000020011117dk7a02mey

© 2009 Factiva, Inc. All rights reserved.

Exhibit 1007 Page

Factiva

12/2/09 3.3

CITY TIMES
**Fourth was full of fun, patriotism**
DARYLE GLYNN BROWN
629 words
5 July 1988
St. Petersburg Times
STPT
CITY
1
English
(Copyright 1988)

Parties, picnics and patriotism were the rule Monday, as Pinellas County residents celebrated Independence Day. Thousands used the holiday to relax, reflect and just have fun.

Some people received a patriotic surprise early Monday.

``I woke up this morning, went to get the paper, and there was a cute little flag,`` said Terry Lea Hankins, who lives in St. Petersburg's Old Northeast section.

``There was one for everybody on the end of the sidewalk. I thought, ``Who's the flag fairy?``

A lot of people asked the same question, as more than a dozen neighborhoods found two-foot-tall American flags in their yards.

``I just want to say thank you`` to whoever placed the flags, Miss Hankins said. ``I think it's very patriotic, and we need that right now,`` she said.

Coldwell-Banker realty company was the gift-giver. ``It was meant as a Fourth of July gesture,`` said John McLaughlin, manager of the company's Fourth Street office.

Between 4:30 and 6 a.m. Monday, real estate agents placed 25,000 flags in randomly selected neighborhoods in St. Petersburg, Tampa, New Port Richey, Clearwater and other cities, he said. ``We're glad everybody liked it,`` McLaughlin said.

Hundreds of people crowded St. Petersburg's waterfront for the Skyblast celebration, which included food, a craft show, jazz festival and a nighttime fireworks show.

One of the day's events was an inner-tube regatta, with contestants racing their makeshift crafts across the Vinoy Basin.

Artistic talent was displayed at the Treasure Island beach, where people celebrated the Fourth by sand sculpting and body painting as part of the city's all-day Pirate Days Celebration. Other events included a treasure hunt and pirate invasion, all leading to a fireworks display at 9 p.m.

Curt Heaps sprayed water on his detailed sculpture of a woman lying in the sand.

Tom Weir of Treasure Island took the latest movie craze and turned it upside down. His Dirty Dancing sand sculpture featured the legs of three couples, packed into blue jeans and dancing upside down.

Desa Aslanovich admired the sculptures. The Yugoslavia native said Independence Day is one of her favorite holidays.

``I think this is just great,`` she said, gesturing around the beach. ``This is a wonderful country that we live in. I'm very proud to be an American.``

Monday was mostly peaceful, with police and fire departments in South Pinellas County reporting few problems by mid-afternoon.

``We've had a couple of fireworks calls, but I think that's going the way of Halloween`` with fewer people participating, he said.

Some people celebrated the holiday in less traditional ways, including golfing and shopping.

``Those of us who are addicted to golf would probably play on Christmas Day,`` said Helen Green as she prepared for a golf tournament at the Pasadena Yacht and Country Club in Gulfport. She made one concession to the day - she wore a blue-and-white-striped shirt with red shorts.

Mrs. Green, who described herself as ``a relatively new player, said she decided to spend the holiday playing golf because ``you can do it with friends, and it's not safe traveling great distances.`` A cookout was planned after the tournament, she said.

Stan Robinson spent part of his day roaming Pinellas Square Mall. ``Every Fourth I spend birthday shopping,`` he explained. His wife's birthday is July 5, and Robinson said he never decides what to buy until the last minute.

COLOR PHOTO, V. Jane Windsor; BLACK AND WHITE PHOTO, Maurice Rivenbark; Fourth of July: 88; Flags: 88; Caption: Inner tube regatta begins at St. Petersburg's downtown waterfront; Leon Nettles holds flag as he rides bike

Document stpt000020011117dk7502l2s

Acle

Factiva                                                                                          12/5/09

Exhibit __/____//__ Page __

**ST. LOUIS POST-DISPATCH**

NEWS
**AREA RESIDENTS SEE STARS-AND STRIPES-AT DAWN**
By Carla Barksdale Of the Post-Dispatch Staff
428 words
2 July 1988
St. Louis Post-Dispatch
SLMO
EDITION: FIVE STAR
PAGE: 8A
English
Copyright 1988, St. Louis Post-Dispatch. All Rights Reserved.

The flag elves have struck again this year in St. Louis neighborhoods.

Thousands of residents awoke Friday to find 17-by-11-inch American flags waving in their front yards.

"I was up at about 6:30 a.m. and the flag was already in the ground," said Mary Jones of the 700 block of Briarfarm Lane. She called the flags a lovely idea, and said that real estate agents for Coldwell-Banker/Ira E. Berry should give themselves credit for leaving them.

Because it's "wonderful to be patriotic," hundreds of agents arose before dawn to stick about 60,000 miniature flags in the yards of thousands of residents in this area, said Sue Marcus, vice president of marketing for the company.

"We do it as a community-service project," Marcus said. "We consider it an exciting event that everyone can participate in."

Marcus said the agents delivered the flags early in the morning because the company had got so many letters from people saying the flags were a wonderful surprise to wake up to. This is the third year the company has surprised residents with the patriotic symbols.

"It's a wonderful sensation for people to go out for their morning paper and see the flags," Marcus said. "We even got letters from people saying tears came to their eyes when they saw them."

The 60,000 flags were delivered by agents from the company's 29 area offices, including those in St. Charles and Belleville. For example, about 3,500 flags were delivered by 30 agents at the Manchester office of Ira E. Berry, said Pat Hutton, office manager. She said that most agents left the office at 5:30 a.m., but that some went out at 2 a.m. to make sure they stuck their share of flags in yards.

"We saw a number of joggers and people getting ready for work," Hutton said. She added that the flags were delivered in part because July 4 was a nice day to celebrate the opportunity of owning a house.

Eileen Cosher, an agent at the De Peres office, said her two-person team had delivered more than 200 flags.

Cosher said of delivering the flags, "It makes you patriotic."

Sue Beckett of the 700 block of Labonne Parkwa  the flags a great idea, but complained that hers was stolen last year before the Fourth. She said she hoped th  stay put during the holiday.

Document SLMO000020040704dk7200h9r

© 2009 Factiva, Inc. All rights reserved.



Factiva                                                                                                          12/2/09 3:3¹

**Exhibit /012 Page /**

NEIGHBOR
**Local company provides flags for July 4th holiday**
Kwame Patterson Daily Herald Staff Writer
342 words
3 July 2004
Chicago Daily Herald
DHLD
C2,C7,C11
1
English
Copyright (c) 2004 Bell & Howell Information and Learning Company. All rights reserved.

For the last 20 years, the local company has been posting more than 30,000 American flags around the mailboxes and driveways of Prospect Heights, Mount Prospect and Wheeling residences in an effort to spread patriotism on Independence Day.

ERA American Brokers is a realty company originally based in Prospect Heights but now located in Mount Prospect.

Every year, around June 30, ERA hires a team of local children to post the free flags at thousands of locations, before the Fourth of July.

"It's a way to put money in some kids' pockets," said Kris Mulcahy, ERA real estate broker. "Just a few nickels for the summer."

To prepare for the mass distribution, the company begins work in February.

And for the next four months 70 to 80 employees, volunteers and hired help hand place business cards on each flag.

"I'm not going to kid you," Mulcahy said. "It's a form of marketing, but the general intent is to send out a patriotic message."

She also said the flags help the community celebrate the nation's birthday as well as show pride and unity while U.S. troops are in Iraq.

Jeff Jurergensen, a five-year resident of Prospect Heights, who saves his flags to use for next year, said he looks forward to getting them.

"I save them and add them to our collection," he said. "I thinks they're doing a great thing for the community."

Although ERA is not the originator or exclusive American flag distributor in town, Mulcahy said her company does give out the largest number in the area.

She added, however, the company doesn't get to every house.

But, if someone wanted a flag, she said she would personally bring one to their homes.

"The flags are a very large expense for our company, but that's not the issue," she said. "If they want a flag or even extra flags, we'll give it to them."

Document DHLD000020040713e0730002o

© 2009 Factiva, Inc. All rights reserved.

*Start 1984*



Arvida sponsors 4th of July parade

Exhibit _1013_ Page _____

1013

Factiva

12/2/09 3:

**Exhibit** _104_ **Pag.** _1_

**Panhandle city reverses itself, allows flags on right of way**
306 words
30 June 2000
12:38 PM
Associated Press Newswires
APRS
English
Copyright 2000. The Associated Press. All Rights Reserved.

CALLAWAY, Fla. (AP) - After a public outcry, city commissioners reversed themselves and are allowing a real estate broker to place small U.S. flags on street rights of way for Independence Day.

The commissioners, in an emergency meeting Thursday, voted 4-1 to allow the flags although each includes a tag with the name and logo of Tom Neubauer's business, ERA Neubauer Real Estate Inc.

The commissioners two days earlier had declined to consider an exception to an ordinance that prohibits advertising on the right of way.

Neubauer has distributed thousands of miniature flags in that manner across Bay County every July 4th for more than a decade. He said this year was the first time Thursday he was told he needed permission from Callaway, which is near Panama City.

Commissioner Thomas Lee said he still believes the tag constitutes advertising but voted to permit the flag placement because he is "representing the people."

"In this particular instance, the flag issue has never been the issue of the flag," Lee said.

The meeting room was half filled with citizens, many holding flags, in support of Neubauer who contends the tag is not advertising because it contains neither his address nor phone number.

"I am looking forward to getting a new flag because obviously I need one," resident Kathie Spitz said as she held up a dingy old flag.

Commissioner Mike Jones and Mayor Ray Boevink wanted to approve the flags Tuesday but Jones' motion failed to get a second. Jones cast the lone dissenting vote Thursday because he felt the commission should have allowed the flag distribution to continue in future years.

"I regret this was so controversial," Neubauer said. "I could have worked this out a little more before I came before the board."

Rush

Document aprs000020010803dw6u0dolv

© 2009 Factiva, Inc. All rights reserved.

2 1990

12/2/09 3:51

Exhibit 1014 Page 2

**More Florida news ...**
561 words
30 June 2000
02:45 AM
Associated Press Newswires
APRS
English
Copyright 2000. The Associated Press. All Rights Reserved.

(West Palm Beach-AP) -- The Palm Beach County State Attorney's Office has released several documents, including a letter a 13-year-old boy charged in the fatal shooting of English teacher Barry Grunow wrote the teacher. In the letter, seventh-grader Nathaniel Brazill's tells the teacher that the school year had been awful and he was considering killing himself. The letter and other documents released yesterday paint a picture of a boy dealing with the pressures of adolescence and struggling in some classes at school. The records also shed light on Brazill's state of mind on May 26th. That was the day he and another student were sent home from school year for throwing water balloons. Brazill later returned to the school with a silver .25-caliber Raven pistol stolen from his grandfather's bedside table and shot Grunow.

(Miami Beach-AP) -- Health officials have re-opened most of the beaches closed nine days ago by a giant sewage spill. And it comes just in time for tourists and residents to make plans for the Fourth of July weekend. The ban had threatened to keep tourists and locals out of the Atlantic during the upcoming July 4th, but health officials say they were encouraged by the results of the latest water samples and decided to re-open more beaches. Initially, 25 miles of beaches were closed after a pipe burst June 20th. A contractor drove a concrete piling through the sewage pipe, dumping an estimated 25 million gallons of raw human waste into an inlet just west of Miami Beach. The immediate area around the spill remains closed.

(Orange Park-AP) -- Clay County authorities are looking for suspects who vandalized the graves of two former members of the Southern rock group Lynyrd Skynyrd. Authorities were called to Jacksonville Memory Gardens about 3 a-m yesterday when someone reported hearing activity in the cemetery. When they arrived, they found the graves of Ronnie Van Zant and Steve Gaines had been vandalized. Van Zant and Gaines were killed when the band's airplane crashed October 20th 19-77. Sheriff's department spokeswoman Mary Justino says Van Zant's casket was pulled from a tomb to the ground. She said she felt the remains of Ronnie Van Zant were NOT disturbed because the hinges and the lock on the casket were intact. Justino also said the cremated remains of Gaines had been spilled, but cemetery officials believe 99 percent of the remains were recovered.

(Callaway-AP) -- A real estate broker must now look for another way to promote his business since he's been barred from placing miniature U-S flags on the city right-of-way. The flags celebrating Independence Day also have tags with the name and logo of his company on them. City commissioners decided the signs are advertising and -- therefore -- illegal. Tom Neubauer of E-R-A Neubauer Real Estate Incorporated had sought approval for the flags that his business has been placing in various parts of Bay County for more than a decade. Neubauer says his company has places thousands of flags along streets and in neighborhoods before every July 4th. He says this year is the first time he was told he needed approval and that he could face a heavy fine if found in violation of city ordinances.

(end newswatch)

Rush

Document aprs000020010803dw6u0dkxp

© 2009 Factiva, Inc. All rights reserved.

Factiva                                                                                    12/2/09 3:5

Exhibit _10/5_ Page: _/_

Letters
EDITORIAL
**Letters**
999 words
15 July 1990
Austin American-Statesman
AAS
FINAL
C.2
English
© 1990 Austin American Statesman. Provided by ProQuest Information and Learning. All Rights Reserved.

Soviet Jews

In your editorial of June 30, the impression is given that Soviet Jews are settling in great numbers in the West Bank and Gaza and that their numbers will push out Palestinians.

The New York Times (June 25) instead reports that out of the 50,000 Soviet Jews who have moved to Israel this year, "only a few hundred of the immigrants, less than 1 percent, had chosen homes in the West Bank, and none are known to have moved to Gaza." Those moving to the West Bank have done so not to displace Arabs but to settle where family or friends already live.

Are the 1.7 million Arabs living in the West Bank and Gaza in danger of being overwhelmed by a few hundred Soviet Jews who have settled in their midst? One hardly thinks so. The real point behind the Arab campaign is to stop Soviet immigration to Israel, not the West Bank and Gaza. It is part of a 40-year campaign to prevent anything that will lend strength or permanence to Israel. ROBERT C. POZEN 4004 Brandi Court

Animal research

Oh, were it that simple, Dr. McGee. In the July 6 Statesman, Dr. William Gordon McGee, president of the Texas Medical Association and now a leading animal-abuse apologist, hid once again behind his cloak of scientific arrogance. How often have we heard the recitations of the animal abusers: "Animal research cured polio" or some other dread disease. That may be, but many of the cures were researched decades ago, before alternatives were developed which Dr. McGee refuses to discuss.

Dr. McGee asserts that "there are in place complex and constructive regulations as well as expensive procedures to humanely protect animals used in biomedical research." Those "expensive procedures" are oftentimes, as at the University of Texas' Animal Resource Center, the elaborate security measures taken to keep the public out, not the animals in or "humanely" treated.

On the UT campus the most heavily guarded building is not a top-secret defense research lab, it's the Animal Resource Center.

Why won't people like Dr. McGee open their animal research labs to the public? If they are so proud of their work, why can't we see it? The reason Dr. McGee won't is that he and other animal researchers know that the public would be sickened and disgusted if they saw what goes on behind closed doors at research facilities around the nation. His "constructive regulations" are no more than a paper pledge signed by researchers certifying that their animals are treated "humanely;" the researchers are allowed to police themselves. This is akin to allowing Exxon to establish environmental policy; no accountability exists. It is time for Dr. McGee and other animal-abuse apologists to come out from behind their cloaks and reveal what really happens to animals behind closed (and locked and guarded) lab doors. DAVID HANSEN 1500 W. 39 1/2 St.

Cheapening the flag

On the morning of the 4th of July, my 2-year-old excitedly informed me that someone had placed an American flag in our front yard. My family soon noticed that everyone in our neighborhood received the same, courtesy of a local real estate agent. Being someone who loves this country and the freedoms we enjoy, my first thoughts were that this was a nice gesture. They soon turned ugly however, as I noticed that the flags had been made in China.

In your quest for more business, you have sunk pretty low, Mr. Real Estate Agent. You have cheapened the liberty that our flag represents and insulted the brave Chinese who gave their lives last summer protesting for freedom. You have put more money into the pockets of sleazy "American" businessmen who cut deals with the butchers of Tiananmen Square, all for the sake of a buck. Never mind that these snakes have built numerous factories and strategically placed them near the thousands of slave labor camps. If you don't believe me, look around in any number of retail stores and see the endless string of "Made in China" labels. Then, at that point, maybe you'll understand why George Bush has bailed out his big-money buddies by extending most favored nation trade status to a ruthless tyranny. DAVID TORRENCE 4900 Dry Oak Trail

Cable TV

I was away from Austin when I picked up a copy of the American-Statesman with the article "Cable firm seeking to repackage channels". I had been enjoying the benefits of that other city's TV cable, admiring the simplicity and availability of just plain good TV channels, no amateur clutter and users aren't charged for everyone's opportunity to make social statements. I thought to myself, "Austin always argues about how many access channels and where they are on Austin CaptiveVision. What about all the quality channels that aren't even on the Austin system? You must go out of town or own a satellite receiver to discover what you are missing. And try getting the competitor (?) the wireless Cablemax. If you are in an area that CableVision serves, Cablemax won't sell to you!

Factiva                                                                                          12/2/09 3:52

I am one longtime cable customer who is sick of all the junky channels that pass as a "cable." I will cease to subscribe if they heap all the home movies on the compulsory first tier.

Come on! I dare CableVision and the Cable Commission to offer channel groups like this:

(1) local and area channels (2) news channels and weather radar (3) general entertainment (TBN, USA, etc.,) and non-subscription movies (AMC) (4) sports (5) public information (C-Span, city/county, school district) and (6) local access (7) premium channels. Then charge $4 per tier for 1 to 4 and $2 for numbers 5 and 6.

Wanna place bets on how 5 and 6 will fare? Please discontinue forced subsidizing and allow a cable "free market." DICK S. PICKENS 8201 Little Deer Crossing

Document aas0000020011110dm7f00ict

© 2009 Factiva, Inc. All rights reserve

**Exhibit 1015** **Page 2**

Factiva

12/2/09 3:

Exhibit _____ Page _____

NEWS
**City goes 4th on a festive day**
Larry Finley; Jim Merriner
987 words
5 July 1989
Chicago Sun-Times
CHI
FIVE STAR SPORTS FINAL
7
English

© 1989 Chicago Sun Times. Provided by ProQuest Information and Learning. All rights reserved.

Chicagoans celebrated the Fourth of July by waving the flag, sampling from the country's bounty and listening to patriotic speeches on a hot, sunny day made for celebrating.

People crowded parks and beaches as the air filled with smoke from roaring fireworks, sizzling grills and even a burning flag. While everyone celebrated the country's Declaration of Independence, some 900 homeless and poor people feasted.

The U.S. flag waved on thousands of lawns in Lincoln Park, a thank-you from a son of immigrants who came here for a better life.

The flags were planted early in the morning by Ted Kamberos, a North Side real estate agent, and his friends.

"I'm grateful to the country and to my neighbors," he said. "It's a way of saying thank you for my parents."

The 12-by-18-inch flags cost Kamberos about $700. He plans to continue planting them "every year as long as I'm able," he said.

"It's coincidental that this came with all the hoopla over the Supreme Court decision on the flag," he said.

Despite the recent high court ruling that burning a flag in protest is not unconstitutional, Kamberos said he had heard of no one burning one of his flags.

On a grassy slope between Lake Shore Drive and Diversey Harbor, a theater group called Rococo Rodeo burned an American flag to "celebrate" the right to do so. There were about 10 in the theater group, 15 news media people and a couple of passersby.

The burning was meant "to celebrate our freedom of dissent without it being a protest against anything," said Patrick Cannon, 28.

A flag was hung on a line between two trees and doused with charcoal lighter fluid. As rock star Bruce Springsteen's "Born in the U.S.A." blared from a tape player, the performers put on masks depicting members of the '60s pop group the Monkees, lit the flag and danced around it.

At first the breeze kept blowing out their matches, but then they used so much lighter fluid that the stunt was over in seconds.

Tom and Debbie Corcoran invited more than a hundred thousand people to their wedding anniversary for the Fourth .

"I've always liked big parties," Debbie said, at the Sharko's restaurant booth at Taste of Chicago."We're going to serve champagne and corn."

The Fourth of July was their 10th wedding anniversary and the fifth celebration for her brother, George Sharko, and his wife, Jami. The Taste staff gave a gift basket to the busy couple.

The couple didn't always work on the Fourth. The Fourth and Memorial Day are the only days the restaurant is closed, so that was when family events were held.

Unlike the other booths, Sharko's sells only one item - buttery Florida sweet corn, some 45,000 ears of it.

Attendance Monday night for the fireworks and concert was estimated at 1.4 million people, and the total for the day was 2.67 million.

Tuesday totals broke last year's figures for the entire Taste, when more than 2.8 million people spent $9.4 million in 10 days and gave the city a $700,000 profit.

This year's Taste drew 2.8 million people in only eight days, said Margaret Jones, director of publicity for the Mayor's Office of Special Events. She said last year's total of $9.4 million was surpassed at 3 p.m. Tuesday.

The lines were long and the ticket takers busy Tuesday. Butch McGuire's passed out more than 280 gallons of pickles during the first six days. Robinson's Ribs sold more than nine tons of spicy pork. Cookiemania sold more than 10,000 brownies.

While visitors ate and spent more during the eight-day event, they also left 586 tons of trash around Grant Park.

While thousands were dining on restaurant delectables in Grant Park, the Alternate Taste of Chicago was cooking on the Near West Side.

"It's good food, and the people are good," said a man named Clement, who was busy with a plateful of chicken, pasta and

Factiva

vegetables.

Clement was among the 800 to 900 homeless and poor who turned out for free food and music at the Chicago Christian Industrial League at Halsted and Monroe. He said he hadn't eaten for a while and slept in a doorway Monday night.

"We consider this the real Taste," said Rick Roberts, executive director of the league. "It's not just a free meal. We are a big family."

The League served Italian and Polish sausage, Greek lamb, pasta, Cajun chicken and old favorites such as hot dogs.

"Hopefully these people will come back," Roberts said. "We aren't going to forget about them."

What would the Fourth of July be without politicians working crowds? U.S. Rep. Gus Savage (D-Ill.) created his own crowd of more than 10,000 during his 11th annual Family Day picnic in Riverdale.

People stood in a line the length of a football field for free ribs, chicken and potato salad, said Savage. "This is a day for the people," Savage said.

Savage sent out postcards paid for by the government to advertise the event. The card said Savage would speak about child care, health care and the savings and loan crisis. He did, to about 5,000 people, with a choir behind him and Sen. Paul Simon (D-Ill.) at his side.

John Gilardi contributed to this story.

Thousands celebrate Independence Day Tuesday by eating their way through the last day of Taste of Chicago. Michael Coe, 3, takes the more traditional route, dressing in a red, white and blue clown suit, grabbing his tiny Old Glory and; peddling along with the Arlington Heights Fourth of July Parade.; Credit: Jon Sall

Document chi0000020011116dl7500ncn

© 2009 Factiva, Inc. All rights reserved.

Exhibit _10/6_ Page _2_

Factiva

12/2/09 4:1

Exhibit _1017_ Page _1_

Home
**Home Sales Dip From Year Ago**
Chris Olson
World-Herald Staff Writer
720 words
27 June 1993
The Omaha World-Herald
OMHA
Sunrise
3F
English
(Copyright 1993 Omaha World-Herald Company)

Omaha home sales for May were up 24.5 percent from a month earlier and up 10.2 percent from the same month a year ago, according to the Omaha Area Board of Realtors.

Total sales in the first five months of the year, however, reportedly were down 1.8 percent from the same period in 1992.

Last month, 635 homes were sold in the Omaha area. That compared with 510 in April and 576 in May 1992. The January-through-May sales totaled 2,399, compared with 2,444 for the same period last year, the board reported.

Omaha homes sold faster and total listings were down from a year ago: Homes were on the market an average of 75 days; the 1992 average for the period was 81 days.

The Board of Realtors reported 4,882 listings from January through May of this year, down 14.8 percent from the 5,728 listings for the same period last year.

In May, 1,069 homes were on the market, down 2.7 percent from 1,099 in April and up 1.5 percent from 1,053 May of a year ago.

Currently, 2,190 homes are for sale, compared with 2,945 a year ago.

The average selling price was $85,655 in May, compared with $89,728 in April and $85,091 in April 1992.

Omaha Ranks 2nd In Affordability Survey Omaha was the second most affordable housing market in a survey of 70 metropolitan areas.

Kansas City, Mo., ranked first in the study, conducted by the research firm of Ernst & Young.

Housing affordability was based on the percentage of income a household needed to buy or rent a home. The lower the percentage, the more affordable.

In Omaha, the figure was 17.3 percent for homeowners and 19.4 percent for renters, or a combined average of 18.4 percent.

In Kansas City, the percentage of income spent on housing was 15.9 percent for homeowners and 20.3 percent for renters, or a combined average of 18.1 percent.

Others in the Top 10: Grand Rapids, Mich.; Birmingham, Ala.; Columbus, Ohio; Charlotte, N.C.; St. Louis; Houston; Dallas-Fort Worth; and Denver.

The 10 least-affordable cities: San Francisco; Honolulu; Los Angeles; New York City; San Diego; Boston; Miami; and Oakland, Orange County and San Jose, Calif.

27,000 U.S. Flags To Decorate Yards For the fourth consecutive year, HOME Real Estate will place small U.S. flags in Omaha neighborhoods in honor of Independence Day.

"More than 27,000 households will be waking up to the red, white and blue in their front yards," said Joe Valenti, company president.

Southwest Iowa Nursery Prepares for Open House Earl May's annual free open house will be from 9 a.m. to 4 p.m. July 17 and 18 on the nursery's 25-acre site southwest of Shenandoah, Iowa.

Outdoor displays will feature vegetables, roses and perennials. An American flag - made from thousands of petunias - will be joined by a Mickey Mouse flower bed.

Seminars will be conducted by Earl May employees.

Former Omahan Wins Top Sales Honor Patricia A. Salerno, a sales agent for Clayton Homes in Ashland, Va., has received the manufactured-home company's top sales honor. Mrs. Salerno, of Locust Grove, Va., is the daughter of Mr. and Mrs. Charles T. Sutherland of Omaha.

Sales Pace Picks Up In the Midlands The homes in Nebraska had been resold an average of every 15.9 years, according to a 1992 nationwide survey by Chicago Title and Trust Family of Title Insurers, headquartered in Chicago.

Factiva                                                                                          12/2/09 4:17

The sales rate was up from an average of every 17.7 years in 1991 and 18.4 years in 1990.

"Low interest rates were responsible for the good news in 1992," said John Pfister, market research manager for the company. "Altogether, 41 states experienced improved turnover rates last year."

Homes in most other Midlands states sold at a faster pace than the 1992 national average of every 13.4 years, the study indicated.

The 1992 rates: Iowa, 13.6 years; Missouri, 12.1 years; Kansas, 13.2 years; Colorado, 11.1 years; Wyoming, 12.4 years; South Dakota, 13.2 years.

Home Topics

Document omha000020011101dp6r00h3u

© 2009 Factiva, Inc. All rights reserved

12/2/09 4:24

Exhibit _____ Page _____

D
**Agency expands flag giveaway**
312 words
30 April 1994
York Daily Record
YKDR
02
English
(Copyright 1994)

Every year real estate agency Coldwell Banker Bob Yost Inc. celebrates the Fourth of July by putting small flags in front yards across the county.

The real estate agents make it a family affair, going out on July 3 to plant the flags in thousands of front yards and gathering for a pizza party at the end of the evening.

This year, Peggy Coale, director of advertising, has ordered 11,000 of the flags.

But Deb Lowry and Elyssa Baxter, sales agents in the agency's Shrewsbury office, wanted to expand on the patriotism.

""We're going to carry that "America' theme through the summer holidays, starting with Memorial Day," Coale said.

Here's what they have planned:

For Memorial Day, the agency will sponsor an essay contest for children. Elementary, middle and high school students may enter an essay of up to 1,000 words on the topic ""What the flag means to me." Deadline is May 31.

For Flag Day, free flags will be available at open houses held by the agency on June 11 and 12 and the following weekend, June 18 and 19. The flags are plastic, about 12 inches and 18 inches and are made in North Hollywood, Calif.

The usual July 4 flags, which are put up without the company's name.

And for Labor Day, a coloring contest for children. The drawings will be run in the newspaper and will be available at Coldwell Banker Bob Yost's four offices.

""We've had such a positive response to the flags," said Nancy Fox, assistant general manager. ""People appreciate the general theme, and this is a chance to get children involved."

U.S. Savings Bonds will be awarded as prizes for the essay and coloring contest. For more information, call Fox or her assistant, Brenda Drawbaugh, at 757-7812, Ext. 601.

Document ykdr000020011030dq4u003s0

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 4:

EDITORIAL
**PUBLIC FORUM USE OF FLAG AS A SALES GIMMICK IS DESECRATION**
801 words
10 July 1995
Los Angeles Daily News
LAD
VALLEY
N10
English
© 1995 Los Angeles Daily News. Provided by ProQuest Information and Learning. All rights reserved.

As in previous years, some real estate agent seized upon July Fourth as an opportunity to promote his services by supplying my neighborhood with plastic flags (made in Taiwan).

Last year dew or sprinklers washed out the colors. This year I observed some blown into the gutter. By this time next week, even our landfills will be full of our cherished symbol. Since they are for the most part plastic and cheaply made, we don't have to bother storing them properly until the next occasion, right?

I thank columnist Howard Kleinberg for his comments ("Sorry, but the Fourth of July is not the time to buy underwear," Opinions, July 4). His comments very succinctly point out how misplaced is the preoccupation with the deeds of a few fanatics who burn a flag in social or political protest, while rampant abuse, disrespect and routine defiling go ignored.

From my perspective, the desecration of our flag starts with its production in foreign countries, with materials that are designed to make it a cost-effective (cheap) marketing gimmick that can readily be discarded and thus become trash.

- Liselotte Crowell

Lake View Terrace

Howard Kleinberg thinks that businesses that stay open on Independence Day are owned by people who are as unpatriotic as flag-burners.

He says that the Fourth should be honored as a holiday to our American heritage, that businesses should close, and that workers who are now forced to man the cash registers should be released to spend the day with their families at parks and beaches - the way John Adams declared in 1776.

Kleinberg is a hypocrite.

The very vehicle he used to disseminate his accusations against Independence Day profiteers, his syndicated column, will put money in Kleinberg's pocket at the expense of fellow Americans who had to labor on the Fourth.

How dare Kleinberg lounge, visit, watch television or nap on our nation's birthday while he forces editors to edit, layout persons to lay out and press operators to print hundreds of thousands of copies of his wallet-fattening words?

- Paul Lipman

Mission Hills

Prostitution is a crime

This is in response to P. Bovee's letter of July 5, 1995.

The Los Angeles Police Department arrested Hugh Grant and Divine Brown, not the Los Angeles Sheriff's Department. The LAPD is not the agency threatened by the county's budgetary cuts.

The sexual act in question was "consentual" only by the fact that Grant paid money for Brown's "services."

Bovee needs to research California Penal Code Sections 647(f), 314.1 and 288(a). Sex for money is a crime. A paid act of oral copulation, on a public street and in public view is illegal.

Prostitution does not set well with the citizens of Hollywood, who reside in the neighborhood where this act took place. They are the ones who, in the spirit of community-based policing, requested that the LAPD crack down on blatant acts of prostitution in their neighborhood.

Pages could be written regarding the differences between the Heidi Fleiss case and Hugh Grant. Prostitution is not a "victimless" crime. Prostitution encompasses, enables and finances a wide spectrum of illegal activity.

- Sgt. David W. Twitchell

Van Nuys Patrol Division

Van Nuys

`Bloated bureaucracy'

So, the Legal Services Corp. ("Legal services for the poor," Public Forum, July 6) really helps the poor?

This is a bloated bureaucracy created by Lyndon Johnson as part of the welfare state. Its thousands of government-paid lawyers actually hurt the poor by filing a barrage of lawsuits against any entity (often the federal government) over any slight masquerading as "discrimination."

It has shut down employers creating even more unemployment. It has destroyed public housing by protecting criminal "rights."

Who needs the Legal Services Corp.? Not the poor. Possibly it's the American Bar Association, which lobbies for this agency every year. Otherwise, a lot of government lawyers might have to look for real work.

- Rich Hodulik

Burbank

2nd Amendment isn't dated

Bob Ginn ("Wanna-be patriots" Public Forum, June 29) doesn't give credit to our forefathers' reality during the time our Constitution was framed. When the Second Amendment was penned, muzzleloading firearms were used to wage war as the most advanced killing machines known.

To Thomas Jefferson or George Washington, a .69-caliber Charleville musket was no different than an M-16 to us and no less lethal. In America's longest conflict, Vietnam, 58,000 Americans are listed as casualties, compared to 600,000 from our little muzzleloading war of 1861-65.

Also, there is no evidence as of yet of a militia conspiracy in Oklahoma City. So who or what do you regulate?

- Brian J. Hall

Palmdale

Letters to the Editor

Document lad0000020011025dr7a00l2y

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 4:3

**Exhibit** *1020* **Page** *1*

News
**5,000 flags donated to residents in Miss.**
AP
240 words
5 July 1997
Saturday State Times/Morning Advocate
BATR
2-B;X
English
(Copyright 1997 by Capital City Press)

COLUMBUS, Miss. - A Columbus real estate agent has donated about 5,000 American flags to local residents for the Fourth of July holiday.

Don West, manager of the Coldwell Banker office in Columbus, said his branch planted the flags Thursday in Columbus, Caledonia and New Hope.

Jim Hart, 74, was one of the first to receive a flag on his block. Hart, a retired Navy man, said he hadn't seen anything like Coldwell Banker's distribution drive aside from his work with the Civitans.

"I think it's a genuine attempt to remind us that we are Americans," he said.

West's company has been providing this Fourth of July service to the community for about a decade now, he said, as a reminder of the connection between being "proud to be an American and dream of owning a home, too."

Coldwell Banker realty branches throughout the nation participated in a flag drive Thursday, planting thousands of copies of the Stars and Stripes in yards in cities across the country.

Assisting West and his agents in their patriotic duties were the members of the 13-year-old division of the Columbus All-Star baseball team.

The team got paid a modest sum from the realty agency, which team member Craig Crowley said will help finance its trips to summer playoffs, such as a road trip to Vicksburg next week.

Document batr000020011005dt7500g9z

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 5:0

Exhibit /02/ Page /

Michael Kelly
News
**Early Alarm Starts Fourth**
747 words
3 July 2001
Omaha World-Herald
OMHA
Sunrise
9
English
(Copyright 2001 Omaha World-Herald Company)

At Mary Wolf's house, the Fourth of July starts not with a bang and not with a whimper, but with an alarm. Well, maybe a little whimper: By tradition, the alarm clock sounds at 3 a.m.

She and her family rise well before the sun and head out, sticking small American flags into the yards of a couple of old Omaha neighborhoods, Field Club and Holy Cross. The Wolfs go up and down the streets in an area bounded by 32nd, 48th, Pacific and Center Streets, placing nearly 2,000 flags.

"It always rains," she said with a laugh. "It pours down. We look like drowned rats."

The family then meets at a pancake house to celebrate, dry out and compare notes - and rubber bands. The flags come 10 to a bunch, and as the band is removed from each group, it is slipped on to the family member's wrist. The rubber-band count shows who covered the most ground.

The Fourth is full of tradition in America, and each community has its own. The J.E. George Boulevard parade to Memorial Park, for example, features a band, kids on decorated bikes and a grand marshal - always the neighborhood mailman.

Across America, lots of folks shoot off fireworks, legally or otherwise. Then there are the big shows.

The World-Herald's 17th annual Grucci show, the biggest fireworks display west of the Mississippi, draws hundreds of thousands around Rosenblatt Stadium after the Omaha Golden Spikes baseball game.

Big or small, the Fourth is for just about everyone. Big Family

Wolf and her husband, Joe, raised 11 kids to adulthood in a big house on Woolworth Avenue, built in about 1904 a few blocks west of Hanscom Park. A couple of them will arrive from Texas and help with the early morning flag project.

Mary Rae, a real estate agent, started lining the streets with flags more than a decade ago along with other Home Real Estate agents around town. The company is now CBS Home Real Estate, and agents distribute more than 40,000 flags each year.

Joe Wolf's brother, a World War II veteran, recently moved to Omaha after 45 years in California and already loves the tradition.

Even though family members start their work in the dark, Mary Rae said, it's not too early or too dark to stop and smell the roses. As they insert flags in each yard, they admire the old houses.

"Each one has so much character," she said.

The Field Club Homeowners Association is sponsoring its 19th annual Fourth of July parade along Woolworth at 10:30 a.m. Chairs and people will line the sidewalks.

There's a lot of patriotism evident, but also good humor. Whatever is in the news could give someone an idea for costumes.

When the Council Bluffs casinos opened, for example, someone marched with large dice. People dressed as doctors and nurses have pushed people down the avenue on gurneys. Others have dressed as Ken and Barbie dolls. Little Lamb

When Mary Rae's children were young, the family owned a lamb - yes, Mary had a little lamb.

Well, everywhere that Mary went, the lamb was sure to go, including the parade. Mary's daughter dressed as Little Bo Peep - a Wolf in Peep's clothing.

The entire neighborhood participates, and judges award prizes for best costume, best motorized display, best house decoration and many other categories. Blocks compete against one another.

"Pine Street, behind us, is pretty good," Mary Rae said. "They're really into this. They usually block off the street and have a party afterward."

Getting up early to line the streets with flags, she said, is a labor of love. It's been said that it takes a village to raise a child - or at least a neighborhood. "This is the neighborhood that raised my kids. I'm just helping decorate it."

As a child herself, she and her family rode streetcars to Fontenelle Park, then the site of hugely attended fireworks shows. Last weekend she went to Memorial Park for the Commercial Federal concert and fireworks.

On Independence Day, she's grateful to the many who have helped keep America free. And she'll help mark the day in a special way - even before the dawn's early light.

"It's exciting," she said, "for people to wake up and see the neighborhood full of flags."

Document omha000020010712dx7300aao

© 2009 Factiva, Inc. All rights reserved

Exhibit _1021_ Page _2_

Factiva                                                                                           12/2/09 5

Exhibit ____ Page __

**Local Real Estate Agent and Boy Scout Troop Brighten Neighborhood Streets With Flags on the Fourth of July;
Patriotism Is Alive and Well in the Heartland**
477 words
1 July 1998
07:27 AM
Business Wire
BWR
English
(c) 1998 Business Wire

WICHITA, Kan.--(BUSINESS WIRE)--July 1, 1998--

For the 11th Year, "Flag Lady" Barbara Jean Pickens Stakes 1,500

Full-Size Old Glorys in Seven Communities

In a gesture of patriotism and a desire to give back to the community, real estate agent Barbara Jean Pickens will once again marshal her troops -- in this case a Boy Scout Troop -- and distribute 1,500 American flags on the eve of July Fourth.

Pickens, who is part-owner of Realty Executives of Wichita, and her daughter Bonnie, also an agent and a member of Pickens' staff, will conduct the flag-distribution operation.

Starting at 9:30 p.m. on July 3, approximately 30 uniformed members of Boy Scout Troop no. 735 from downtown Wichita will gather at Pickens' home to receive instructions, maps, flashlights and flags. They will then disperse in teams of two to distribute the 12" by 18" flags, which are staked at the curb of each driveway on a 30-inch dowel rod.

"This is such a fun event," Pickens said. "People wait up for us. I'll hear them call out, 'Here comes the flag lady.' They offer us refreshments and thank us for doing this." Pickens observed that residents often keep the flags from year to year and line their driveways with them on the Fourth, as well as put them out for other holidays. "On the morning of the Fourth, it's a beautiful sight," she said. "You drive around and see moms coming out with their kids, and the kids are so excited. It's like magic."

Pickens covers the development where she is well known and has been responsible for handling many house sales. The neighborhoods are: Westlink Estates, Golden Hills, Westlink 19th Addition, Mearibeu, Breezy, Rainbow and Lexington.

"These are communities where I have sold the same houses sometimes five, six times over," noted Pickens, a 23-year veteran of the real estate business. Pickens, who averages 90 house transactions every year, is ranked in sales in the top 50 out of 7,500 Realty Executives US agents.

Originally a teacher in the school system before she started her family of two girls, Pickens was encouraged by her husband to try real estate when it was time to go back to work. "We thought if I sold six or so houses a year, it would be great," she said. "Neither of us ever dreamed I would end up selling so many houses, much less become a part-owner of a company."

For more information, call Barbara Jean Pickens at 316/722-9393.

CONTACT: S&S PR Bo Kemper, 847/291-1616, ext. 253 kemper@sspr.com 08:12 EDT JULY 1, 1998

Document bwr0000020010915du7101n5u

© 2009 Factiva, Inc. All rights reserved.



Factiva
12/2/09 5

**Giving the Gifts of Freedom**
THEASA TUOHY
1025 words
4 July 1989
The Associated Press
ASP
English

(Copyright 1989. The Associated Press. All Rights Reserved.)

Their love of Old Glory stirred by the nation's highest court, Americans waved the flag with a passion July Fourth, handing out thousands of new ones and reverently retiring old and tattered ones by burning them.

A medal of liberty was awarded to Polish union leader Lech Walesa in Philadelphia, a Cuban immigrant threw open his home in gratitude to his adopted country, and Winthrop Paul Rockefeller, a great-grandson of Standard Oil founder John D. Rockefeller, put on an Arkansas fireworks display that drew 100,000.

Seven Chinese students at the University of Tulsa in Oklahoma used an Independence Day ceremony to announce they want political asylum in the United States.

"We want to publicly denounce the Chinese government by asking for asylum," said graduate student Guohua Zheng, 25.

In Boston, the Ancient and Honorable Artillery Company of Massachusetts observed the holiday by honoring the fallen pro-democracy protesters in Beijing's Tiananmen Square.

About 200,000 people turned out for the annual Boston Pops concert at the Hatch Shell on the Esplanade at night. The music was capped with a fireworks display.

New York City celebrated with a spectacular 30-minute nighttime fireworks display that included a Liberty Bell, space rocket and star formations and "America" written across the sky.

Earlier, about 2 million people packed the beach and boardwalk at Coney Island to watch an air show featuring F-16 jet maneuvers and Green Berets parachuting from helicopters, said show chairman Milton Berger.

In Seattle, about 500 people representing 51 countries became Americans as hundreds of others, including two congressmen, welcomed them on a rare sunny Fourth of July in Seattle.

They weren't so lucky in the nation's capital, where it rained on the estimated 20,000 people who turned out for the annual Fourth of July parade.

"Everybody was smiling and being more congenial because we had the bad weather as a common denominator," said John Shaw, who came to Washington from Augusta, Maine.

However, at the annual fireworks at the Washington Monument that followed, two people were shot and wounded, and several others suffered minor injuries when they were reportedly trampled, police said.

About 400,000 people turned out for the fireworks, police said.

At the Arkansas site where the fireworks display was held, Rockefeller, son of the state's late governor, said there's more to the celebration for the last 10 years than money.

"I love it," he said. "To see the kids and the older folks, the people who fought to keep this country free, it's just a humdinger of a Fourth of July."

Thousands of flags were given away in Milwaukee and Chicago, and aging hippies at a counterculture gathering in Nevada displayed the Stars and Stripes, and a week after the Supreme Court ruled that burning the flag in protest is protected by the Constitution, American Legion posts retired old flags by burning them.

"It's the proper way to burn any tattered, torn flag that needs to be destroyed," said John Comer as Legionnaires in Manchester, Mass., destroyed 50 old flags in a ceremony that traditionally includes prayers.

In Newport News, Va., Vice President Dan Quayle defended the Bush administration's proposal to ban flag burning.

"Around the world, Old Glory is recognized and revered as the symbol of freedom. Too many Americans have laid down their lives in the defense of freedom to treat this symbol lightly," Quayle said at a ceremony to honor the USS Newport News, the Navy's newest submarine.

Just outside Miami, Cuban immigrant and exporter Eduardo Martinez again threw open his Hacienda Mardenpaz to tens of thousands. As visitors examined scaled-down versions of the White House and the Statue of Liberty, bands played a mixture of Latin music, country and rock.

"I do this as a tribute to America because we are very grateful to this country," he said.

Solidarity leader Walesa was hailed for "his personal triumph" of hope in Poland as his wife accepted Philadelphia's first Liberty

Factiva                                                                                              12/2/09 5:34.

Medal and a $100,000 cash award on his behalf in a ceremony outside Independence Hall.

"The timing of this Philadelphia Liberty Medal award coincides with a particular moment in Poland," said Danuta Walesa, speaking for her husband. "Our many years of struggle for the right to our own nation is entering into its decisive phase."

She referred to Tuesday's events in Warsaw, where for the first time since the late 1940s an opposition group was installed in a Soviet bloc legislature. A total of 259 Solidarity deputies and senators took their seats in the National Assembly next to members of a communist coalition.

The mood was more outrage than solidarity in Boston, where more than 3,000 abortion rights activists protested Monday's Supreme Court ruling on a Missouri abortion case.

"How ironic that the Supreme Court is poised to take away a cherished right when the nation is commemorating our extraordinary tradition of individual liberty," said Pam Nourse, director of Mass Choice.

In Milwaukee, about 18 volunteers were cheered by passersby as they placed some 1,500 flags along the streets. "People were honking their horns, giving me the peace sign and giving me thumbs up," said Marietta Redding. "I love apple pie, grandmas and the flag."

In Chicago, businessman Ted Kamberos played flag elf for the third year, planting 1,000 American flags along the streets with help from a dozen friends. "There are so few people in America who would consider burning a flag. They've given this gentleman a stage and I think they're making a lot of hoopla about nothing," the 41-year-old Greek immigrant said of the Supreme Court decision that upheld a protester's right to burn the flag.

American flags fluttered at the 18th annual Rainbow Family of Living Light reunion of more than 5,000 people in Nevada's Humboldt National Forest. "This Independence Day means a lot to me, because it means freedom from power, from authority," said Linda Edwards, 45, a Santa Cruz, Calif., activist for the homeless.

Document asp0000020011116dl7400nip

© 2009 Factiva, Inc. All rights reserved.

Exhibit 1023 Page 2

Factiva                                                                                                                    12/2/09 5:31

NEWS
**Flags, fireworks fly in July Fourth fun // Passion for independence displayed proudly**
AP
637 words
5 July 1989
Austin American-Statesman
AAS
FINAL
A6
English
© 1989 Austin American Statesman. Provided by ProQuest Information and Learning. All Rights Reserved.

Their love of Old Glory stirred by the nation's highest court, Americans waved the flag with a passion July Fourth, handing out thousands of new ones and reverently retiring old and tattered ones by burning them.

A medal of liberty was awarded to Polish union leader Lech Walesa in Philadelphia, a Cuban immigrant opened up his home in gratitude to his adopted country, and Winthrop Paul Rockefeller, a great-grandson of Standard Oil founder John D. Rockefeller, put on an Arkansas fireworks display expected to draw 100,000.

"For me, there's more to it than just the cost," Rockefeller, son of Arkansas' late governor, said of the mountain display he has sponsored for the past 10 years. "I love it. To see the kids and the older folks, the people who fought to keep this country free, it's just a humdinger of a Fourth of July."

Seven Chinese students at the University of Tulsa in Oklahoma used an Independence Day ceremony to announce they want political asylum in the United States.

"We want to publicly denounce the Chinese government by asking for asylum," said graduate student Guohua Zheng, 25.

In Seattle, about 500 people representing 51 countries became Americans as hundreds of others, including two congressmen, welcomed them on a rare sunny Fourth of July in Seattle.

They weren't so lucky in the nation's capital, where it rained on the estimated 20,000 people who turned out for the annual Fourth of July parade.

Thousands of flags were given away in Milwaukee and Chicago, and a week after the Supreme Court ruled that burning the flag in protest is protected by the Constitution, American Legion posts retired old flags by burning them.

"It's the proper way to burn any tattered, torn flag that needs to be destroyed," said John Comer as Legionnaires in Manchester, Mass., destroyed 50 old flags in a ceremony that traditionally includes prayers.

Just outside Miami, Cuban immigrant and exporter Eduardo Martinez again threw open his Hacienda Mardenpaz to tens of thousands. As visitors examined scaled-down versions of the White House and the Statue of Liberty, bands played a mixture of Latin music, country and rock.

"I do this as a tribute to America because we are very grateful to this country," he said.

Solidarity leader Walesa was hailed for "his personal triumph" of hope in Poland as his wife accepted Philadelphia's first Liberty Medal and a $100,000 cash award on his behalf in a ceremony outside Independence Hall.

"The timing of this Philadelphia Liberty Medal award coincides with a particular moment in Poland," said Danuta Walesa, speaking for her husband. "Our many years of struggle for the right to our own nation is entering into its decisive phase,"

She referred to Tuesday's events in Warsaw, where for the first time since the late 1940s an opposition group was installed in a Soviet bloc legislature.

The mood was more outrage than solidarity in Boston, where more than 3,000 abortion rights activists protested Monday's Supreme Court ruling on a Missouri abortion case.

"How ironic that the Supreme Court is poised to take away a cherished right when the nation is commemorating our extraordinary tradition of individual liberty," said Pam Nourse, director of Mass Choice.

In Milwaukee, about 18 volunteers were cheered by passers-by as they placed some 1,500 flags along the streets. "People were honking their horns, giving me the peace sign and giving me the thumbs up," said Marietta Redding. "I love apple pie, grandmas and the flag."

PHOTO; Caption: Two-year-old Jeremy McCan holds an American flag as he tries to get a look at the Fourth of July parade in Oklahoma City.; Credit: AP

Document aas0000020011116dl7500j21

© 2009 Factiva, Inc. All rights reserved.

Factiva                                                                                                      12/2/09 6:15

Exhibit _____ Page _____

ACCENT
**FEEDING FRENZY: BUYERS, SELLERS, SCRAMBLE FOR SHARE OF OC'S WILD REAL ESTATE MARKET**
Robin Pierson:The Register
2699 words
7 August 1988
The Orange County Register
OCR
EVENING
g01
English

© 1988 Orange County Register. Provided by ProQuest Information and Learning. All rights reserved.

Fear, the scent of quick money, pressure and a pack mentality have plunged the players in Orange County's frantic home real estate market into a buying and selling frenzy.

Buyers are standing in line for the chance to make full-price offers -- and more -- on homes minutes after they enter the portals.

Builders, who have dangled a few dozen homes before hundreds of interested buyers, have been confronted with near-riot situations.

And once-contented neighborhood residents, enticed by the sudden bloom in equity built up on their new homes, are uprooting their families and jumping into the fracas to buy bigger homes in newer tracts.

These are some tales from the market madness:

Ross Dowell said he loves living in Irvine but decided to sell his barely broken-in home when "we saw the money being made around here."

Two-and-a-half years ago, Dowell, a 32-year-old planner at Rockwell International, camped out for a week for a chance to buy a 1,600-square-foot house in the Irvine subdivision of Northwood.

"I paid $152,000 for it, and I sold it recently for $240,000 by myself, in one day."

Dowell and his wife took their profits and, along with more than 100 other people, tossed their name into a lottery for 28 houses being built by Akins Development in Santiago Hills in Orange. The couple won the chance to buy a $310,000 tract house.

"We really don't want to move," he said. "I really like Irvine. I've got a 16-month-old child that we'd like to go to school in Irvine. But we're just trying to make some money for the future and get back in Irvine. It's hard to make any money working."

In neighborhoods across Orange County, dinner conversation is turning to which neighbor sold and how much he got for his house.

"We watched as the prices of houses selling around here continued to go up," said Terri DiStanislao, who, along with her husband and two young children, lives in a 2-year-old Mission Viejo tract.

The couple figured that they could get more than $100,000 more for their house than what they paid for it two years before.

"There really wasn't any reason to move, but there was so much equity built up in this house in such a short time, we went looking to see what was out there."

The DiStanislaos found a new suburb in Laguna Niguel and decided buying there would be "a definite move up, and we could afford it," DiStanislao said.

"Our house sold in seven days at full price (more than $100,000 more than they bought it for). My sister was one who listed it, and I said to her, `Maybe we should have asked more.' But she said, `Don't get greedy.' "

Realtors who think they have really gone too far in helping clients get great prices for their homes are finding that even their swollen suggestions are being gobbled up.

Asked to set a price for a home in Laguna Niguel, Steve Parks of Patterson-Parks Real Estate in Laguna Beach looked at what neighboring houses had recently sold for, then ignored the sums. "My gut instinct told me to put it up $25,000 higher. It sold in a week."

For buyers, finding a dream house can be a nightmare.

On a recent Saturday, Jennifer Lucas, her husband and a realtor looked at 16 houses. "We were seeing nothing but trash" as they drove the streets of north county, Lucas said. "We were so discouraged and nervous because we had sold our house (in Santa Ana), and escrow was closing in 30 days. It was very scary."

Within 45 minutes after stepping into the 16th house of the day, the Lucases made an offer for $250,000 -- $2,000 less than the asking price.

"We went out to lunch because the husband wasn't home yet. While we were eating, a couple more people made offers, too.

Factiva                                                                                                                                           12/2/09 6:15.

Luckily, we had built up a rapport with the woman, talking about our kids and stuff. They accepted our offer, but to this day I keep feeling that I was pressured to buy."

In real estate lingo, applying unnecessary pressure to get a client to make an offer is called "puffing." But in today's market, buyers who don't put their money on the table fast lose.

"It's so hard to tell people that they have to react right away," said Rick Jenkins, a realtor for Nolan Real Estate in Laguna Beach. "They look at you, thinking, `What kind of sales pitch is this?' They feel pressured."

Even those who do react quickly get shoved out of the game by buyers with more cash in hand.

Pete Johnson had been seeking a house in south county for months. Two weeks ago, when Jenkins showed him one in Laguna Niguel that he liked, "I made an offer before my wife even had a chance to see it."

The sellers countered, and a deal was struck suitable to both parties. Everyone had signed on the dotted line except a part owner who lived in Beverly Hills. The necessary papers were mailed to her Federal Express.

"I thought we had a deal," Jenkins said. "But someone came in with $10,000 more and blew us out."

The final price was $13,000 more than the highest sale in that tract. "They may have an appraisal problem," Jenkins said.

Appraisers are having to get used to chasms between the sale prices for near-identical houses.

"The market is leaping $10,000 to $20,000 in one or two weeks," said Scott Dobbie, the senior appraiser for Great Western Bank's Santa Ana region. "It's impossible for us to try to justify these leaps in value."

Last month, the bank began allowing its appraisers to use the sale prices of homes in escrow -- plus listings -- to justify more recent sales to lenders.

"Not until the market went crazy on us did we start using escrow prices," Dobbie said. "We're pulling our hair out trying to get the right comparables."

"But," said Randy Goodwin, an appraiser for Great Western Bank, "even the prices for houses that have been in escrow a month can be as obsolete as the prices of closed sales. Each time we get into a neighborhood now, the sales are typically $5,000 to $25,000 higher than they were a month before."

Goodwin himself got on the winning side of the giant price leaps.

He moved into a new house in a Fullerton development in April and sold it two months later for $100,000 more than he paid for it. He bought another house in the same development that won't be finished until October. Already, he said, a realtor has offered him "quite a bit more than we paid for it."

Goodwin said he probably won't sell again, but he has worked with people in similar situations who have.

Goodwin recently did an appraisal for a man who was just putting the finishing touches on the landscaping of his new home in Cowan Heights in Orange.

"He was out watering his lawn, and a guy was going door to door offering more money than the people had paid for their homes. It was an offer he couldn't refuse."

Not everyone is on the winning side of today's real estate game. Home owners who sold a few years ago are kicking themselves today.

Two years ago, Mary Gilly and her husband sold their house in Irvine's Turtle Rock for what they paid for it. The home had been on the market a year, and the couple was eager to move into the faculty housing at University of California, Irvine, where Gilly is an assistant professor of marketing.

"We were asking $240,000 for it, but we couldn't get it," Gilly said. "We ended up getting $225,000 -- what we bought it for."

Gilly recently ran into her former realtor. "He said a house with the same floor plan as ours was just listed for $405,000. Basically, we screwed ourselves," she said. "We lost out on about $100,000."

Plus, because there is a cap on the appreciation for the house Gilly and her husband bought on campus, the amount of equity the couple are compiling is scant compared to their off-campus neighbors, whose house values are soaring.

"When we bought this house, it was 25 percent below market value. Now it's 40 to 45 percent lower. We have almost no choice but to stay where we are."

Perhaps half-seriously, Gilly said she and her husband have started thinking about abandoning California and its mad housing market for "that mansion we could afford in Michigan."

For their first home, Patricia O'Donnell and her husband need a place for less than $200,000. Since the couple married two years ago, they have been renting in Huntington Beach. With their combined salaries, (he is an engineer for Rockwell International, and she is an office manager), they have saved $10,000 to put down on a home. That home, the O'Donnells have discovered, may not exist in Orange County.

Twice they have lost to buyers with a bigger down payment. Initially, "We were trying to pinch ourselves to save as much as we could so we could get a bigger down," O'Donnell said. "But the amount we would save was less than the amount that prices were increasing. So now we're trying to just get into anything."

Some lenders, O'Donnell said, have told the couple that they could qualify for a $200,000 loan. The prospect makes O'Donnell nervous.

"I'm not comfortable with that," she said. "We want to start a family, and (if they buy a $200,000 home) we'll have just got rid of our nest egg. I guess land is the way to invest, but I want to have some capital left over.

"We're thinking about looking in San Diego, in north county," she said. "We'd rent a cheap apartment up here and then go home (to San Diego) on weekends, like they do in New York."

In a market short on houses and long on buyers, real estate agents, like Vera Balderrama of Seven Gables Real Estate in Tustin, are having to resort to measures they wouldn't consider a few months ago.

"I stopped this morning when I saw someone in their yard and asked them if they wanted to sell their house," Balderrama said. "I would never do that before.

"I'm doing something else now that I hate and have never done in the past. I'm just going out and knocking on doors in the morning or late in afternoon. I tell the people that I had a home in their neighborhood that sold for $220,000 in January, and in July, it went for over $300,000. They all like to hear that, but it's relative. If you do sell, where do you go?

"It's absolutely terrible out there. People are frantically trying to find houses, and it's a race to find them.

"I've written up offers for clients before they've even seen the houses. Once it worked. But another client wouldn't go full price, so we didn't get it.

"I made an offer on a house for myself last week that I didn't get. I think I got buyers' mania."

Jane Olinger, an agent with Grubb &Ellis in Irvine, said she has started contacting her "farm," the neighborhoods where she tries to find people interested in selling their homes, "at least three times a month. I started a newsletter to keep residents up on property values. I'm doing anything I can think of to keep my name in front of them on a professional basis. I put recipes into my newsletters." Last month, Olinger focused on summer dishes and included a recipe for "the world's best guacamole" in her mailing.

Other agents in her office, she said, have resorted to staking American flags with their business cards on homeowners' lawns.

Faced with a few houses and hundreds of cash-in-the-hand buyers, some builders are finding that they could use some lessons in riot control.

Last month, hundreds of people vying for the same 28 nearly half-a-million dollar homes to be built at Tustin Ranch had to be dispersed by police when fighting erupted about who should have the first shots at the homes.

In the past, the developer, J.M. Peters Co., has sat back as the interested customers staged camp-outs, sometimes weeks before the scheduled sales.

"We've had 30 camp-outs in our history," said Brian Theriot, director of investor relations for J.M. Peters Co. "There's always been a leader who establishes a list to be fair."

But the day before the scheduled sale at the Almeria project in Tustin Ranch, a huge crowd began gathering at the site, and the developers became aware that "several lists had cropped up."

"People's frustration level began to rise, and there were intracrowd disputes," Theriot said. "We just didn't have the ability to decide which was the right list."

After the police were called in, many people left. Those who didn't were rewarded.

That afternoon, the developers decided that the best thing to do was start a company list. Those who had defied the order to leave got on it.

"The people who did not follow the rules got the houses," a woman who helped start a list a week before said. She asked anonymity for fear that speaking out against the company might hurt her chances to buy a house in the next phase.

"Builders are powerful people," she said. "We don't want to be on their bad sides." "Five years ago, we would have killed to have two people show up," said developer Bruce Akins, who has more than 700 people on a list waiting for a shot at 15 to 20 houses that will be available in Rancho Santa Margarita this summer. Akins, who sells houses on a lottery basis, said finding a fair way to give interested customers a chance to buy a new home "is a great problem for builders now. We always have a couple of people per project who make sly remarks and offer bribes to the sales staff to get on the priority list."

The motive for some people trying to get into the new developments isn't to find a home but to make money -- fast.

Michael Dugan, who considers his recent move into a home in Irvine to be the fulfillment of a lifetime goal, said he is stunned to see for-sale signs sprouting in front of the new homes in his neighborhood.

"Some people in Westpark don't even move into the house," said Dugan, the executive vice president of a local data communications company. "They just drive the sign into the ground as soon as it's built.

"These people around the corner moved in three weeks ago, and they listed their house for $380,000 -- $100,000 more than they bought it for. I think I could make $100,000 on mine, but to me Irvine is yuppie town, and that's where I want to live. It's a nice, new, clean town."

"Besides," he asked, "what else is out there that's available? The equity isn't real until you sell it, then you have to roll profits into the next house. It's unreal money."

**Exhibit** *1026* **Page** *1*

RESALE HOMES
SUNDAY HOMELIFE
**Super Sellers // Top Agents Tell Their Secrets**
Kay Severinsen
1051 words
6 December 1992
Chicago Sun-Times
CHI
LATE SPORTS FINAL
1; nc
English

© 1992 Chicago Sun Times. Provided by ProQuest Information and Learning. All rights reserved.

Bruce Hackel belongs to every Chamber of Commerce in his area.

Lori Rowe mails out everything from Alka Seltzer to dice.

Joan Kelly works 15-hour days and seven-day weeks.

They employ different sales and promotion methods but they have one thing in common: They are among the superstars of the real estate business.

Hackel, an agent with Remax South Suburban in Flossmoor, sold 162 homes last year; Rowe, with Coldwell Banker in Buffalo Grove, about 80; Kelly, with Baird &Warner in River Forest, sold 84.

Both Hackel and Rowe attribute some of their success to good support staff; each has two assistants. Kelly simply is a one-woman whirlwind.

Kelly starts her mad rush about 9 a.m., works through lunch, takes a break to see her family at dinnertime, then schedules appointments, phone calls and paper work, finishing around midnight.

And this is the slow season.

"Near the end of January, I say to my family: `Goodbye, see you in May,' " Kelly said.

Ninety-five percent of her listings are referrals, she said. Because she has lived in Oak Park nearly all her life, she finds homes in the area easy to sell.

"I really believe I know my product," she explained. "You have to be very informed about the market. When I give talks to other Realtors, that is one of the things I stress."

Unlike Hackel and Rowe, Kelly is not a big self-promoter, a process known in real estate jargon as "farming."

"I mail out over 2,000 things a month," Rowe said, "and that has really gotten me good results. I mail everything from chocolate to lemonade to little dice - I mailed 4,000 little dice that said, `Don't take a gamble on your biggest investment.'

One time she mailed out Alka Seltzer. Other times she gave out 600 pumpkins door to door before Halloween and 800 flags before the Fourth of July.

"I think my message is, if I'm creative about marketing myself, I will be more innovative in selling your home," Rowe said.

Hackel said he also does a lot of aggressive self-promotion through direct mail and advertising.

"I'm also very involved in my community," Hackel said. "I was a village (of Crete) trustee for eight years and I'm active in all the chambers of commerce. In my business, it's very important that your face be known.

"I have no way of knowing if someone is going to sell their house. I can only hope that when they make that decision, I'm one of the people they think of to call."

It's conventional for home sellers to contact about three agents before selecting one to list their home. Hackel, Rowe and Kelly all believe that if they are one of the three invited, they will win the listing.

"The key is service," said Hackel. "We know what the customer will want before they know, and can provide quick response. If someone calls about a house, I qualify them financially on the spot. If someone calls about selling their home, one of my secretaries takes information on the house, so that I've already done a brief market analysis and have a rough idea of its worth before I've even see the property."

Ninety-five percent of Kelly's business comes from referrals, she said.

"That makes it easier," she said. "This is not the most revered business - people think of us as used-car salesmen, but it takes a lot of skill and a lot of hours."

Agents not only need people skills, Kelly added, but must be well-versed in financing, neighborhoods, home markets and prices,

Exhibit _102_ Page _2_

and managing their time.

Does a top sales agent really have time for every listing? Will they pay attention to a $30,000 condominium?

"Most people who are doing a lot of business are very organized," said Betty Hegner, president of Remax of Northern Illinois. "Some have assistants that enable them to handle more transactions. You could go with someone who does less business and still get good service. But it's not a negative to go with a top producer. They advertise more, and get more exposure to more customers. I think they love what they do."

It's common for people to question whether a top-producing agent has time for every sale, Hacker said.

"But I find the busier I am the more I get done," he said. "If I ever hit a slow period, it amazes me how much my efficiency drops off. I think that if you are honest and have the customer's interests at heart, they aren't going to do business with anybody else."

Top agents make good money: Kelly, for example, averages $200,000 to $225,000, including bonuses.

But few agents get paid before the sale is consummated. If the house doesn't sell, they make no money.

Of a typical 5 or 6 percent commission, the listing agent gets one-quarter of the amount, the listing office gets a quarter, and the broker and office working with the buyer get the other half.

Hackel sells in an area of lower-priced homes, so his average sales price is $110,000. "I wouldn't say we work harder (than agents in high-priced neighborhoods), because their deals may take many months to close. But we have just got to do more units, and be quicker on our feet."

The top producers also stressed the importance of maintaining good relationships with other agents.

"I send them these cutesy flyers when a home is just listed, for example," said Rowe. "Or I do things to get them to sell my stuff, like offer them a gift certificate, or offer to do all the work."

Even though they are competitors, they need each other, added Kelly. "I sell 23 percent of my own listings, which means for the other 67 percent I need (other agents) and they need me."

Kay Severinsen is a free-lance writer.

Joan Kelly of Baird &Warner in River Forest discusses her sales strategy with home sellers Elizabeth and Marc LeSage. See also related story.; Credit: Al Podgorski

Document chi0000020011107doc60182b

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09

Exhibit 10 of 7 Page 1

REAL ESTATE
**Realtor shares the red, white and blue**
221 words
4 July 1993
Colorado Springs Gazette Telegraph
CSP
G4
English
(Copyright 1993)

If you're driving through some local neighborhoods today, or jogging or walking the dog, and notice a lot of flags, real estate agent Shary Kasper has been there.

Kasper, a sales associate at the north office of McGinnis/Better Homes and Gardens, and her husband, Matt, have lined the streets of Erindale Park, Erindale Valley and Gatehouse with 12-by-18-inch flags on poles.

Kasper focuses on these neighborhoods for real estate listings and sales, and this year expanded her Fourth of July gift of flags to 400 homeowners.

The red, white and blue banners are more than decoration, she says.

"We're coming from a military background to start with, so the flag has been a pretty important symbol to us," she says.

Last year, she and her husband placed several hundred flags in the early morning hours of Independence Day, as they did this year, and the response from homeowners was positive.

"People would call and say, what nice recognition, I was out on an early morning jog and noticed all the flags lined up."

Though the flag presentation is part of a marketing program, it's "coming from the heart," adds Kasper.

"It's a reminder of what our flag stands for - our country and our freedom."

Document csp0000020011031dp74006u2

© 2009 Factiva, Inc. All rights reserved.

Factiva                                                                                                                12/2/09



NEWS
**SENATE WAR HERO CRITICIZES PRESIDENT FOR FLAG STANCE**
MIKE ROBINSON Associated Press
640 words
15 June 1990
Los Angeles Daily News
LAD
Valley
N12
English
© 1990 Los Angeles Daily News. Provided by ProQuest Information and Learning. All rights reserved.

President Bush marked Flag Day with a dawn visit Thursday to the Vietnam Veterans Memorial while a Medal of Honor-winning senator said he was ashamed of Bush's recent actions concerning a constitutional amendment on flag burning.

"Today, in quiet glory, the Stars and Stripes continue to proclaim the shining promise of America," Bush said in a statement released after he visited the memorial. He proclaimed not only Flag Day but Flag Week.

Later, veterans in American Legion and Amvets caps, along with camera-carrying tourists, swarmed over Capitol Hill where rows of American flags hung limp in the heat while lawmakers poured forth Flag Day oratory.

On Main Streets across the nation, Americans decked front porches with American flags in honor of the day.

Bush called on "all Americans to observe Flag Day and Flag Week by flying the Stars and Stripes from their homes and other suitable places."

He said nothing about the proposed constitutional amendment, which passed its first hurdle Wednesday in the House, two days after the Supreme Court threw out last year's flag protection law.

To become part of the Constitution, the amendment will need two-thirds support in both the House and the Senate and ratification by 38 state legislatures.

"On this joyous occasion, may we also renew our determination to uphold the ideals enshrined in our Constitution and Declaration of Independence," the president said in his statement.

Sen. Bob Kerrey, D-Neb., who won the Medal of Honor in Vietnam, called the push for a flag amendment "an attempt to divide America, to divide fathers against sons." He said it would reopen "the generation gap" of the Vietnam era.

Kerrey held up a picture of Bush laughing at a White House meeting as Sen. Bob Dole, R-Kan., held a flag - a picture, the senator said, that showed the real point of the debate was to gain "political advantage."

"I am ashamed of what he did," Kerrey declared in an impassioned speech on the Senate floor.

"He has chosen to divide his country on an issue that, frankly, in my opinion, should not be given this much attention," Kerrey later told a rally of congressional veterans against the amendment.

Sen. John C. Danforth, R-Mo., parting company with conservative colleagues, took the Senate floor to oppose the amendment.

"We, thank God, do not live in a brittle, fragile country, because in our country anybody is free to express himself," Danforth said.

The debate over the flag resounded in incidents across America.

Townspeople of Northfield, Minn., awoke to find 3,000 small plastic flags planted in their lawns by employees of a real estate company "as an important part of our heritage." But one local critic grumbled that it was `an intrusive political statement."

Dole, the Senate Republican leader, won a commitment from Senate Majority Leader George Mitchell, D-Maine, to hold a Senate vote on the flag amendment before Congress' Fourth of July recess.

In the House, Speaker Thomas S. Foley, D-Wash., has said a vote could come as early as next week and certainly before the holiday break.

The issue was rekindled Monday when the Supreme Court in a 5-4 decision threw out as unconstitutional a federal law approved last year that would have banned burning and other desecration of the American flag.

Dole scoffed at the notion that flag burning represents free speech and thus should not be outlawed. "It's malicious, stupid, irresponsible conduct, not speech," Dole said.

On the other hand, Sen. Terry Sanford, D-N.C., scorned statements that a flag-burning ban would put only a small limit on free speech.

"That's like saying I'm going to take a little tiny sliver out of your heart," Sanford said.

Factiva                                                                                   12/2/09 7:1

Exhibit _____ Page _____

Thom Marshall
C NEWS
**Flag endures even the gutter**
THOM MARSHALL
Staff
788 words
5 July 1992
Houston Chronicle
HOU
2 STAR
1
English
© 1992 Houston Chronicle. Provided by ProQuest Information and Learning. All Rights Reserved.

CORRECTION: Hawaii was the 50th state. Alaska was the 49th. Correction published 7/6/92.

AN AMERICAN FLAG was lying in the gutter.

I was riding my bicycle by the dawn's early light on Friday, pedaling through a southwest Houston neighborhood when I saw the flag. I stopped, picked it up and put it in my pocket.

Hundreds of similar flags, on little wooden staffs, had been stuck into the ground at the edge of manicured lawns in front of hundreds of well-maintained American-Dream-come-true brick homes.

A card attached to each staff indicated the flags were being used to promote a local business, as well as observe a national holiday.

After I got back to my house, caught my breath and cooled down with some orange juice, I took the flag out for a close look.

It measures 12 1/2 inches at the hoist and 18 1/2 at the fly. I learned those two words from an encyclopedia.

""The hoist of a flag is its perpendicular edge, or its height when flying from staff," the dictionary said. ""The outer end, or the length of the flag, is the fly."

In bold capital letters along the hoist of that flag I found in the gutter is printed ""MADE IN U.S.A." In smaller letters is the name and address of the manufacturer.

True-blue American plastic

The flag is made of a plastic material. At one time, probably about the same period that the houses in that neighborhood were being built, you might have expected such an inexpensive mass-produced plastic item to be made in Japan.

No more. These days it would be sheer folly for a company to promote itself using plastic American flags made in Japan.

These days, with the balance of trade the way it is, and unemployment the way it is, and so many cars and television sets and other big-ticket high-tech products being made in Japan, it is important to make sure that any little plastic flags we scatter about on the Fourth of July are American made.

I counted the stars, just to check. Fifty. Do you remember when the 50th was added and for which state?

1960. Alaska (SEE CORRECTION).

That is about the same time the houses were built in that neighborhood where I was bicycling. Give or take a few years. America still was enjoying the post-World War II boom then. Rich.

It was the biggest lender of all the world's countries. Now it borrows the most.

So much has happened since the 50-star version of the flag we use today first was flown and people were moving into the brand new brick homes in that neighborhood.

The nation has been rocked by race riots, the assassination of the Kennedy brothers and Brother King, Vietnam, Watergate, Iran-Contra, October Surprise and more race riots.

Our society has been bombarded by many complex and divisive issues and problems -- AIDS, abortion, homelessness, pollution, sexual harassment. Many of us have spent a lot of time arguing about how we should react to the problems, how we should seek answers to them.

We also have invested much time and energy in arguments about the flag.

United we stand

Remember Abbie Hoffman being arrested in 1968 for wearing an American flag shirt at a House Un-American Activities Committee session?

Factiva                                                                                                      12/2/09 7:14 A

Three years later an 18-year-old Ohio State University student was arrested by police for sitting on the flag that he he had sewn on the back pocket of his jeans. An original sentence of three months in prison was appealed and reduced to a $200 fine.

But fashion trends sometimes change drastically, and in 1989 Ralph Lauren came out with some Old Glory sweaters. And now you can find the flag on everything from umbrellas to socks to sunglasses to underwear.

In 1989, the U.S. Supreme Court ruled that flag burning is a First Amendment right. There was a lot of argument after that decision, including a President Bush-led drive for a constitutional amendment to ban flag burning, but it didn't pass and things have seemed pretty quiet, flag-wise, lately.

Maybe something we've learned from all this is that symbols can be difficult to define and control and categorize. Especially when the symbol stands for something as complex and involved and ever-changing as the United States of America.

As for how that flag wound up in the gutter, it likely was not a deliberate act. It probably was a matter of carelessness. And perhaps there is some symbolism somewhere in that.

Document hou0000020011107do7500ra9

© 2009 Factiva, Inc. All rights reserved.

Factiva                                                                                                      12/2/09 7:11

Exhibit /030 Page /

METRO
**County Scan**
2537 words
9 July 1993
The Orange County Register
OCR
MORNING
B03
English
© 1993 Orange County Register. Provided by ProQuest Information and Learning. All rights reserved.

Lake Forest Councilwoman Marcia Rudolph was not reluctant to approve a grading permit for a private road on Dimension Drive. Because of a reporting error, her feelings about the permit request were mischaracterized in a County Scan item in the Metro section of the July 9 edition of the Register. (7/26/93)

ANAHEIM Julianna Aguirre will be riding an elephant down the aisle July 17 when she marries John Hancock in front of thousands at the Orange County Fair in Costa Mesa. The Anaheim couple will exchange vows at the base of the Ferris wheel. The fair hosts an untraditional wedding ceremony every year.

BREA Want to spend an inexpensive night out with the family? Head to Arovista Park tonight for full-length films and live entertainment. Tonight's production, "Homeward Bound," begins at 8:15 p.m. Bring chairs and blankets. Snacks will be sold. Call (714) 990-7735. ... An Imperial Highway shopping guide was mailed to city businesses and homes this week. "We wanted to draw attention to the merchants along Imperial Highway during (road) construction," said Cindie Ryan, acting marketing director for the city. The cover is a watercolor picture of the street featuring several shops, painted by Fullerton artist Judi Smith Trasport. The widening project is expected to be completed in August 1994.

BUENA PARK Learning never stops at James A. Whitaker Elementary School, where three computer labs are open for students on a first-come, first-served basis during the summer. The labs have space for 100 students.

COSTA MESA Santa Claus may be wearing shades and Bermuda shorts but he'll be in Costa Mesa from 1 to 5 p.m. Wednesday at the Orange County Fair. Santa will appear in the Kid's Corner, where contests and crafts will be offered for children 2-12.

CYPRESS It may be temporary, but this group has a big job. A citizens' fiscal advisory committee, formed at a recent council meeting and in existence only 90 days, is reviewing past and current Cypress budgets to find ways to save money. These five members also must figure how the city can pay for storm-drain cleaning, catching up with street maintenance and hiring more police officers. ... The audience will share the spotlight with the performers Saturday when Lillies of the West, a string band, performs at the city's second Concert on the Green. The band specializes in traditional songs and encourages audience participation. The concert is set for 6 p.m. on the Civic Center lawn, 5275 Orange Ave.

DANA POINT The Capistrano Beach County Water District hopes the third time will be the charm. Twice the board has selected a permanent replacement for Dennis Erdman, the district general manager who was fired in March. One left after a week on the job, while the other, after interviewing, changed his mind this week. The water board is holding a special meeting at 4:30 p.m. today at the district office to try again. ... In their attempt to anticipate what would happen with the state budget, city officials guessed wrong and that's the good news. They estimated the city stood to lose $340,000 in property tax revenue. But City Manager Dave Elbaum said, "As of the latest information, it was zero."

FOUNTAIN VALLEY Newt Withers of Fountain Valley and Wayne Stanfield of Costa Mesa have driven their 1934 Goodyear Packard roadster into second place in the Indianapolis-to-Flint, Mich., leg of the Interstate Batteries Great American Race for vintage cars. Withers and Stanfield took three seconds longer to cover the 330-mile stretch than the leaders, a Phoenix couple. The racers have covered 3,110 miles, with 1,140 to go.

FULLERTON God and country will be the topic tonight as the public is invited by attorney Mark Blank to hear more about the Puritan Party, which is collecting signatures to qualify for the 1994 ballot. The meeting begins at 7:30 p.m. at Blank's home. The party endorses Judeo-Christian ethics in government. Call (714) 525-5183. ... Fifteen Los Angeles Rams players will give pep talks and participate in field drills Saturday at a camp for 300 area boys and girls, ages 8-14, at California State University, Fullerton's, Titan Stadium. The NFL Coca-Cola/McDonald's Mini Camp for Kids runs 10 a.m. to 1 p.m. and is open to spectators.

GARDEN GROVE The traffic around Thomas Paine Elementary School is heavy. So many parents are driving their children to and from summer school that double parking has become commonplace. At least one angry mother has called police to monitor the flow. "It's crazy," Bonnie Seale said. "There have been times when I stand out there and direct traffic myself."

HUNTINGTON BEACH Done waving your Fourth of July flag? American flags will be retired in a ceremony at 2 p.m. Sunday at the Newland House Museum. All flags welcome. Call (714) 962-5777.

IRVINE Students in classes at Meadowpark and Deerfield elementary schools and at Rancho San Joaquin Junior High earned new World Book encyclopedias, atlases and dictionaries by reading seven books each in seven weeks.

LAGUNA BEACH Leaf blowers became obsolete last week when a city law went into effect. Residents, gardeners and maintenance crews must return to brooms, vacuums and hoses to do the tasks performed by the noisy blowers. Laguna Beach is the only city in Orange County to pass a law banning both electric and gas blowers.

LAGUNA HILLS With work finally beginning on the completion of Cabot Road between Laguna Hills and Laguna Niguel, nearby

residents can look forward to a day when motorists won't be taking shortcuts through their neighborhood. Bob Peterson, the county's transportation planning manager, said he doesn't know how long the project will take. Part of the problem involves 170,000 cubic yards of soil from an ancient landslide that must be removed before the road can be built.

LAGUNA NIGUEL It's a troubled bridge that doesn't go over water. Residents are still trying to figure out what to do about the pedestrian bridge over Niguel Road. Built in 1973, the bridge links Moulton Elementary School with Jarett Circle but has been closed since dry rot was spotted in its supports. The Crown Valley Highlands Community Associations board will meet Tuesday to discuss whether to fix the bridge.

LA HABRA A very patriotic thief struck here recently. The morning after Don Gillis planted 200 flags in front of homes in Green Hills, the flags had disappeared. "We just probably think it's kids," said Gillis, who attaches his wife's real estate card to the plastic flags. ... Four children from La Habra considered at risk of joining gangs are trying college on for size. The sixth- and seventh-graders are participating in lab classes at the University of California, Irvine, dissecting cow brains and learning about computers, among other activities. Organizers hope the classes will help them become more excited about learning.

LA PALMA Visitors to the city's library are being greeted with closure notices Fridays through Mondays. Due to state budget cuts, the library, which normally closes Sunday, must shut down an additional three days. Its new hours are noon-6 p.m. on Tuesday and Thursday, and noon-8 p.m. on Wednesday.

LAKE FOREST When Councilwoman Marcia Rudolph was asked to approve grading permits for a private road on Dimension Drive and private land along Marin, she told city staff that she would do it reluctantly. She asked the staff to include a map with a star marking the location of proposed grading sites in future reports. "Don't assume I know where the parcel is," she said.

LOS ALAMITOS Los Alamitos Senior Citizens Club members began bringing their own coffee cups to weekly meetings two years ago. They said they have spared 14,000 plastic foam cups from ending up in landfills. Community Services Supervisor Gail Silva said it takes little effort to avoid using the disposable cups and everyone feels they are helping the environment.

MISSION VIEJO Seniors can celebrate National Therapeutic Recreation Month with a week of walks in Oso Viejo Park. "Walking is the absolute best therapeutic exercise for older people," said Nancy Herrmann, the city's community services supervisor. Walkers will step off at 11 a.m. Monday for one-mile treks around the park. In a half-hour, prizes will be awarded. Call (714) 348-2063.

NEWPORT BEACH The city's arts commission has organized a day of free entertainment at Fashion Island on Saturday. The Salute to the Arts will feature folk dancers, arts demonstrations and music for children between 11 a.m. and 2 p.m. and music ranging from jazz and Cajun to country-Western for adults from 6 to 10 p.m.

ORANGE Kelly Heming knows it's a dog-eat-dog world, but she didn't expect two large dogs to attack her beagle Tuesday as she was taking it for a walk at Fred Kelly Stadium. Heming said her dog was seriously injured and required about $2,000 in veterinary care. She reported the incident to police and Orange County Animal Control and is concerned that the dogs will strike again.

PLACENTIA Music of Mexico will be featured when Mariachi San Pedro performs a free concert at Tri-City Park at 4 p.m. Sunday. Concert-goers are invited to bring a picnic dinner, blankets and lawn chairs. The concert is sponsored by the Cultural Arts Commission. Call (714) 993-8232 ... Persons With AIDS and Others sponsors a support group from 7:30 to 9 p.m. on the second and fourth Monday of the month at the Episcopal Church of the Blessed Sacrament, 1314 N. Angelina Drive. All meetings are confidential and anonymous. Call (714) 528-2973.

SAN CLEMENTE Horse patrols and helicopter flybys were a big hit with young folks at the beach during the Fourth of July weekend. But not with everyone. As sheriff's deputies cleared the pier after the fireworks show, Hispanic and white skinhead gang members started a fracas that ended with gunshots being fired in the air. No one was arrested.

SAN JUAN CAPISTRANO Leroy and Barbara Stevens have the second chance they've been waiting for. The City Council voted 5-0 this week to grant the Stevens' appeal to operate a wholesale nursery out of their home. The permit was revoked in April after the couple violated some of its conditions and neighbors complained. The couple will be allowed to operate the nursery on the Ortega (74) Highway while the city conducts a study of the property's zoning.

SANTA ANA William Harvey, Santa Ana-born author of three books on Spanish, was hired by the Police Department last month to teach officers street-level Spanish. Officials say they hope that at the end of Harvey's instruction, officers will know simple phrases and commands to communicate with the city's large Hispanic population ... Miguel Morales did not expect to find a historical treasure in the used book he bought at a Goodwill store. But inside the $1.25 copy of Joseph Wambaugh's police novel "The New Centurions" was an envelope with this signature: Jacqueline Kennedy. The card inside read, "Mrs. Kennedy is deeply appreciative of your sympathy and grateful for your thoughtfulness." Morales, news director at a Spanish-language station, called it a "piece of history" and intends to keep it for a long time.

SEAL BEACH Parking stickers are on sale now at City Hall. Stickers cost $10 for residents and $14 for guests and are required for parking on any city street longer than the posted limit, which varies from 24 minutes to two hours.

STANTON "It's very disturbing to me," Councilman Joe V. Harris said this week, referring to a recall drive against him. An anti-gambling group has targeted Harris and Councilman Sal Sapien for failing to support a resolution that opposed card clubs in town. Harris said he endorsed a proposal to allow card clubs because it would have brought much-needed revenue to the city. "I've really sacrificed myself to improve this city," Harris said. "I really don't think it's a legitimate complaint." Besides, Harris said, when his term expires in November 1994, he doesn't plan to run for re-election.

TUSTIN Councilman Jeff Thomas had a red-hot time on the Fourth of July throwing candy to children lining the Tustin Meadows parade route. But Thomas heard later that the adults grabbed all the Tootsie Pops _ which was fine with the children, who seemed to prefer the Atomic Fireballs. Those are candies that are as peppery hot as the name suggests.

VILLA PARK Wanted: Children willing to spend time this summer with markers, crayons, paints and any other art supplies necessary to make summer concert posters. Posters will be separated into kindergarten, grades 1-3, grades 4-6, middle school

and high school categories. Posters must be on 18-by-24-inch board, include name, grade and school and be received at City Hall by Aug. 2.

WESTMINSTER Want a nice mobile home, cheap? Stan Hirsch remembers when Mission Del Amo Mobile Home Park coaches sold for $40,000. These days they go for $1,500 to $6,000, he said. Housing prices are dropping everywhere, but even more at Mission Del Amo because the owners have decided to close the park and develop it. Hirsch and other tenants hope the city will increase the amount park owners have to pay tenants who are forced to leave. The city's mobile home commission will consider the residents' proposal at 7 p.m. Thursday at the community center.

YORBA LINDA Two softball clinics will be offered this month, with emphasis on both fielding and hitting. The two-day sessions will be from 9 to 11 a.m. at Travis Ranch Activity Center, 5200 Via de la Escuela. The first session is open to children ages 6-8 and will be held Monday and Tuesday; the second clinic, for ages 9 to 11, will be Thursday and Friday. Call (714) 961-7160. ... SLOW, CHILDREN AT PLAY signs will not appear in Yorba Linda. City traffic engineers don't believe the signs safeguard children. Also, federal standards discourage the use of such signs because they suggest that playing in the streets is acceptable.

IN OTHER COMMUNITIES Canyon home reinspections are continuing and county firefighters are warning residents to bring their homes up to code. Firefighters inspect canyon homes every year to make sure they have the required 100-foot clearance from surrounding brush. Homes that don't meet code are inspected a second time. A fee of $80 or more is charged if firefighters must conduct a third inspection.

BLACK &WHITE PHOTO; Caption: PURSE SNATCHED: Mike Wong, a magician, surprises Elaine Gennawey of Laguna Niguel by hooking a metal ring through her purse strap during a show at the Dana Niguel branch library Wednesday. Wong entertained children and parents at the event, sponsored by Friends of the Library.; Credit: JIM MAX:South County News

Document ocr0000020011101dp7900vul

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 7:

Exhibit 103 / Page 1

North Fulton Extra
**NORTHSIDE NOTES Rumblings and scuttlebutt in our community. What's in a name? These say it all**
STAFF
569 words
11 June 1998
The Atlanta Journal - The Atlanta Constitution
ATJC
JH;01
English
Copyright (c) 1998 Bell & Howell Information and Learning Company. All rights reserved.

Would that be Alphawell? Or maybe Rosaretta?

Fulton County Fire Chief R.T. Strong, whose department is pondering several intergovernmental agreements like one with Alpharetta for a fire station at the city's Cogburn Park, is among many who believe that one day in the not-too-distant future all of the county north of the Chattahoochee will be one municipality, known by a hybrid of the names Alpharetta and Roswell.

New harassment policy Alpharetta has updated its sexual harassment policy, a year after Councilman R.J. Kurey supposedly made comments that some employees deemed inappropriate. No formal accusation of harassment was made against the councilman and no formal charges were lodged.

But the much-publicized matter gave the city a black eye, and consequently officials hired an outside attorney to tune up the policy. The new policy, unanimously adopted, defines prohibited behavior as, among other things, "unwelcome sexual remarks or compliments, sexual jokes, sexual innuendo or propositions, sexually suggestive gestures or facial expressions, sexual remarks about a person's clothing or body, exhibiting sexually explicit publications or materials, kissing, touching and sexual contact."

The policy also sets up a formal investigation process, after which discipline can range from an apology to dismissal. Employee training on the new policy will begin this summer, said City Administrator J. Michael Wilkes.

Forming the new policy took a year, he said, because of the issue's sensitive nature and the many officials, attorneys and staff who offered input.

"The city of Alpharetta prohibits, and will not tolerate, harassing or offensive behavior by or towards any employee or officials," said the policy. "Any employee or official of the city of Alpharetta who engages in such behavior is subject to consequences." Artists for autumn Talk about the power of a single word. Roswell's City Council plans to update its 3-year-old ordinance regulating art shows in town with a word change --- aiming to keep things more flexible.

The council is expected to make a decision next week whether to replace the word "November" with the word "autumn" so art shows can be held on weekends throughout the fall.

The idea behind it, said council member Steve Dorvee, is that the dates for other art festivals and shows in metro Atlanta are being moved and local artists need flexibility so there won't be any conflicts.

A decision is expected Monday. Begrudging best wishes When Alpharetta Councilwoman Barbara Hurt-Simmons recently announced her resignation, council members weighed in with their good wishes for the woman who's moving to Birmingham, where her husband got a new job.

Councilwoman Sandra Johnson, stressing her feeling that the city would be losing a good leader, said, "I'm very, very sorry that you've had this wonderful opportunity." Sandy Springs flag corps If you see a woman putting little plastic flags in the ground in front of her neighbors' homes in Sandy Springs, don't despair; she's not marking a runway or a future construction site. Cindy Blum, a real estate agent, has been celebrating Fourth of July the past four years by decorating the area with flags.

This year, she plans to blanket several neighborhoods --- a total of 2,000 homes --- with flags.

"It makes the neighborhoods look nice," she said.

Home

Document atjc000020010915du6b00m50

© 2009 Factiva, Inc. All rights reserved.

Factiva                                                                                              12/2/09

NEWS
**Real flag-wavers Immigrants spread Stars and Stripes around to alert others to freedoms**
Jill Jorden Spitz
716 words
4 July 2000
The Arizona Daily Star
TUCS
A1
English
(Copyright 2000)

As the rest of the city gears up this morning for Independence Day, the Peera family is winding down.

They're probably sleeping, trying to recover from their annual Independence Day tradition - rising long before dawn to post American flags on every mailbox in their East Side neighborhood.

"It's our family's way to uphold the principles of democracy in this country - plus to send a message to other Americans that they should take time to appreciate what they have," said Shiraz Ali Peera, who has presided over the Fourth of July flag project with his wife, their three children and friends for the past decade.

The annual display started as a sales promotion for Peera's employer, Coldwell Banker. The company supplied flags for agents to give to customers; Peera, a Realtor, requested enough for every house in his neighborhood, southwest of East Golf Links and South Harrison roads.

He was so taken with the idea that he kept at it year after year, moving beyond his immediate neighborhood into surrounding ones and placing a standing order for 1,200 plastic flags and wooden poles with a California distributor. Although the Coldwell Banker project has long since ended, the company still helps out with the $400 flag bill, Peera said.

From the most cynical perspective, the effort is still at least partly about money - a card attached to each flagpole reminds recipients of flag-worthy holidays on one side and touts Peera's realty know-how on the other. But a few moments with Peera are all it takes to see that he has a higher mission than making a quick buck.

With a penchant for red, white and blue polo shirts and a "Proud to be an American" sticker by the front door, Peera is unabashedly patriotic. With good reason, he says - he and his wife know what it's like to live without the freedoms Americans take for granted.

Shiraz Peera, an East Indian who was raised in Africa, watched the newly socialized Tanzanian government seize his family's property.

Lydia Peera, who comes from the Philippines, was sent to live in America as a young woman after one too many of her friends was sent to prison for protesting against the government.

"People here do not appreciate the freedom, the opportunities we have," he said. "They don't understand how lucky they are to be born and raised in this country."

The Peeras raised their children to appreciate their diverse ethnic heritage but to love their country. So the kids always look forward to the flag distribution - even though it means hitting the street by 4 a.m., said Alia Peera, 18, a recent graduate of Santa Rita High School.

Doing so honors her country - and her deeply patriotic parents, said Alia, who leaves next month for the University of Southern California.

"This is kind of my way to pay tribute," she said.

With her older brother and sister off at college this summer, Alia recruited 10 of her friends - including 18-year-old Isaiah Yslas, who leaves tomorrow for Army boot camp.

"It's something to do before I take off for the service," Yslas said. "It's like a steppingstone, in terms of patriotism."

Peera doesn't expect his flags to change the world - to turn apathy into patriotism or anger into pride. But he said he hopes that when his neighbors walk out their front doors this morning and see the Stars and Stripes fluttering in the wind, they'll take just a moment to ponder what it means to be an American - not just on a national holiday, but every day.

"This is just a reminder," he said. "This appreciation should be continued throughout the year."

As a couple who chose to be Americans, Peera said he believes he and his wife may be the perfect people to spread that message.

"You have to have seen the darkness," he said, "to be able to see the light."

Photoby Joshua Trujillo/Staff: Shiraz Ali Peera, top, and his family, clockwise, Lydia Peera, Ryan Wirasinha and Alia Peera, get up before dawn every year to set out about 1,200 flags.

Factiva

12/2/09 1

BUSINESS
**COLDWELL BANKER GRABS FOR MORE MARKET SHARE OPENS OFFICES, PLANS AD DRIVE**
By Warren Boroson, Record Business Writer
499 words
22 June 1989
The Record
REC
All Editions.=.Four Star B. Four Star P. Three Star.; Two Star. One Star
d01
English
© 1989 North Jersey Media Group Inc. Provided by ProQuest Information and Learning. All rights reserved.

Coldwell Banker, which recently sold its commercial real estate division, has announced an aggressive promotional campaign to raise its share of the residential real estate market on the East Coast.

This year, the company consolidated seven divisions into the New York region, and officials said that Coldwell is now opening offices in Fort Lee and Princeton, as well as in Brooklyn and Queens.

Until now, the Coldwell Banker name has not been as recognizable as the names of some of the area's smaller firms, said Wayne A. Frahn, president of the New York regional division. "We're going to change that in the New York metropolitan region."

The campaign will focus on New Jersey; Long Island, Putnam, Westchester, and Rockland counties in New York; Fairfield County in Connecticut; and the Philadelphia area. The company plans to advertise on television and radio, as well as in newspapers and magazines. It will also sponsor promotional events, like flag-plantings on the Fourth of July, in various communities.

Frahn also said he wanted to "dispel rumors" about the company, which, along with Dean Witter Reynolds and Allstate Insurance, is part of Sears, Roebuck and Co.

The sale of its commercial division, he said, was not a sign of weakness on the part of Sears or Coldwell Banker, but rather of their determination to concentrate on the consumer.

Edward Tonero, director of marketing, said some people, upon reading that Coldwell Banker was selling its commercial division, thought that the entire company was being sold.

As for the sale of the Sears Tower in Chicago, Frahn said it was a "good business decision, not a sign _ as competitors have claimed _ that Sears is in trouble."

Another goal of the firm, Frahn said, is to improve the reputation of real estate agents. "We must raise the real estate professional's image to parity with that of the stockbroker," he said. The reason that agents have poorer reputations, he said, is that many of them are part-timers. "We have no part-timers at Coldwell Banker."

Tonero said that the company would train its own staff in "professional ways of doing business."

Although Frahn predicted that the current soft real estate market would continue throughout the year, Tonero said he thought . that, with interest rates coming down and with sellers lowering their prices, the market might soon revive.

One reason the company is expanding now, Tonero said, is that the end of a bear market is a better time than the end of a bull market. It's easier to recruit new employees, who are looking for stability.

The Short Hills-based company, which was founded in 1906 in California, now has 198 offices and 3,500 sales associates in the New York region, but officials said these figures do not include the Philadelphia area, which was added to the region within the past week.

Document rec0000020011116dl6m00ogx

© 2009 Factiva, Inc. All rights reserved.

Exhibit 1033 Page 1

Factiva                                                                                        12/2/09

Exhibit _1134_ Page _1_

TAMPA BAY AND STATE
**Free and easy // Suncoast pledges itself to having fun**
KARL VICK; STEVAN ALLEN; STEVEN DRUMMOND; TAMMERLIN DRUMMOND; LAURA GRIFFIN; SALLY HICKS; JENNIFER L. STEVENSON
635 words
5 July 1989
St. Petersburg Times
STPT
CITY
1B
English
(Copyright 1989)

Peter Nesterock does it every year - plant four little American flags on the border of his blanket at Clearwater's Coachman Park, where he'll have a view of the fireworks. It's just that this year flags seem as much statement as gesture.

``I hated the Supreme Court ruling,`` he said. That ruling said the burning of the American flag as a form of political protest cannot be prohibited.

Coldwell Banker does the same thing Nesterock does, only on a larger scale. The realty company dispatched workers to plant more than 25,000 flags in Tampa Bay front yards the night before the Fourth.

``That's wonderful,`` said Thelma Aronson, who discovered hers at 760 30th Ave. N in St. Petersburg when she stepped out to pick up her morning paper.

``I appreciate it,`` said Frank Box of 2801 67th St. N, St. Petersburg. ``I appreciate the flag, too. I think a lot more of that than I do of those people burning it.``

That was Independence Day, 1989: parades, fireworks, and flag-waving much more in the spirit of the holiday than of protest.

``It's more of a party,`` said 9-year-old Shevelle Davidson, asked the significance of the day at a parade in Brandon.

A general lack of gravity prevailed all around Tampa Bay.

In Hillsborough County, where Wee Miss Brandon was crowned, the person playing the Statue of Liberty grew tired of hefting the torch and inserted a fake arm in her robes.

``That lady actually has three arms,`` the announcer observed.

In Citrus County, Amy Gysan won the apple pie competition at Whispering Pines Park with a recipe ``straight out of the Betty Crocker Cookbook.``

``I want to thank my family for eating all the practice pies,`` she said.

In Hernando, the Brookridge parade remained the county's largest July Fourth celebration and one of Florida's most appropriate: Decorated golf carts snaking through a subdivision.

Booming Pasco featured one distinctly old-fashioned celebration (puppet shows, sack races) in Sims Park and another in air-conditioned Gulf View Square Mall.

There was a sand castle contest and body painting in Treasure Island in Pinellas County.

``It's good healthy fun for the children,`` said Elizabeth Burnside, as she made one grandchild into Tony the Tiger and the other a skeleton.

Chris Nikolisch won ``Most Patriotic`` sand sculpture. She said it was a blimp but most people thought it looked more like a whale.

``This was fun but the best part is at night when we dress up as pirates for the invasion of the city,`` the 25-year-old St. Petersburg woman said. ``We have to go find the buried treasure and then we pass it out to all the children.``

By midafternoon, people were laying out picnic blankets and scoping sight lines for the fireworks displays. St. Petersburg's Straub Park offered carnival rides and a street fair, but the Barvelons of Largo had found a cool spot under a tree.

``We've been coming here for years because they always have the best fireworks,`` said Brenda Borvelon. ``There's a lot to do.``

There were no shady spots left when Helen and Gerry Conley began unloading chicken, chips and chairs at Coachman Park. But they didn't seem to mind.

``We're going to pig out,`` Mrs. Conley said. - Staff writers Stevan Allen, Steven Drummond, Tammerlin Drummond, Laura Griffin, Sally Hicks and Jennifer L. Stevenson contributed to this report.

Factiva                                                                                                    12/2/09

Exhibit 235 Page

AROUND TOWN
NEWS
**CHEF VONGERICHTEN TO TEACH SPECIAL COOKING COURSE**
JOAN GILMORE
1256 words
12 July 1990
The Journal Record
JR
English
(Copyright 1990)

Tired of the same old tastes in entrees and salads? A man is coming to town who will offer new flavors.

As "Food & Wine" magazine puts it: "Innovative, versatile, brilliantly flavored - these sauces make the familiar fabulous."

The magazine refers to sauces developed by Jean-Georges Vongerichten, innovative chef at Restaurant Lafayette in the Drake Hotel, New York City. He will be in Oklahoma City Friday and Saturday, July 20 and 21, and will teach a class - limited to 25 people - at the Classic Gourmet, 7406 N. Western Ave. The class will be at 6 p.m., July 20 and is priced at $60. He will offer a menu which features his infused oils and sauces.

Vongerichten began his career as an apprentice in France at age 15. He spent four of his 18 working years in Asia where he developed his taste for vivid aromatics and became familiar with cuisines which do not rely on eggs, cream, butter and stocks. He relies on fruit- and vegetable-base essences.

Sauce Vinaigrette normally is defined as a common oil and acid (usually vinegar) emulsion. He embellishes this acid component with fruits or vegetables, pureed or in the form of reduced juices. These are then fortified with wine, citrus juice and other acids. The oils are infused with spices and herbs to add color and flavor.

For example, he might offer an entree of steamed shrimp combined with curry-lime vinaigrette. A basil-orange vinaigrette might enhance an entree of pork, veal or chicken. The man's innovations are incredible in flavor as he creates flavor magic with spices, herbs, fruits and vegetables, turning them into bouillons, flavored oils, vinaigrettes and vegetable juices.

I get hungry just writing about such things. . .

- Before we leave the subject of food, we must commend the Sheraton Century Hotel for the sumptuous meal served the other night at its "On Broadway" dinner and entertainment. The gala event was cosponsored by American Airlines.

The foyer near the ballroom was a veritable forest of greenery enhanced with white flowers and rippling water from white garden fountains. Suspended above the greenery were two cages, each holding two white doves. In keeping with the theme, a saxophonist provided background music of Broadway tunes during the cocktail hour.

In the ballroom, the tables were done in black and white with glittery net overcloths. Tall floral and acrylic centerpieces were flanked with white candles. At one end of the ballroom was a bandstand and dancing and at the other end was a small stage where "Rockettes" tapped their hearts out between courses and where, later in the evening, "One Class Act" entertained guests.

Drawing a round of applause was the entrance parade of waiters and waitresses each holding a small ice carving in which a bottle of wine was cradled. The menu began with medallions of lobster, went on to salad and then to the entree of delicious beef and veal medallions, accompanied by seasonal vegetables. The final parade of waiters brought the dessert - a dark chocolate "grand piano" holding a mocha mousse enhanced with blackberries and raspberries. It was wonderful.

Oh, and the invitation to this event was a 5-inch by seven-inch mirror with the lettering done in white. Quite impressive.

My only sadness came as I watched the parade of waiters and waitresses - among them the best of those who used to serve banquets at the now-closed Skirvin Plaza Hotel. Even the director of catering, Michel d'Annecy, who planned the elegant meal, used to do that at the Skirvin. The Sheraton did a super job. What will ever happen to the Skirvin? . .

- A William Lucas Retrospect opens tonight at the International Photography Hall of Fame and Museum in Kirkpatrick Center, 2100 NE 52 St. A reception is planned from 6 until 9 p.m. for the show which will hang through August 31.

The Photography Hall is getting its second annual Aerospace America '90 competition underway. If you think you got some great pictures during the recent airshow, enter them at the Photography Hall. Cosponsoring the competition is the Oklahoma City All Sports Association. Prizes will be awarded.

No photos of the Tom Jones crash will be accepted for this contest. Deadline for entry, at $5 per entry, is July 21. The pictures must be 8 by 10, 8 by 12 or 11 by 14 inches in size. Entry forms are available from the Photography Hall or Epperson Photo-Video. . .

- Annual members meeting of the Oklahoma City Art Museum will be 3:30 p.m. Wednesday, July 18, at 7316 Nichols Rd.

Current exhibit at Oklahoma City Art Museum on Nichols Road is "Secessionism and Austrian Graphic Art, 1900-1920." The Oklahoma City Art Museum on the Fairgrounds still is closed for repairs.

ArtsPlace, 20 W. Main St., the downtown extension of Oklahoma City Art Museum, will open a new exhibit July 26. "Diverse Works

ArtsPlace, 20 W. Main St., the downtown extension of Oklahoma City Art Museum, will open a new exhibit July 26. "Diverse Works on Paper" will feature new works by Shelby Stone, Cameron Eagle, Josette Simon-Geslin and Marie Kash Weitzheimer. A reception is planned from 5 until 8 p.m. and is open to the public. . .

- Sheryl Nikkel has been elected chairman of The Forum, a local organization of women executives. Outgoing president is Caroline Boecking Gist.

Other new officers are Cassie Wilson, vice chairman; Leisa Prather, treasurer; Beverly Borthick, secretary; Bobara DeCaulp, communications; Jacque Brawner, Ellen Helmey, program; Joan Dale, membership, and Terry Daugherty, special projects.

Election was at the group's annual summer party at the home of member Nancy Coats. . .

- Such a to-do was made several years ago when art from the National Cowboy Hall of Fame and Western Heritage Center went to Paris for an exhibition. And such a to-do was well deserved.

Now the Cowboy Hall has 11 paintings and sculptures on loan to the United States Embassy in Helsinki, Finland, and not one trumpet has sounded. For shame. What an incredible honor for the Cowboy Hall - and for western artists in general - to be asked to loan paintings to a foreign country.

This particular loan came through the efforts of John Giffen Weinmann, New Orleans, husband of the former Virginia Eason of Oklahoma City.

Byron Price, director of the Cowboy Hall, said that other paintings have been or will be on exhibit in other foreign countries, too. He's delighted, of course.

Incidentally, the third annual Cowboy Hall Chili Cookoff is scheduled at the hall on July 21. Games, prizes, craft booths, celebrity judges and great chili are promised. . .

- The Sunday Twilight Concerts in Kerr Park Amphitheatre will continue this week with Souled Out, a Chicago-style Top 40 band. The free concert will be from 6:30 until 8:30 p.m.

And in the Myriad Gardens on its water stage will be an old-time melodrama, "Pure as the Driven Snow or a Working Girl's Secret," by Paul Loomis. Sponsored by the City of Oklahoma City and Carpenter Square Theatre, the play will be at 8 p.m., Friday through July 22. Admission is free. . .

- What a nice surprise to arise on the Fourth of July and find that small American flags had been placed in each lawn on our street. We later found that they were on lawns in the entire area.

Kind donors were Brent and Marge Kelley of Coldwell Banker and Marolyn Pryor Realtors.

We thank them and we'll save the flag to use again next year.

Have a nice weekend.

Document jr00000020011115dm7c00hzg

© 2009 Factiva, Inc. All rights reserved.

Factiva                                                                                                    12/2/09 8

Exhibit 1036 Page _____

BROKEN ARROW/COWETA
**Silvertree Will Be Decorated**
229 words
29 June 1994
Tulsa World
TUL
FINAL HOME EDITION
COM15
English
© 1994 World Publishing Company. Provided by ProQuest Information and Learning. All rights reserved.

`Old Glory` will decorate hundreds of homes this Fourth of July thanks to Amy Isaac.

Isaac will put about 400 flags in the yards of the Silvertree Addition for Independence Day - to celebrate `community spirit and celebrate freedom community wide,` she said.



Isaac, who works for Coldwell-Banker RaderGroup , is taking part in its promotion for the holiday by distributing the flags in her `farm area.` She will not be the only one from the company taking part in the promotion.

`We'll be putting out over 11,000 flags in the Tulsa area and more than half will be in Broken Arrow,` she said.

This is the first time the flags will be displayed in the Silvertree Addition.

`We'll go out early and put them out,` she said. `You'll look down the street and the whole street will be lined with flags.`

Isaac said she'll be putting all 400 flags out by herself - unless she can `recruit the kids and friends of kids.`

Though the flags are a part of a company promotion, Isaac said it's also `an expression of my thankfulness and pride to be living in the United States and a great community like Broken Arrow.`

COLOR PHOTO; Caption: Amy Isaac puts a flag in a yard in the Silvertree Housing Addition.; Credit: Brandon Watkins

Document tul0000020011030dq6t00o0a

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 8:2

Exhibit /037 Page /

NEWS
**Waves of flags**
67 words
4 July 1994
The Pantagraph Bloomington, IL
BLM
FINAL
A1
English
(Copyright 1994)

Amy Benson of Bloomington propped up an American flag on East Jackson Street in Bloomington Friday to celebrate the Fourth of July weekend. Benson and her mother Gwyn decorated curbsides with 750 flags, just a portion of the 12,000 flags donated by Coldwell Banker Heart of America Realtors to help decorate the Twin Cities for the holiday.

PHOTO - COLOR; Credit: LLOYD YOUNG

Document blm0000020011028dq7400bsn

© 2009 Factiva, Inc. All rights reserved.

Factiva                                                                                                  12/2/09

Exhibit _1028_ Page _1_

CALL THE EDITOR
NEWS
**Information on Recycling Available**
734 words
15 July 1994
Tulsa World
TUL
FINAL HOME EDITION
N2
English
© 1994 World Publishing Company. Provided by ProQuest Information and Learning. All rights reserved.

It used to be easy to find drop off places for recycleable cans, glass, etc. After running around for about an hour today, I can't find any of the little domed recycle bins that used to be located at shopping center and grocery store parking lots. Where have they disappeared to? Can you give information on where the public can take recyclables? (Editor's note: For information on recycling centers, contact the Metropolitan Environmental Trust, 584-0584.)

Case Made for Pollution Problem

Recently the jawbone of a mastodon was found along the Arkansas River. An expert at TU commented that 15,000 years ago the climate of Tulsa was similar to the current climate of Minnesota. This clearly vindicates the EPA in that Tulsans have apparently been polluting the air and causing the warming of Tulsa's climate for over 15,000 years.

Police Praised for Cleanup Effort

Three cheers for the Tulsa Police Department and their cleanup of the 61st Street and Peoria Avenue area. This has deteriorated into the worst crime area in Tulsa. Twenty years ago it was a beautiful area where children could play and people could enjoy life.

Center Thanked for Helping Dog

Thank you to the wonderful staff and members of the Southern Hills Assisted Living Center for going to great expense to care for and save Jake, our lost toy terrier. He would have not made it if it were not for the dog lovers there. We need more compassionate people like them in this world.

Sports Figures Not Heroes

How twisted are our values? Heroes are those who go beyond the call of duty and lay their life on the line. Sports figures are not heroes.

Bone Marrow Information Wanted

I would like for someone to tell me how to get on the bone marrow list.

World Reported Gay Pride News

Mayor Susan Savage signed a proclamation declaring June 19-25 as Gay-Lesbian week. Where was the coverage of this event and the full text of the proclamation? (Editor's note: The mayor's office issues hundreds of proclamations each year. The Tulsa World does not routinely report on proclamations. However, stories appearing June 21 and July 12 mentioned the mayor had signed a gay pride proclamation.)

Tree May Be Wild Plum Bush

The caller with the thorny tree probably has a wild plum bush.

QuikTrip Urged to Save Trees

To QuikTrip management: A new store is being built at 91st Street and Yale Avenue. All of the neighbors would greatly appreciate it if you would consider leaving as many trees on the site as possible.

Salute Given Man for Placing Flags

A big salute to Bruce Berman of Coldwell Banker near the Walnut Creek area for putting up all the flags on the Fourth of July and a big tip of the hat to him.

Grass Code May Not Be Fair

Why can code enforcement come to my house and tell me how high to keep my grass, but when it comes to Interstate 244 where the grass looks like a jungle, they don't force the county to cut it.

Another Tree Name Offered

The tree asked about sounds like a trifoliate orange tree. These are in the citrus family. Their thorns are long and sharp and each leaf is cluster of three leaflets. The Latin name is Poncirus trifoliata.

12/2/09 8:24

Legalization of Pot Suggested

Alcohol is one of the highest causes of death today and it's legal. A lot of the public supports alcohol. Why don't you hear about deaths caused by marijuana? You don't. And it's illegal. All you hear about is the large amount confiscated by the government. There is no reason why marijuana should be illegal when alcohol, which is legal, is a bigger problem.

Results of Louisiana Lottery Wanted

I would like to see the results of the Louisiana lottery printed.

Call the Editor gives readers a forum to express their opinions on a variety of issues. Opinions on timely issues will be considered for publication but we reserve the right to edit them. Opinions criticizing an individual will not be considered unless that person has involved himself or herself in a public issue. You can Call the Editor at 581-8499, day or night. Calls must be limited to a maximum of three minutes each.

Document tul0000020011030dq7f00rk4

© 2009 Factiva, Inc. All rights reserved.

Exhibit /038 Page 2

Factiva                                                                                          12/2/09

Exhibit 1039 Page 4

LETTERS
NEWS
**Thanks to our Realtors for Fourth of July flags**
115 words
16 July 1994
The Pantagraph Bloomington, IL
BLM
FINAL
A14
English
(Copyright 1994)

I would like to thank Coldwell Banker Heart of America Realtors for the fourth annual Flag-Fest. The flags in my neighborhood were presented by Christine Greim of Coldwell Banker's.

The flags arrived in my subdivision on July 1. They have been a lovely welcoming sight to me throughout the Fourth of July holiday and I've enjoyed seeing the flags as I've driven through other areas in Bloomington-Normal.

The United States flag has long been a symbol of our country and the many freedoms we enjoy. Thanks to the Realtors for celebrating Independence Day with the community!

Pat Nesmith Bloomington

Document blm0000020011028dq7g00dze

© 2009 Factiva, Inc. All rights reserved.