Factiva

12/2/09 8

Exhibit /040 Page /

WORLD OF HOMES
**American Flags Will Be Waving At Many Community Residences**
251 words
2 July 1995
Tulsa World
TUL
FINAL HOME EDITION
8
English
© 1995 World Publishing Company. Provided by ProQuest Information and Learning. All rights reserved.

Some residents of Tulsa, Broken Arrow and surrounding communities will find more than the Tulsa World in their front yards this weekend.

They will discover a patriotic reminder of the Fourth of July holiday.

An American flag will be placed in front of residences by the neighborhood Coldwell Banker RaderGroup residential real estate office, said Ron Sumner, sales manager of Coldwell Banker RaderGroup Realtors in Tulsa and Broken Arrow.

"This holiday tradition, which we commemorate every Fourth of July, is one which we began in the Tulsa metropolitan area years ago as a part of the "Celebrate America With Coldwell Banker" promotion, said Sumner.

"There's no better way for us to share our national pride and patriotism than to proudly wave the red, white and blue. Our associates look forward to this celebration every year," Sumner said.

It has become so popular that other companies are joining in on the flag-waving effort, he said.

Approximately 12,000 flags will be distributed by Coldwell Banker RaderGroup sales associates throughout Tulsa and Broken Arrow. Attached to many of the flags will be a card listing Fourth of July celebration events scheduled throughout the area.

For local real estate information, call Coldwell Banker RaderGroup Realtors in Tulsa at 481-9200, or in Broken Arrow at 251-4142.

Coldwell Banker has more than 2,400 residential real estate offices and more than 56,000 sales associates and employees in North America.

Document tul0000020011026dr7200l76

© 2009 Factiva, Inc. All rights reserved.

**Exhibit** _104 Page_

BILL FLICK
EDITORIAL
**HENCE FOURTH: A trivial side dish for your holiday fare**
796 words
5 July 1996
The Pantagraph Bloomington, IL
BLM
FINAL
A10
English
(Copyright 1996)

So it's only Day 2 of America's annual historic salute to itself and already you've weathered a holiday picnic; perspired enough to leave stains in the driveway like a '78 Ford pickup; been munched on by mosquitoes so large, by month's end they'll qualify as zoo exhibits; and heard the neighbor kids set off enough fireworks that if this wasn't America, you'd swear it was Baghdad, or Tehran, or a Bruce Willis movie.

And yet - have you learned anything historic on this, the most historic of all American holiday weekends?

Our own annual Fourth of July clip-and-save primer of Generally Unknown Trivial Stuff About Us:

Abe Was Here, Honest

Stand at the northwest corner of Jefferson and McLean streets today, just north of the old Bloomington Junior High, and you're standing on land Abe once owned and walked.

See The D.A.

D.A. Weibring has become our most famous golfer and yet you wonder - what does that D. and A. stand for? Donald Albert Weibring. (That's his Dad's name, too. So they called him D.A. instead.)

July's `Reign' ...

Now that your yard's drier than a Maytag and there's no sign of rain, remain positive - historically, July is this area's absolute rainiest month. (Four of our 10 all-time wettest months have been Julys.)

Buys 'n Dolls

Next time you see an American Girl Doll commercial on TV and the surroundings look familiar, it's because many of the scenes were shot at Bloomington's historic David Davis Mansion.

Former Navel Base - Not!

Bikinis were outlawed at Bloomington's Miller Park lagoon when they first appeared 50 years ago this summer. Too much navel, the City Council said.

State's Top Farm

As home of Chicago, one of the world's largest cities, Illinois naturally is home, too, of several Fortune 500 companies. But Illinois' highest-ranking Fortune 500 company - at No. 12 on the list - is not Chicago-based but Bloomington-bred instead. Yup, State Farm.

Cooperstown West

Site of organized baseball's second-longest completed game (26 innings) in one day was here, May 30, 1909, when Decatur beat host Bloomington, 2-1, in a Three-I League (today's Triple A) game.

How Time Flies, Elsewhere

Among the nuclear sites of World War II war planes, had the Nagasaki bombing mission been scrapped for another in August 1945 - Asahikawa, Japan. Fifty years later, ironically, it is Bloomington-Normal's sister city.

What They Once Were ...

Alexander's Steak House was once Showtime Pizza Palace. Pizza Hut on College in Normal was Rocky Rococco's. Schnucks was Zayre's department store. The Center For Human Services (downtown at 108 W. Market St.) was Red Lion Inn, a popular nightclub. ("Cheap Trick" once played there, for a $1 cover.) The Fun Factory area of Eastland Mall was an A&P grocery store.

Just A Boob?

Jenny McCarthy is on magazine covers everywhere, co-host of MTV's "Singled Out" TV game show, an ex-Playmate of the Year and being hailed as today's pop culture queen. Probably lesser known is that four years ago, the southside Chicago native flunked out of Southern Illinois University, after choosing it over Illinois State University.

Factiva

12/2/09 8:4

World One-Way Capital

One for Ripley's - before Feb. 1, 1952, Bloomington did not have a one-way street. Not one. Allegedly.

Joycelyn Elders, Move Over

Reason for dismissal of ISU health services director in 1971 - he told state officials the university was considering offering birth-control pills to students.

The Fourth, By The Numbers:

- Actual number of flags Coldwell Banker Heart of America Realtors plunked in B-N front lawns this year - 18,000, says Chris Harrison. But B-N is getting so large, there weren't enough to go around this year.

- Pricetag of those fireworks shot off last night at Miller and Fairview parks - about $12,000, per location.

- Amount paid by each city for an insurance liability policy to offset the possibility you might sue or a worker might be hurt - nearly $1,200 per city, or roughly $1 per second of show.

- Percentage of fireworks that actually were made in America - about 7 percent. (90 percent were imported from China.)

- Largest firework shot off - it was rounded and measured about 12 inches wide, resembling a paper-wrapped bowling ball with a wick.

- Estimated number of stiff-neck reports afterward - BroMenn Hospital said traditionally, there are none.

Bill Flick is a Pantagraph columnist. To hear the FLICKLINE bulletin board, call 829-9000, enter 2450. To submit your own entry, enter 2400. His e-mail address: flickpantagraph.com

Document blm0000020011013ds7500d8f

© 2009 Factiva, Inc. All rights reserved.

Exhibit 104 Page 2

Factiva

12/2/09 1

Exhibit _1042_ Page _1_

**Flags fly in wave of support**
570 words
17 January 1991
The Plain Dealer
CLEV
English
© 1991 The Plain Dealer. Provided by ProQuest Information and Learning. All rights reserved.

A thousand American flags mysteriously appeared yesterday morning in front of homes and businesses along SOM Center, Aurora, Pettibone and Liberty Rds. roads in Solon.

Several homeowners called Solon City Hall and were told that the 12-by-16 inch flags were put there by employees of Century 21, Kriss &Associates on Aurora Rd.

One special admirer of the flags was Nanette Phillippi of Aurora. She was driving to her hostess job at the Chagrin Valley Hunt Club in Gates Mills when she spotted the flags. She stopped to take a picture for her son, Spec. Charles Armour, 20, of Savannah, Ga., who is stationed with the Army in Saudi Arabia.

"He will just love this show of support," she said. "I have mixed feelings about him being there. I worry constantly for his safety and yet I think I know why we are there."

The flag idea came from real estate agent Luann Ehrenbelt, according to office manager, Edele Jones.

"We had a planning session Tuesday afternoon and tossed around ideas of how to support President Bush," Jones said. "Every year at either Memorial Day or Fourth of July, we place flags. Luann suggested we place the flags immediately and so we did."

News of war hangs over performance The crowd was large at the Cleveland Institute of Music last night for a performance by the Cavani String Quartet, Quarter, but it was hard to concentrate on the music. By the time they arrived at the concert hall, most people were aware that combat in the Persian Gulf had begun.

And if they didn't, they heard about it from the radio at the guard's desk in the lobby. The radio also was playing as concert-goers departed, too, the wonderful strains of Mozart dissolving into talk of missile strikes and death from the sky.

War memories still haunt former nurse Martha McCrary was a chief nurse in England on D-Day D-day and she vividly remembers looking into the sky and not being able to see it. "You could only see airplanes."

Then there was "a horrible noise," and McCrary, then a lieutenant colonel in the Army, stood in silence with a few comrades and cried as the Allies invaded Europe in World War II.

As she recounted the events of June 6, 1944, McCrary, now a Mayfield Heights councilwoman, began to cry. "I can't talk about it without getting emotional," said dsaid the former director of nursing at Brecksville Veterans Adminstration Hospital. "It was terrible. I know what war can do and it's awful," she said.

Peace activists plan demonstration Local peace activists are planning a protest for todayat 4 p.m. at Public Square.

Todd Strickland, director of program and communications for SANE/FREEZE, one of the groups planning the rally, said he expected about 1,000 people to attend.

"Our phones have been ringing off the hook ali all day today and actually every day this week," Strickland said last night.

SANE/FREEZE will ask Mayor Michael R. White and the Cleveland police for help to ensure that the protest remains peaceful. The group does not advocate flag burning, he said.

"I think the most patriotic thing we can do to support our troops is to call for them to come home alive, not in body bags," said Kathleen Corcoran, executive director of SANE/FREEZE.

Document clev000020011109dn1h001zv

© 2009 Factiva, Inc. All rights reserved.



Factiva                                                                                    12/2/09

Exhibit _1243_ Page

NEWS
**Burning Old Glory fires up flag flyers**
Nancy Sheehan
481 words
5 July 1989
Worcester Telegram & Gazette
WORC
ALL
A1
English

© 1989 Worcester Telegram & Gazette. Provided by ProQuest Information and Learning. All Rights Reserved.

Go ahead, burn a flag.

That's what a recent controversial Supreme Court decision says to Suzan J. McChesney of 193 Chester St. That decision protects the burning of the American flag as a form of political protest.

Although she isn't burning with anger, the decision doesn't sit well with her and others interviewed yesterday who flew the flag outside their homes to help celebrate the Fourth of July.

"I think the Supreme Court was wrong because in a democracy some restrictions are needed to preserve the foundations of government. The flag is a symbol of the country. It should be treated with pride, respect and patriotism," Mrs. McChesney said.

Jean Brown of 251 Main St., Shrewsbury, said the decision might make flag burning more pervasive.

"It's putting ideas in people's heads ...," she said. "We don't go along with it at all and nobody we've talked to does either. I think it's awful."

Helen Tocarz of 383 Worcester St., West Boylston, had even stronger words.

"I was outraged," she said of the court's 5-4 vote. "I don't agree with it a bit."

Francis Sousa of 248 Main St., Boylston, also was a bit upset by the ruling.

"It's terrible. I don't think it's right. If they want to burn the flag, they should go out of the country and do it," he said.

The flag flies every day at 5 Summerhill Ave., where Earl and Elma Johnson have lived more than 30 years.

"It kind of gets your ire up to think people are burning flags," Mrs. Johnson said. "We've been been taught we shouldn't do those things. I just don't think it's right," she said.

Flag burners probably are a frustrated, thoughtless lot, according to Mrs. Johnson.

"They do it because they're trying to show their anger. They're not thinking," she said.

In Northboro, people are thinking of trying to do something about the ruling. About 1,500 homeowners there decorated their lawns with small American flags, provided by Re/Max-First Choice Real Estate, 270 West Main St. Manager Mike Chiarelli and agent Dave Winmill came up with the idea in response to the outcry following the Supreme Court's decision.

The Supreme Court last month said that Texas authorities violated a protester's rights when they prosecuted him under a state law barring desecration or destruction of the flag.

The case centered around Gregory "Joey" Johnson of New York City, a member of the Revolutionary Communist Youth Brigade. He was convicted of flag burning during a 1984 rally at the Republican National Convention in Dallas and had been sentenced to a year in prison and fined $2,000.

PHOTO; JOHN P. PRASSARD; Suzan J. McChesney and her son Eric.

Document WORC000020070209dl7500gyn

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09

Exhibit /044 Page

News
**Boy Scouts to Deck Neighborhood With Flags**
94 words
4 July 1990
The Omaha World-Herald
OMHA
Sunrise
17
English
(Copyright 1990 Omaha World-Herald Company)

The Boy Scouts of Troop 435, with the help of a local real estate agent, are bringing the Fourth of July to each home in the Harvey Oaks subdivision. Scouts Adam Binderup, 11, left, and Aaron Dewey, 14, along with Sharon Petersen, a real estate agent who lives in the neighborhood, prepared Tuesday for this morning's distribution of flags. About 1,000 flags will be placed on the lawns of homes in the neighborhood near 150th Street and West Center Road.

Rich Janda/World-Herald

Document omha000020011115dm7400ma8

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09

Exhibit /045 Page /

**EDITORIAL**
**A 4th of July for all veterans**
710 words
4 July 1991
Colorado Springs Gazette Telegraph
CSP
B4
English
(Copyright 1991)

It's been 25 years since Newton, Iowa, population 15,000, had a Fourth of July celebration of the red, white and blue variety that comes complete with fireworks and parade.

Today, Newton residents are rectifying that. The parade will feature a band, 50 to 60 floats, balloons, color guards and flags - lots of flags. A real estate company has enlisted the Boy Scouts to help plant 2,000 miniature American flags along the one-mile parade route and the Chamber of Commerce gave out another 2,000 flags.

What is happening in Newton is symbolic of the attitude around the country. While many communities have continued the July 4 tradition of parades and fireworks, what has been missing in most cases is a real sense of celebration - a jubilation that the United States of America exists and is marking another birthday.

Newton's - and the nation's - renewal of spirit and pride can largely be traced to our nation's performance in the Persian Gulf War. U.S. and allied military forces performed almost miraculously. The planning, the deployment, the weapons systems and the actions of individual men and women were efficient and decisive.

But in large measure, it was a victory for the American people as well. The resolve of the U.S. citizens to back up tough talk with fighting forces to right a wrong was vital to the success of Operations Desert Storm and Shield.

Returning military personnel say the overwhelming support, which was shown with letters, cookies and care packages, was important to the initiative. Also vital was the knowledge that the roles they were playing were accepted and not vilified.

In many ways the military victory on the other side of the globe renewed our faith in ourselves and wiped out lingering feelings of failure and incompetence left over from the Vietnam era. For the nation, the Vietnam syndrome came to an end in the sands of southern Iraq.

Unfortunately, for many veterans of the Vietnam War there hasn't been a conclusion. Vietnam vets did not get parades, or well-publicized discounts at stores and amusement parks, or care packages, letters, ribbons, banners and the prayers and thanks of a grateful nation.

In that area too, Newton's parade is symbolic. Vietnam veterans are a big part of that parade, not an afterthought or a small marching unit being tolerated, but an integral part of the welcome home theme. Newton's Vietnam vets are getting an official welcome home party.

It is good and right that we did support and now thank Desert Storm troops. But too-long delayed is our support and thanks for the men and women who served their nation two decades earlier. Perhaps because it was an unpopular war, they deserved the support all the more.

But just finally saying thanks isn't enough. The direct and indirect criticism of Vietnam vets must cease. Just as non-smokers suffer damage from the second-hand smoke of human ashtrays, so did Vietnam veterans suffer second-hand criticism again this year.

The Desert Storm troops, it was said, were well-trained, well-educated and had high morale - unlike Vietnam era forces. It's true that the average member of the armed services today is better educated, but that is largely due to the end of the draft. It's to the nation's credit that today's soldiers are better trained and equipped, but that should not reflect badly on those who did serve in Southeast Asia.

Millions of American men and women served in the jungles of Vietnam. The vast majority of them were good, competent people sent to fight in a conflict that many of their countrymen didn't support. Only a tiny percentage of them were the drug-using, gun-wielding wackos in long hair and fatigues portrayed so often on television and movies.

In fact, Vietnam veterans are spread throughout the United States as farmers, judges, doctors, teachers, senators and parents. Many did not choose to serve in that war, but despite that most of them served their nation well.

To them we say thank you, welcome home and happy Fourth of July.

Label: EDITORIAL

BLACK & WHITE GRAPHIC

Document csp0000020011109dn740078l

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 :

Exhibit 1046 Page 1

B;METROPOLITAN;NATION;AMERICAN SCENE;MIDWEST
**Woman's arm severed by washing machine**
FROM WIRE DISPATCHES AND STAFF REPORTS
486 words
4 July 1991
The Washington Times
WATI
2
B5
English
© 1991 Washington Times Library. Provided by ProQuest Information and Learning. All rights reserved.

Woman's arm severed by washing machine

BOONVILLE, Ind. - A woman's arm was severed when she tried to push clothes back into a coin-operated washing machine during its spin cycle, authorities said.

Norma Lee Bass, 26, was in critical but stable condition at Louisville (Ky.) Jewish Hospital yesterday, after nine hours of surgery to reattach her lower arm, hospital spokeswoman Diane Comer said.

Mrs. Bass and her two pre-school children were the only ones at the 3rd Street Laundromat in Boonville when the accident occurred Tuesday morning.

"Her younger daughter had opened the door. The washer was in a spin cycle and clothes started to fall out of it. Norma ran back and apparently . . . tried to push the clothes back into the washer," Police Chief Wendell Ingram said yesterday.

Her arm got entangled with the clothes and apparently was twisted off at the elbow, he said.

One of her children dialed 911.

Gulf war prompts Fourth of July parade

NEWTON, Iowa - It took a desert war and encouragement from President Bush, but folks in Newton are preparing their first Fourth of July parade in at least 25 years.

There will be a band, 50 to 60 floats, balloons and color guards. A real estate company has enlisted the Boy Scouts to help plant 2,000 miniature American flags along the one-mile parade route. The Chamber of Commerce offered about 2,000 free posters reading "Welcome home troops" along with an American flag. Those are all gone.

Much of the hoopla is for the 90 or so Jasper County troops who served in the Persian Gulf war. But it's also to honor other veterans - primarily those who were in Korea and Vietnam - who never got a parade when they came home.

Vietnam veterans are hurrying to get their float ready. It's a helicopter, made to one-quarter scale from napkins, chicken wire and wood, in front of a replica of the Vietnam Veterans Memorial wall in Washington. The front and rear rotor blades will whirl. Music from the 1960s and '70s will blare from a tape player.

Train collision injures 14 passengers

CLEVELAND - A commuter train carrying 27 persons plowed into an empty train stopped near a station, injuring 14 passengers, including a woman seven months pregnant, authorities said.

"We started picking up speed and the next thing you know . . . we hit the other train," said a passenger, Maurice Lee.

The pregnant woman and a half-dozen others were carried from the scene of the Tuesday night accident on stretchers, witnesss said. Most of the injured, including the woman, were doing well, hospital officials said.

The cause of the accident was not immediately known. Ronald J. Tober, executive director of the Regional Transit Authority, said investigators would look at a signal system.

Document wati000020011110dn7400b7e

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 10

**Exhibit _____ Page _____**

Home
**Housing Starts Up 11% In May**
798 words
28 June 1992
The Omaha World-Herald
OMHA
Sunrise
3f
English
(Copyright 1992 Omaha World-Herald Company)

New homes and apartment units were started at a seasonally adjusted rate of 1,230,000 in May - up 11 percent from April and 25 percent from May 1991, the Commerce Department said.

"We are settling into what could best be described as a substandard housing recovery," said Robert Buchert of Cincinnati, Ohio, president of the National Association of Home Builders.

"Instead of a 50 percent or better increase in housing construction, which is typical for the first year of an economic recovery, we are expecting a 25 percent upturn in housing construction this year," he added. "Pushing housing to a higher construction level will require lower interest rates and more job growth, both of which would bolster consumer confidence."

Single-family units were started at an annual rate of 1,045,000 in May, up 9.8 percent from April. Apartment units rose 18.6 percent to a rate of 185,000 in May.

Housing construction rose in all four Census regions, with the Midwest, including Nebraska and Iowa, showing the biggest improvement following a big dip in construction reported in April.

Building permits - a bellwether of future activity - were issued in May at an annual rate of 1,051,000, about the same as in April.

Buchert predicted that the current level of housing production would hold for the next several months, with housing starts averaging 1,240,000 during the second quarter of the year - down from the 1,260,000 average reported for the first quarter.

The builders' association is projecting that starts will rise to an average rate of 1,301,000 in the third quarter and then 1,334,000 in the fourth quarter.

For the entire year, the association is forecasting 1,280,000 starts - up 26 percent from the 1,014,000 homes started in 1991.

"Housing was an engine of growth for the U.S. economy in the first quarter, creating thousands of new jobs and demand for billions of dollars worth of goods and services throughout the economy," Buchert said. "Housing's contribution to the recovery will be less dramatic in the months ahead."

Omahans to Find Flags in Front Yards

By sunrise Saturday, more than 26,000 American flags will be placed in the front yards of homes throughout Omaha by HOME real estate agents, said Joe Valenti, president.

"For the past several years, HOME Real Estate's agents have chosen to wake up early to place the American flag in the front yards of homes across our city in order to celebrate the birth of our nation," Valenti said.

Last year, the agents had trouble finding enough American flags because of celebrations after the Persian Gulf war, he said. This year, flags were ordered early in order to have enough.

"Every year more HOME agents participate in this project and we are proud of the fact that we can help begin people's Fourth of July day decorating both sides of many streets with the American flag."

Architects, Builders Shows Signs of Recovery

Architectural and building firms in many regions of the country appear to be showing signs of economic recovery, according to a national poll by the American Institute of Architects.

"This survey is one of the earliest indicators of what appears to be an economic recovery in the profession of architecture and the building industry," said James Cramer, the Institute's executive vice president.

"In this survey, we have measured the economic climate and the level of new business opportunities for architecture firms since the beginning of the year," Cramer said. "We believe this approach gives us the most timely information possible. Most measurements of building trends are based on construction contract awards and permits, which generally occur months after the design has begun."

Results of firms surveyed in Nebraska, Iowa, Missouri, Kansas and South Dakota indicated:

41 percent said business opportunities for architecture firms in the area had increased since the beginning of 1992; 45 percent said opportunities had remained the same.

36 percent said architectural practices had suffered somewhat in the area as a result of the national recession; 36 percent said practices had suffered a great deal.

55 percent said the economic recession for architectural practices had bottomed out; 36 percent were not sure.

55 percent said the number of architects employed by their firm had remained the same since the beginning of the year; 27 percent said the number had increased.

"Given the fact that two-thirds of the participants said firms in their area suffered a great deal during the recession, we are encouraged now that more than half believe it has bottomed out and nearly half said business opportunities have increased since the beginning of the year," Cramer said.

Home Topics

Document omha000020011107do6s00dsv

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 10

Exhibit ___ Page ___

Home
**Housing Starts Up 11% In May**
798 words
28 June 1992
The Omaha World-Herald
OMHA
Sunrise
3f
English
(Copyright 1992 Omaha World-Herald Company)

New homes and apartment units were started at a seasonally adjusted rate of 1,230,000 in May - up 11 percent from April and 25 percent from May 1991, the Commerce Department said.

"We are settling into what could best be described as a substandard housing recovery," said Robert Buchert of Cincinnati, Ohio, president of the National Association of Home Builders.

"Instead of a 50 percent or better increase in housing construction, which is typical for the first year of an economic recovery, we are expecting a 25 percent upturn in housing construction this year," he added. "Pushing housing to a higher construction level will require lower interest rates and more job growth, both of which would bolster consumer confidence."

Single-family units were started at an annual rate of 1,045,000 in May, up 9.8 percent from April. Apartment units rose 18.6 percent to a rate of 185,000 in May.

Housing construction rose in all four Census regions, with the Midwest, including Nebraska and Iowa, showing the biggest improvement following a big dip in construction reported in April.

Building permits - a bellwether of future activity - were issued in May at an annual rate of 1,051,000, about the same as in April.

Buchert predicted that the current level of housing production would hold for the next several months, with housing starts averaging 1,240,000 during the second quarter of the year - down from the 1,260,000 average reported for the first quarter.

The builders' association is projecting that starts will rise to an average rate of 1,301,000 in the third quarter and then 1,334,000 in the fourth quarter.

For the entire year, the association is forecasting 1,280,000 starts - up 26 percent from the 1,014,000 homes started in 1991.

"Housing was an engine of growth for the U.S. economy in the first quarter, creating thousands of new jobs and demand for billions of dollars worth of goods and services throughout the economy," Buchert said. "Housing's contribution to the recovery will be less dramatic in the months ahead."

Omahans to Find Flags in Front Yards

By sunrise Saturday, more than 26,000 American flags will be placed in the front yards of homes throughout Omaha by HOME real estate agents, said Joe Valenti, president.

"For the past several years, HOME Real Estate's agents have chosen to wake up early to place the American flag in the front yards of homes across our city in order to celebrate the birth of our nation," Valenti said.

Last year, the agents had trouble finding enough American flags because of celebrations after the Persian Gulf war, he said. This year, flags were ordered early in order to have enough.

"Every year more HOME agents participate in this project and we are proud of the fact that we can help begin people's Fourth of July day decorating both sides of many streets with the American flag."

Architects, Builders Shows Signs of Recovery

Architectural and building firms in many regions of the country appear to be showing signs of economic recovery, according to a national poll by the American Institute of Architects.

"This survey is one of the earliest indicators of what appears to be an economic recovery in the profession of architecture and the building industry," said James Cramer, the institute's executive vice president.

"In this survey, we have measured the economic climate and the level of new business opportunities for architecture firms since the beginning of the year," Cramer said. "We believe this approach gives us the most timely information possible. Most measurements of building trends are based on construction contract awards and permits, which generally occur months after the design has begun."

Results of firms surveyed in Nebraska, Iowa, Missouri, Kansas and South Dakota indicated:

41 percent said business opportunities for architecture firms in the area had increased since the beginning of 1992; 45 percent said opportunities had remained the same.

Factiva                                                                                                                12/5/09 1

Exhibit /048 Page

BILL FLICK
EDITORIAL
**We've come a long way, baby - like by $1,000s**
720 words
22 July 1992
The Pantagraph Bloomington, IL
BLM
FINAL
A8
English
(Copyright 1992)

FLICK'S PICKS, our monthly collection of heroes and zeros, winners and sinners, picks and pans, bouquets and brickbats, as one man cheers and jeers, hurrahs and harrumphs for a midsummer's night theme:

CHEERS: For the annual fireworks shows put on by Bloomington and Normal, both nicely done, as usual.

TWO MORE BEERS: For the one year, just for the fun of it, the two cities pool their resources and together, put on one mammoth fireworks display.

TEARS: For anyone, other than ducks, farmers and your water bill, who decide to host something in the Twin Cities that ends in the four-letter f-word, which is of course, Fest.

Total number of sunny B-N weekends this summer season during which no festivals were held - all of them.

Total number of rainy B-N weekends this summer season during which there were festivals - both of them. (Twin City Fest and six weeks later, the Sugar Creek Arts Fest.)

HURRAH: To those B-N real estate firms/agents who, on the Fourth of July to help celebrate America's 216th birthday bash, placed all of those small plastic American flags in hundreds of Twin City yards.

HARRUMPH: For what happens to any good idea - an inevitable downside, the flags being no different. By July 7 or 8, they weren't appearing quite as festive and/or patriotic, many having been strewn along city ditches or the curbs of streets, either by man or Mom Nature.

CHEERS: To Kerasotes, the theater folk, for continuing to operate the College Hills $1 Theater, a wonderful refuge for movies you certainly wouldn't pay $5 to see but don't mind blowing only a buck on.

NO CHEERS: For inflation, as always, this month perhaps best personified by a medical bill, which we reprint here from Bloomington's Mennonite Hospital, as supplied by Eilene Bogar of Armington, who gave birth there on Dec. 29 ... in 1955.

If you can't make it out, the bill that included six days of room and board, medication, long-distance phone calls, X-rays, the delivery room charge and "care of baby" for a week's stay at the hospital amounted to $105.87. It is higher than that now, say officials.

TRI-CHEERS: For the Twin Cities' attempt at dealing with gang-related problems head-on early-on out in the open, no holes barred.

JEERS: For one idea, proffered by a Twin City gang-task force, of holding parents accountable for their children's actions (and subject to penalty), which will only alienate those parents against the system, making matters worse, but also make institution of a penalty interesting for a judge as well. Many such cases invariably involve homes with single parents. So which parent will serve the penalties?

CHEERS: For the day an automatic teller machine (ATM for you acronym lovers) is placed in one of the most obvious (yet untouched) Twin City locations - the B-N airport.

CHEERS: For Illinois State University students' idea of possibly expanding hours of at least one B-N transit bus service past 6 p.m. (when regular Twin City mass transit ends) for ISU students, many of whom work in B-N stores or want to shop in the community but don't have cars. A check reveals other transit-served Illinois college towns, such as Champaign-Urbana, Evanston and DeKalb, offer such a service.

CHEERS: To Illinois Power Co. for donating hundreds of trees to Bloomington-Normal and other communities, as recently noted in these news pages, to "beautify parks, streets and curbs."

TEARS: Ironically, for what IP and all other power companies have become infamous for over the years, as pointed out by several readers - having tree-trimming crews severely prune and "uglify" those same potential trees along parks, streets and curbs, like a barber to Marine recruit or farmer to sheepskin.

HURRAH/HARRUMPH: For Dan Quayle, who's brought to the fore an interesting fact - he can still spell better than most of the people in charge of spelling out messages or lunch specials on outdoor business marquees or those portable business

*Signs*.

Factiva                                                                                     12/2/09 10:42 /

Exhibit / 048 / Page /

**Celebrate with events that say thank you. (real estate sales promotion)(includes related information on party suggestions)**
Kerry Kidwell
2015 words
1 January 1995
Real Estate Today
RETD
27
Vol. 28, No. 1, ISSN: 0034-0804
English
COPYRIGHT 1995 National Association of Realtors

Are you searching for a solution to this common problem: Now that you've made a sale, how do you get clients and customers to use your services again and refer friends, relatives, and co-workers to you?

If you think your calendars, key chains, Fourth of July flags, and Halloween pumpkins aren't getting the repeat and referral results you hoped for, consider holding a business appreciation event. Besides enlivening your social calendar, it can build client and customer loyalty that keeps you performing in the black.

Did I Mention How Much Your Business Means to Me?

I've found that a gift or thank-you card isn't as effective promotionally as a face-to-face greeting or an invitation to a special event. Anyway, you're more likely to get referrals from people when you're with them than by waiting for them to contact you.

And appreciation events let you have fun while working. Most of us are easier to get to know in a casual social setting than when we're sitting behind a desk. Many buyers and sellers may become your friends, but probably not until they see you as someone other than a salesperson.

Are these events a better investment than a magnetic calendar or a pot holder with your logo emblazoned on it? Yes, when you consider that the exposure value is greater and that the invitations probably cost less than the paperweights you sent to your entire farm during the last holiday season.

Say that Betty Bountiful sends 500 invitations to buyers and sellers. That adds up to about 1,500 exposures, because each invitee will most likely read the invitation, consult with a spouse or guest about attending, and reply to Betty. Her name has come up three times to each invitee, even if the person doesn't attend.

If invitees accept, they'll probably write "Betty's party" on a calendar, attend the event, talk with Betty, and write a thank-you note later. That's four more reminders about Betty for each guest, including a personal conversation with her.

Even a declined invitation, which costs you very little, has value to invitees. Think about it: If someone offers you two $10 tickets to a play or an event, you've received a $20 gift whether you attend or not. Perceived value makes an impression, too.

A Party Every Week?

How often you host a business appreciation event depends on your advertising budget. Start with an annual event and go from there. You may want to hold a party as often as five to six times a year. After all, advertisers believe repetition makes a product or service memorable.

But be aware that if you arrange too many special events, they may lose their specialness. If a store holds a half-price sale every week, the sales lose their perceived value. Whatever you decide, be consistent: Hold a volleyball party every summer or a holiday party each December. Guests loook forward to and mentally plan for regular events. You'll know your event is generating a buzz when you receive replies from people who can't attend but would like to be invited next time.

Party On, Dude

Here's how to throw a blowout of a business appreciation event:

* Pick a theme or type of event. To plan an event that invitees will probably like, consider what type of activities are popular in your area--for example, baseball, country-and-western line dancing, or opera (see "Party Ideas That'll Keep 'Em Talking").

* Set a budget. Pick a realistic number based on your promotions budget but allow for at least 10 percent extra. After all, you may not know exactly how much food to order the first time you hold an event. The more you entertain, the more precise your calulations will become.

Keep the receipts from the event on file to budget for next year's party. And create a spreadsheet on your computer itemizing fixed costs (a bus or banquet hall) and variable costs (food, beverages, tickets).

To keep expenses down, include invitations with a previously scheduled mailing, such as your newsletter; ask your broker to chip in, in exchange for company publicity; and don't guarantee a guest count to the caterer until a day or two before the event. Then you'll have a better idea of how many people are coming, so you can order the appropriate amount of food.

As you look for savings, don't go too far and send a message that you're cheap. For example, if you plan a formal holiday party, don't mail photocopied flyers.

Factiva                                                                                                    12/2/09 10:42 J

don't mail photocopied flyers.

If you're short on cash, sponsor events in which invitees pay some or all of the costs. You'll still get the credit and pats on the back for organizing it.

I offer a bus trip to a baseball game each year at a fixed price--about $30 per guest. I've found that guests don't mind paying, because they get good game seats and are conveniently bused from downstate Illinois to Chicago. Each guest also receives a cooler bearing my name, the event, and the date of the outing.

* Set a time and date. Try to schedule the event at the same time each year. To avoid major conflicts, check the events calendars of local schools and of the chamber of commerce. Schedule holiday parties four to six months in advance if you're renting a room; arrange baseball trips in March or April to assure ticket availability.

* Decide whom to invite. Your A-list should include past clients and customers as well as loan officers, cooperating salespeople, attorneys, title company officers, and your office staff. Or, you may opt to hold separate events for your ancillary business contacts or cooperating salespeople.

Consider starting small, say one event a year, and just invite the people who did business with you that year. Next year invite those same people and new clients and customers. You can increase the number of invitees and events as your expertise and confidence grow.

Set up a computer database to keep track of invitees, whom you'll probably pull from your mailing list or an existing database of buyers and sellers who've closed transactions. But don't send invitations to people you know won't be able to attend, such as out-of-town contacts. Ideally, your database should have a mail merge function to merge invitees' names into letters and invitations and to print envelopes or labels.

* Mail the invitations. Consider sending a teaser to invitees a couple of weeks before the invitations go out. For example, if you publish a newsletter a few times a year, alert readers to look for the invitation, either in a separate mailing or within the next issue. Send formal invitations at least a month before the event.

The type of event will dictate the type of invitation. Have invitations to a formal holiday party at a country club professionally printed on fancy paper. Create a picnic invitation on your computer and photocopy it on colored paper.

Always indicate Address Correction Requested in the bottom left-hand corner of envelopes and cards to track those people you may have lost contact with. And require an RSVP for all your events. That gives you another contact with the invitees.

* Work the room. Be the greeter, master of ceremonies, waiter, chef, or whatever the occasion calls for.

Bring your spouse and family to give your clients and customers a glimpse into your personal life. If appropriate, set up a guest sign-in book at the door so that you'll later be able to quantify the turnout.

* Review and critique. Analyze the event within the next few days by soliciting candid feedback from attendees who know you well. Talk about it at sales meetings, too.

If the turnout was poor, was it because of the date, the event, or a mailing glitch? Decide whether to make adjustments and try it again or switch to a new event.

* Follow up with thank-you-for-attending notes. That way, you make yet another promotional contact with those who signed the guest register.

Promotion is hard work. But at least with an appreciation event, you get to enjoy your marketing efforts in a tangible way--socializing with the people who've helped your business grow.

A PARTY ISNT THE SAME WITHOUT GUESTS

Ever hold a party and nobody came? Here are some hints to make your event a success:

* Make invitees feel special. Include "Thank you for your previous business" in your invitations.

* Designate bus trips nonsmoking and publish that fact in the invitations. Bus companies will often give you a better rate if you do. If children are welcome, note that in the invitations, too.

* If RSVPs aren't coming in as expected, get on the phone and call invitees. The personal touch might convince someone on the fence to attend.

* Tried everything and still have lots of extra baseball tickets? Donate them to a local radio station to give away. The advertising value of having your name mentioned on the air could outweigh the cost of the tickets.

PARTY IDEAS THAT'LL KEEP 'EM TALKING

If you don't want to throw a run-of-the-mill cheese-and-fruit-plate mixer, try one of these jazzy ideas:

* Ivey Weaver, of Weaver & Associates in Bloomington, Ill., holds an annual business appreciation party but varies the theme each year. She has held everything from a theater-in-the-round to a Tex-Mex barbecue in her backyard. Every year she invites her clients and customers and the people who referred clients or customers to her that year.

If you hold a barbecue in a park or in your backyard, schedule activities with prizes for children. Weaver offered pony rides. And volleyball is popular with all ages.

* Marilyn Vogt, managing sales broker with Traders Realty in Peoria, Ill., throws camaraderie-generating St. Patrick's Day parties

at her office for cooperating salespeople. She festoons the office in green, and invitees wear green and are served traditional Irish foods and green beer. Halloween and Valentine's Day also lend themselves well to business appreciation parties.

Not enough ideas? Consider these:

* Sporting events--Organize a tailgate party, or a bus trip to a baseball, basketball, or football game or to the racetrack.

* Plays--Many local theater groups and colleges stage command performances for a corporate sponsor. (You may need your broker's backing on this one.) Your name or that of your company will appear in the playbill as a sponsor.

Call or send invitees a notice saying "We've reserved two tickets for you to a command performance." That way, they have to call you for the tickets.

* Shopping trip--Rent a bus to take guests to a mall, especially if your farm is in an area that's not near shopping centers. November or early December would probably work best for holiday shopping. Plan to eat lunch as a group.

* Dancing--It could be anything from ballroom to country-and-western line dancing. When the band goes on break, take the microphone and thank guests for attending. Tell them you hope they'll think of you when they need real estate services, but don't go into a spiel about your company, It isn't the time for aggressive advertising.

* Cruise--Do you live near a lake, river, or ocean? Consider offering a sightseeing-and-dinner cruise at a group discount.

* Gambling--Some hotels and floating casinos will bus your group free to the casinos.

* Bowlathon--Team up with clients and customers, other salespeople, or affiliated businesses to raise money for a local charity.

* Tour historic sites or other points of interest--You'll find that many longtime residents and relocated buyers have never visited local historic homes, museums, national parks, or theme parks.

illustration photograph

Document retd000020011026dr1100005

© 2009 Factiva, Inc. All rights reserved.

Exhibit ___/_044_ Page 2

Factiva

12/2/09

Exhibit /OSD Page /

LIFESTYLE
**A BURNING ISSUE | Who desecrates the flag? The list is long**
Scott LaFee
Staff Writer
1207 words
1 July 1989
The San Diego Union-Tribune
SDU
1,2,3,4,5,6
E-1
English

© 1989 San Diego Union Tribune Publishing Company. Provided by ProQuest Information and Learning. All Rights Reserved.

Gregory Johnson probably didn't make many friends in 1984 when he burned the American flag in protest. And certainly those five Supreme Court justices lost a few friends when they ruled recently that Johnson, a member of the Revolutionary Communist Youth Brigade, has a constitutional right to burn Old Glory.

But Johnson is not alone in desecrating the flag. Every time a restaurant decorates a sandwich with flag-topped toothpicks, every time a flag is raised over a car dealer's lot, every time the flag waves on a television station, the flag code is bent or broken.

We may all be guilty -- with the biggest violator being the United States government.

Forty-seven years ago, said George F. Cahill, president of the National Flag Foundation in Pittsburgh, Pa., Congress jointly approved and President Franklin D. Roosevelt signed a resolution dictating how the American flag should be used.

"Guidelines for the use and good, tasteful presentation of the flag," said Cahill. "And some very thoughtful people will very quickly tell you that the chief violator of the flag code is the federal government because one of the things you're not supposed to do is put the flag on any disposable item.

"What on earth do you call a postage stamp? How many millions and billions of the things have been put out with flags on them? I'm not suggesting that the government take the flag off stamps, but in the strict adherence to the code, it's a violation."

Of course, nobody seems to take this particular resolution very seriously. In fact, nobody seems to know much about it.

"I'd like to find three people who know that," said Tom DiZinno, owner of a San Diego marketing services agency when informed the use of the flag in any type of advertising is prohibited.

"I guess this is a law that hasn't been enforced," surmised Ron Smithies, vice president of the National Advertising Division for the Council of Better Business Bureaus.

"This whole thing is ironic," said Bertram Minkin, artist-in- residence at the Museum of Modern Mythology in San Francisco. "I picked up a newspaper the other day detailing the controversy about flag-burning and at the same time walked by a local candy emporium that had tiny chocolates wrapped in American flag foil."

Americans, it would seem, like to wrap themselves -- and just about everything else -- in the flag.

"There are so many diverse things in America. We don't have the same faith, same ethnic background, not even the same language. So the flag is a touchstone. People react to it with a Pavlovian response," said Whitney Smith, executive director of the Flag Research Center in Winchester, Mass., and a consultant to government and private industry on flag history, design and symbolism.

"Business comes into this, I think, in the sense that as Calvin Coolidge said, `The business of America is business.' We have put a high value on commercial enterprise. We feel that success in business is a sign of divine favor, and we look back on the founding fathers as good businessmen.

"So bringing in the flag is a very American thing to do. It's part of advertising, packaging. It's part of the actual product in many cases. Of course, it can be overdone. It can be trivialized. It can be done in bad taste. But generally speaking, it's like Mickey Mouse and Snow White. You know that you will be able to use the flag with a favorable response in 99.9 percent of the population."

On the other hand, said Cahill, "Some people don't give it any thought. An advertising agency lays something out, it looks sexy and so they print it."

That bothers Cahill and people like John Minnick, a spokesman for the American Legion in Washington, D.C.

Minnick adamantly supports the idea of a Constitutional amendment forbidding flag desecration, which he hopes will prod states to write laws with criminal penalties.

"The problem with the flag code is there aren't any sanctions. The worst thing that can happen is a Legionnaire will come up to you and say, `Why the hell are you violating the flag code?' " said Minnick.

"We are opposed to (non-traditional uses of the flag). And we let people know about it. You talk about ironies. All the networks have had their graphic artists paint pictures of the flag burning to be used to introduce their stories. That's silly, and we wish they

Exhibit 1010 Page 2

Factiva                                                                                                                    12/2/09 10:52 /

have had their graphic artists paint pictures of the flag burning to be used to introduce their stories. That's silly, and we wish they wouldn't do that. They're basically doing what the majority of American people say shouldn't be done. But that's freedom of the press, I suppose."

Since the turn of the century, there have been almost 40 judicial decisions involving violations of flag desecration statutes -- most of them during the late '60s and early '70s.

People have been prosecuted for wearing the flag as a vest, poncho, cape, shirt and for using it to cover private parts on a photograph of an otherwise nude female, Albert M. Rosenblatt wrote in the Washington University Law Quarterly.

Most Americans prosecuted for desecrating the flag, however, eventually found protection in constitutional freedoms and prevailing common sense.

Smith of the Flag Research Center thinks it's a healthy sign that the American flag has become ubiquitous, showing up over the years on everything from lapel pins and buses to bed sheets and toilet paper.

"It shows that the flag has permeated American life. It's not their flag, meaning the government. It's our flag. We have it in clothing, in home products, in folk art, in architecture, in religion.

"The flag is a piece of cloth that is flown as a symbol. When you have a representation of it, for example on a postage stamp, what you have is a picture of the flag. It can evoke the same symbols and feelings, but to outlaw it, as in a Constitutional amendment, would mean the law would have to be all-encompassing. My feeling is you can't and shouldn't try to legislate good taste, particularly in this country."

Over the years, adoration for the flag has been carried to extremes. At the pinnacle, the flag "is the holy cloth. To touch it is to touch the ark of the covenant, the body of Christ," said Ray B. Brown, chairman of the Department of Popular Culture at Bowling Green State University in Ohio.

Brown thinks that sort of veneration is ridiculous. And most Americans aren't likely to equate the flag that inspired Francis Scott Key with the post-card-sized plastic flags planted on lawns by real estate agents or pictures on postage stamps.

Nonetheless the prospect of laws making flag desecration a punishable crime leaves artist Minkin confused about where the line can and will be drawn.

"I consider myself a patriotic citizen," he said, but "is the flag that drapes the casket of a war hero to be treated the same as the flag on a toothpick on a tray of cocktail weenies?"

4 PICS; Caption: 1. File photograph 4. Associated Press

Document SDU0000020070619dl7100c0s

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 11

METRO
**A RED, WHITE AND BLUE MISSION**
:The Orange County Register
74 words
3 July 1996
The Orange County Register
OCR
MORNING
b01
English
© 1996 Orange County Register. Provided by ProQuest Information and Learning. All rights reserved.

David Garcia, 9, of Fullerton skates along Wildflower Circle in Brea, distributing American flags to the homes he passes Tuesday. His mother, a real estate agent, recruited 10 youngsters to help distribute 1,140 flags _ each with her business card attached _ in Brea and La Habra. It's the third year she has done this.

COLOR PHOTO; Caption: PHOTO STORY; Credit: BRUCE CHAMBERS

Document ocr0000020011014ds7300nh0

© 2009 Factiva, Inc. All rights reserved.

Exhibit /05/ Page /

Factiva                                                                    12/2/09 1.

Exhibit 1052 Page 1

METRO AND STATE
**Flags and fireworks // Independence Day filled with parades, contests, protests**
Barbara Behrendt; Leslie Brody; Daryle Glynn Brown; Teresa Burney; Alicia Caldwell; Richard Danielson; Frank DeLoache
806 words
5 July 1988
St. Petersburg Times
STPT
CITY
1B
English
(Copyright 1988)

Evelyn Kelly of Hernando County was born on the Fourth of July, and Monday she celebrated her 69th birthday and her country's 212th.

``I love the Fourth of July,`` the New York City native said. ``My brothers always woke me up with firecrackers. I always went to a parade or was in one.``

Evelyn Kelly and the other residents of the community of High Point in Hernando County celebrated the Fourth in traditional style. Their observance featured a parade with 60 participants led by 92-year-old Anna Scofield, a flag-raising ceremony, swimming races, games and entertainment.

Other residents along the Suncoast marked the day with watermelon seed-spitting contests, water sports, fireworks and a protest rally. A number of neighborhoods got an early Independence Day surprise.

``I woke up this morning, went to get the paper, and there was a cute little flag,`` said Terry Lea Hankins, who lives in St. Petersburg.

``There was one for everybody on the end of the sidewalk. I thought, `Who's the flag fairy?'``

More than a dozen neighborhoods in St. Petersburg were decorated with the 2-foot-tall American flags.

Coldwell-Banker realty company was the gift-giver. ``It was meant as a Fourth of July gesture,`` said John McLaughlin, manager of the company's Fourth Street office in St. Petersburg.

Between 4:30 and 6 a.m. Monday, real estate agents placed 25,000 flags in neighborhoods in St. Petersburg, Tampa, New Port Richey, Clearwater and other cities, he said.

In the Shady Hills area of northwest Pasco County, residents combined their traditional Independence Day celebration with a rally opposing the county's proposed trash-to-energy incinerator. Along with the sack races, watermelon-eating contest and fireworks display, residents released about 500 multicolored balloons.

Each balloon was emblazoned with a ``Dump Buster`` logo that included an incinerator with dollar signs floating out of the smokestack and a skull and crossbones. Each balloon also carried a card warning its finder that the incinerator would pollute the region's air and water - a warning that county officials say is groundless.

In St. Petersburg, contestants in the inner-tube regatta raced their makeshift crafts across the Vinoy Basin. Hundreds of people crowded the city's waterfront for the Skyblast celebration, which included food, a craft show, jazz festival and a nighttime fireworks show.

Fireworks were suspected of starting numerous minor fires in Hillsborough, Pinellas and Pasco counties.

``We've just got brush fires all over the place,`` a Hillsborough County fire dispatcher said Monday night.

At least a dozen small fires were reported in St. Petersburg. In Pasco County, firefighters said five brush fires, including one covering three acres, were believed to have been started by fireworks.

At the seventh annual Old Fashioned Gala in Keystone Park in Northwest Hillsborough, contests for spitting watermelon seeds and blowing bubble gum kept some kids busy.

The champ among about a dozen spitters sent seeds flying about 10 feet, even beyond the white mat put on the ground for measuring, while the best gum blowers achieved bubbles bigger than baseballs before the sticky pink stuff burst all over their faces.

The day also attracted many boaters to the annual Davis Islands Yacht Club Independence Regatta and Boat Parade at the mouth of the Hillsborough River near downtown Tampa. After traveling between Davis Islands and nearby Harbour Island, some of the boaters anchored to enjoy music by the Grass Roots and a nighttime fireworks display.

Many Citrus County residents spent Independence Day on the water.

Parking lots for popular boat ramps such as the Lake Henderson and North Apopka ramps in Inverness and Pete's Pier and the Plantation Inn in Crystal River were crammed with empty trailers by midmorning.

Factiva

12/2/09 11:50.

Much of the boating activity could be attributed to the scallop harvesting season, which opened along the coast July 1, marine officials said.

Keith Miritello, duty officer for the Homosassa Springs Marine Patrol office, said the scalloping this season ranged from mediocre to good. On his radio, he had overheard several people boasting about big scallop finds - something most boaters would try to keep secret.

``They were just trying to tell their friends where they were,`` Miritello said. ``What they didn't realize was there were 2,000 people tuned in on that frequency.`` - Staff writers Barbara Behrendt, Leslie Brody, Daryle Glynn Brown, Teresa Burney, Alicia Caldwell, Richard Danielson and Frank DeLoache contributed to this report.

COLOR PHOTO, Maurice Rivenbark; COLOR PHOTO, Jim Stem; Fourth of July: 88, (2); Caption: Natacie Estrada and her daughter Natassia enjoy the festivities in Straub Park (ran editions 1,2,3); Fireworks above Tampa (ran edition 4).

Document stpt000020011117dk7502meb

© 2009 Factiva, Inc. All rights reserved.

Factiva

12/2/09 12:0?

Exhibit _1053_ Page _1_

**Gulf War Prompts Town's First Parade in 25 Years**
GREG SMITH
699 words
3 July 1991
The Associated Press
ASP
English
(Copyright 1991. The Associated Press. All Rights Reserved.)

NEWTON, Iowa (AP) - It took a desert war and encouragement from President Bush, but folks in Newton are preparing their first Fourth of July parade in at least 25 years.

They haven't forgotten how to throw a patriotic bash.

There will be a band, 50 to 60 floats, balloons, color guards and lots of red, white and blue.

A real estate company has enlisted the Boy Scouts to help plant 2,000 miniature American flags along the one-mile parade route. The Chamber of Commerce offered about 2,000 free posters reading "Welcome home troops" along with an American flag. Those are all gone.

Much of the hoopla is for the 90 or so Jasper County troops who served in the Persian Gulf war. But it's also to honor other veterans - primarily those who were in Korea and Vietnam - who never got a parade when they came home.

"Without a doubt the Persian Gulf War and the return not too long ago of those service people has spearheaded all this," Mayor Alvin Borchers said.

"But this is going to be a day where we're going to recognize many, many others who haven't been given their due. Maybe it's high time they did," he said.

Vietnam veterans are hurrying to get their float ready.

It's a helicopter, made to one-quarter scale from napkins, chicken wire and wood, in front of a replica of the Vietnam Memorial wall in Washington. The front and rear rotor blades will whirl. Music from the 1960s and '70s will blare from a tape player.

On the float are camouflaged packs, canteens, boots and ammo boxes.

"The helicopters were Vietnam. They got your chow, your water. They lifted you to your different assaults and you got yourself hauled out on them after being wounded," said Bob Wooldridge, who served 19 months and two days with the 173rd Army Airborne.

Townspeople, especially the old timers, are eager. They think 25 years is a long wait for a Fourth of July parade.

"It's about time," 74-year-old Millie Chapman said over lunch at the town cafe. "I think Newton has let things slide too much. They don't have enough of this type of thing for the kids. Kids like parades."

Thursday's parade starts at 9 a.m., followed by speeches, games and activities on the courthouse square and then fireworks - more than $5,000 worth - that evening.

"We decided to do this to welcome home the troops, and President Bush mentioned a few months ago that it would be a good time to have this, so we're doing what we're told," said Rick Baker, executive vice president of the Newton Chamber of Commerce.

Before Operation Desert Storm, Baker said, there wasn't much interest in having an old-fashioned July Fourth parade in the east-central Iowa community of 15,000.

The Maytag Co., the giant appliance maker, decided years ago to schedule its annual two-week shut down to coincide with the holiday. So that's when 3,500 assembly line workers took their vacation, many of them out of town, Baker said.

But the war puffed up the town's patriotic spirit. Gulf War veterans have been treated like heroes in Newton.

Their pictures and biographies are in a 24-page special edition of the Newton Daily News. They'll each be presented with a certificate from the local chapter of the Red Cross in lieu of an American flag. Flag manufacturers can't keep up with demand and Marlys De Vries, the executive director of the Red Cross chapter, says they won't be in until the fall.

The photos that were in the Daily News also are on display in the rotunda of the county courthouse.

Paul Blanchard, 24, who drove a 5,000-gallon fuel truck on the front lines during the war, says he's still being treated as someone special.

"I got a pretty good welcome when I came back home," Blanchard said. "People buy you drinks. I'll probably get pretty well drunk Thursday night."

Document asp0000020011109dn7300n1f

Factiva                                                                                                    12/2/09 12

PERSPECTIVE
**This flag talk burns me up Series: Commentary**
Matt Lorenz
873 words
23 July 1995
St. Petersburg Times
STPT
CITY
5D
English
(Copyright 1995)

At long last, Congress is taking action.

Not on entrenched poverty or fiscal myopia. Not on child abuse, teen pregnancy, or adult irresponsibility. Not on bad schools, worse students, and even worse parents. Not on the causes of crime. Not on the perils to our future.

Such matters must wait. The concern that has galvanized the august bodies, the concern so urgent that the House of Representatives on June 28 voted 312-120 in favor of altering the Constitution, is flag-burning. The six or eight burnings per year - roughly one for each natural disaster - clearly sap the flag to let the national morale. The United States has 20,000 murders every year, far more of them committed with guns than with flags, yet our elected officials occupy themselves with 50 stars and 13 stripes.

Amid the political expediency, weighty philosophical issues are overlooked. To wit:

If little American flags adorn the motorcade of a visiting dictator, does that not desecrate the American flag generally?

If a flag flies in front of a crooked business, does that not desecrate it?

If a politician wraps himself in it (only male politicians seem prone to this), does that not leave the flag besmirched with grease and slime, thereby desecrating it?

If we desecrate the Constitution by putting provisos on basic freedoms, are we not also desecrating the flag?

True, the amendment refers to "physical desecration," but that raises its own questions. What constitutes physical desecration? What constitutes a flag? Is it physical desecration of the flag to let dust cover the stars-and-stripes sticker on one's construction helmet? Is it physical desecration to sew the flag to one's jeans and spend the day sitting on it? Is it physical desecration to lick a flag stamp? Imagine, French-kissing Old Glory! Well, they did help win the Revolution.

A St. Petersburg real estate company led me to ponder these questions this Fourth of July, planting 12-by-18-inch flags on every lawn in the neighborhood. In other years, I hung Lambrecht & Associates' star-spangled gifts in the garage, placing the sticks under cans of paint with care. Amid the controversy this year, the gift seemed an imposition: a political statement made on my family's behalf, on our plot of land, without our consent.

Until this year, I had greeted the flag on the lawn with a vague sense that it is more appropriate for Veterans Day and Memorial Day. What befits the Fourth is a revolutionary flag, either the Betsy Ross version or the snake on a background of red and blue stripes. This year, though, the right to choose the banner and how to use it made all the difference. Suddenly, I felt like a constitutional test case.

I looked at that mass-produced banner and thought: Don't make me do it. In the name of Patrick Henry and the non-name of the Unknown Soldier, I declare that tyranny forces my desecrating hand.

I placed the Lambrecht flag in a dry, empty kitchen sink. I held my breath and struck the match against its box, which bore a Made in the U.S.A. flag insignia. The flag seemed to put out the match. I noticed a small hole and tried again. A slower flameout, another small hole, but stripe-goo affixed itself to this match.

I had melted the American flag.

Most of the flag was still there, so I cut and tore, not wanting to leave a recognizable whole. I took that as a symptom of reverence.

Is melting and cleaving the flag a crime? What about breaking its stick? Most flags of this type wind up in garbage cans, which seems a far worse desecration, so next year Lambrecht could be setting up residents for criminal charges. The Realtors themselves might be prosecutable as accomplices.

In the larger sense, the flag-burning debate is about the freedom to use symbols as one chooses. No one has died for this symbol, but many have died for the republic for which it stands, even the ideals for which the republic stands.

In a more narrow sense, the matter is one of property rights. That's how the Founding Fathers would have seen it, being heavily into property themselves.

If I buy my flag for my house, whether it flies or burns is my decision. If you think my symbolic display betrays the memory of those who have died for the cause, you have a right to say so. I have a right to thank you for sharing your concerns and to say I honor their memory and keep their faith by allowing no government - and no American Legion - to say Thou Shalt Salute and

honor their memory and keep their faith by allowing no government - and no American Legion - to say Thou Shalt Salute and Thou Shalt Do With This Piece Of Cloth Only As We Tell You.

Whatever mode of protest is in fashion, whatever the political wind, we should never forget that other flag - the one with the snake. On it is inscribed the real American slogan, the rallying cry that articulates the spirit of 1776: "Don't tread on me." And don't tread on my lawn.

Matt Lorenz is an editor in the Times sports department.

Document stpt000020011026dr7n00pzq

© 2009 Factiva, Inc. All rights reserved

Exhibit 1054 Page 2

Factiva                                                                                                    12/2/09 12:7

**LARRY POWELL**
**NEWS**
**'X-Files' meets N. Texas Skeptics: The truth is doubt there**
Larry Powell
979 words
10 July 1998
The Dallas Morning News
DAL
HOME FINAL
34A
English
Copyright 1998 Gale Group Inc. All rights reserved.

Good morning. And, please, if you think it's hot, keep it to yourself. We get the picture.

Now, let's dip into today's steaming bowl of metromenudo :

* THE X DENIALS - You knew it was just a matter of time until the local doubters, the North Texas Skeptics, took a swipe at The X- Files, the feel-goofy movie of the summer. I love the TV show, but that movie just wasn't eerie enough even though FBI Agent Fox Mulder got in a car in Dallas, drove about 15 minutes beyond the outskirts of the city and declared that he was at the Mexican border. If the NAFTA people could find that FBI time warp, we could save a lot of money on I-35 reconstruction.

At Saturday's Skeptics meeting, the topic is "The Truth Is NOT Out There!" - the TV show's catch phrase is "The truth is out there!" (The meeting is at 2 p.m. at the Center for Community Cooperation, 2900 Live Oak St. Call 972-306-3187. )

Meanwhile, in the current issue of the group's newsletter, editor John Blanton, discussing belief in the paranormal, suggests that people post the following "reality list" on their TV sets: "(1) The X-Files is fiction. (2) The people on Star Trek are actors. (3) Yoda {the wise Star Wars alien} is a Muppet."

* COOL MUSIC IN THE CITY - Dallas' Old City Park is hosting a special program Saturday with a fan exhibit that shows "how men and women in the 1800s kept their cool." Coincidentally, the musical act in the park gazebo that day will be the Dallas Czech Concert Orchestra. Sit in front of the tubas, enjoy the breeze. . . . Reliable source Jim Ratcliff reports that Cole Porter 's work will get a finely tuned tapping July 17-19 when the downtown Dallas First United Methodist Church presents its summer musical, Anything Goes. Jim, by the way, will portray nondancing Bishop Henry T. Dobson. Admission is free (but they'll pass the plate). Child care is free, too. Showtime is 7:30 p.m. for each performance. Phyllis Cummins of the church's music and arts ministries says, "There's a lot of tap dancing. They've been practicing like crazy." Ah, the heels are alive with the sound of music.

* CLASS ACTS - Sunset High School's Class of '43 will celebrate its 55-year reunion Saturday and Sunday at the Fairmont Hotel in Dallas. Also invited are the Classes of '44 and '45 and "any other Bisons from any other years." (Call reunion organizers at 972-438- 1983. ) . . . Sue Jennings King says the Samuell High Class of '62 has three informal breakfast gatherings - sort of shoot-the-breeze sessions - scheduled this year. The next is at 10 a.m. Saturday at the Circle Grill, Buckner Boulevard at I-30. Others are scheduled Sept. 12 and Nov. 7. (Call 214-503-1265. ) . . . Steve Yarbrough says the Woodrow Wilson Class of '68 30-year reunion is scheduled July 18 at Stan's Blue Note. (Call 214-368-1097. ) . . . Remember, if you don't go to your reunion, people who talk about you may get the facts wrong. Maybe you're in Congress, but they're saying you ran away with the circus. There's a difference - a slight one.

* ▓▓▓▓▓▓▓▓▓▓▓▓▓ uring the Fourth of July weekend, reliable source Louise Eiseman spotted some star-spangled glory. Someone had planted hundreds of small American flags throughout a North Dallas neighborhood. Who did it? The answer is Mona Biskamp, veteran residential real estate agent with Henry S. Miller Co. "We put out about 500 or 600 ▓▓▓▓▓▓▓ We flag the neighborhood!" she says of the area just west of the Dallas North Tollway and south of Royal Lane. "People really seem to appreciate it. It looks so wonderful to see all those flags waving." So, how does she plant the 2-foot-tall flagpoles? "My husband {Bill} is an angel. He uses a pencil sharpener so the poles have a point and we can stick 'em in the ground."

* CRITTER CRISIS - About a year ago two Doberman puppies came romping through Sande Cawthon 's Oak Cliff neighborhood and, soft heart that she is, she took them in temporarily. Temporarily may have exhausted itself. The dogs have been living in a yard too small for them, Sande says, so she's looking for the perfect people to adopt Toba and Meggie , a brother and sister who weigh about 90 pounds each, are "fixed" and are healthy. (Call 214-948-8777. ) You'll have to pass a rigorous audition. Says Sande, "I've become very close to these pups - I love them enough to let them go. But don't even bother to call me unless you're prepared to take them together, make them inside-outside dogs and take care of them for life in a loving home." Those, of course, ought to be the rules for all dog adoptions.

* GOD BLESS ROY ROGERS - My buckaroospouse, Martha , was in a grocery store in Waxahachie the day after Roy Rogers died. She called me on her cell phone and, with a catch in her voice, told me she'd just overheard "something really touching." A couple of middle-aged guys - men of different races - were talking as they restocked a bin. One said, "You know, a hero of mine died yesterday" and the other responded softly, "Yeah, a hero of mine died yesterday, too." Roy Rogers - King of ALL the Cowboys.

Larry Powell's column appears Sundays, Mondays and Fridays. To contact him, call (214) 977-8487; write to P.O. Box 655237, Dallas, Texas 75265; send faxes to (214) 977-8319; or send e-mail to DMNLRP@aol.com.

Document dal0000020010916du7a0108u

# Business & Company Resource Center

*Real Estate Today*, Jan 1995 v28 n1 p27(4)

**Celebrate with events that say thank you.**

(real estate sales promotion)(includes related information on party suggestions)
*Kerry Kidwell*

**Abstract:** Business appreciation events can provide more exposure at lower cost than other **real estate** sales promotion techniques. Steps in holding a special event, from picking a theme to sending follow-up thank-you notes, are discussed.

**Full Text:** COPYRIGHT National Association of Realtors 1995
Are you searching for a solution to this common problem: Now that you've made a sale, how do you get clients and customers to use your services again and refer friends, relatives, and co-workers to you?

If you think your calendars, key chains, **Fourth of July flags**, and Halloween pumpkins aren't getting the repeat and referral results you hoped for, consider holding a business appreciation event. Besides enlivening your social calendar, it can build client and customer loyalty that keeps you performing in the black.

Did I Mention How Much Your Business Means to Me?

I've found that a gift or thank-you card isn't as effective promotionally as a face-to-face greeting or an invitation to a special event. Anyway, you're more likely to get referrals from people when you're with them than by waiting for them to contact you.

And appreciation events let you have fun while working. Most of us are easier to get to know in a casual social setting than when we're sitting behind a desk. Many buyers and sellers may become your friends, but probably not until they see you as someone other than a salesperson.

Are these events a better investment than a magnetic calendar or a pot holder with your logo emblazoned on it? Yes, when you consider that the exposure value is greater and that the invitations probably cost less than the paperweights you sent to your entire farm during the last holiday season.

Say that Betty Bountiful sends 500 invitations to buyers and sellers. That adds up to about 1,500 exposures, because each invitee will most likely read the invitation, consult with a spouse or guest about attending, and reply to Betty. Her name has come up three times to each invitee, even if the person doesn't attend.

If invitees accept, they'll probably write "Betty's party" on a calendar, attend the event, talk with Betty, and write a thank-you note later. That's four more reminders about Betty for each guest, including a personal conversation with

reminders about Betty for each guest, including a personal conversation with her.

Even a declined invitation, which costs you very little, has value to invitees. Think about it: If someone offers you two $10 tickets to a play or an event, you've received a $20 gift whether you attend or not. Perceived value makes an impression, too.

A Party Every Week?

How often you host a business appreciation event depends on your advertising budget. Start with an annual event and go from there. You may want to hold a party as often as five to six times a year. After all, advertisers believe repetition makes a product or service memorable.

But be aware that if you arrange too many special events, they may lose their specialness. If a store holds a half-price sale every week, the sales lose their perceived value. Whatever you decide, be consistent: Hold a volleyball party every summer or a holiday party each December. Guests look forward to and mentally plan for regular events. You'll know your event is generating a buzz when you receive replies from people who can't attend but would like to be invited next time.

Party On, Dude

Here's how to throw a blowout of a business appreciation event:

* Pick a theme or type of event. To plan an event that invitees will probably like, consider what type of activities are popular in your area-- for example, baseball, country-and-western line dancing, or opera (see "Party Ideas That'll Keep 'Em Talking").

* Set a budget. Pick a realistic number based on your promotions budget but allow for at least 10 percent extra. After all, you may not know exactly how much food to order the first time you hold an event. The more you entertain, the more precise your calulations will become.

Keep the receipts from the event on file to budget for next year's party. And create a spreadsheet on your computer itemizing fixed costs (a bus or banquet hall) and variable costs (food, beverages, tickets).

To keep expenses down, include invitations with a previously scheduled mailing, such as your newsletter; ask your broker to chip in, in exchange for company publicity; and don't guarantee a guest count to the caterer until a day or two before the event. Then you'll have a better idea of how many people are coming, so you can order the appropriate amount of food.

As you look for savings, don't go too far and send a message that you're cheap. For example, if you plan a formal holiday party, don't mail photocopied flyers.

If you're short on cash, sponsor events in which invitees pay some or all of the costs. You'll still get the credit and pats on the back for organizing it.

I offer a bus trip to a baseball game each year at a fixed price--about $30 per guest. I've found that guests don't mind paying, because they get good game seats and are conveniently bused from downstate Illinois to Chicago. Each guest also receives a cooler bearing my name, the event, and the date of the outing.

* Set a time and date. Try to schedule the event at the same time each year. To avoid major conflicts, check the events calendars of local schools and of the chamber of commerce. Schedule holiday parties four to six months in advance if you're renting a room; arrange baseball trips in March or April to assure ticket availability.

* Decide whom to invite. Your A-list should include past clients and customers as well as loan officers, cooperating salespeople, attorneys, title company officers, and your office staff. Or, you may opt to hold separate events for your ancillary business contacts or cooperating salespeople.

Consider starting small, say one event a year, and just invite the people who did business with you that year. Next year invite those same people and new clients and customers. You can increase the number of invitees and events as your expertise and confidence grow.

Set up a computer database to keep track of invitees, whom you'll probably pull from your mailing list or an existing database of buyers and sellers who've closed transactions. But don't send invitations to people you know won't be able to attend, such as out-of-town contacts. Ideally, your database should have a mail merge function to merge invitees' names into letters and invitations and to print envelopes or labels.

* Mail the invitations. Consider sending a teaser to invitees a couple of weeks before the invitations go out. For example, if you publish a newsletter a few times a year, alert readers to look for the invitation, either in a separate mailing or within the next issue. Send formal invitations at least a month before the event.

The type of event will dictate the type of invitation. Have invitations to a formal holiday party at a country club professionally printed on fancy paper. Create a picnic invitation on your computer and photocopy it on colored paper.

Always indicate Address Correction Requested in the bottom left-hand corner of envelopes and cards to track those people you may have lost contact with. And require an RSVP for all your events. That gives you another contact with the invitees.

Exhibit /056  Page 3

Exhibit 1056 Page 4



Work the room. Be the greeter, master of ceremonies, waiter, chef, or whatever the occasion calls for.

Bring your spouse and family to give your clients and customers a glimpse into your personal life. If appropriate, set up a guest sign-in book at the door so that you'll later be able to quantify the turnout.

* Review and critique. Analyze the event within the next few days by soliciting candid feedback from attendees who know you well. Talk about it at sales meetings, too.

If the turnout was poor, was it because of the date, the event, or a mailing glitch? Decide whether to make adjustments and try it again or switch to a new event.

* Follow up with thank-you-for-attending notes. That way, you make yet another promotional contact with those who signed the guest register.

Promotion is hard work. But at least with an appreciation event, you get to enjoy your marketing efforts in a tangible way--socializing with the people who've helped your business grow.

A PARTY ISNT THE SAME WITHOUT GUESTS

Ever hold a party and nobody came? Here are some hints to make your event a success:

* Make invitees feel special. Include "Thank you for your previous business" in your invitations.

* Designate bus trips nonsmoking and publish that fact in the invitations. Bus companies will often give you a better rate if you do. If children are welcome, note that in the invitations, too.

* If RSVPs aren't coming in as expected, get on the phone and call invitees. The personal touch might convince someone on the fence to attend.

* Tried everything and still have lots of extra baseball tickets? Donate them to a local radio station to give away. The advertising value of having your name mentioned on the air could outweigh the cost of the tickets.

PARTY IDEAS THAT'LL KEEP 'EM TALKING

If you don't want to throw a run-of-the-mill cheese-and-fruit-plate mixer, try one of these jazzy ideas:

* Ivey Weaver, of Weaver & Associates in Bloomington, Ill., holds an annual business appreciation party but varies the theme each year. She has held everything from a theater-in-the-round to a Tex-Mex barbecue in her backyard. Every year she invites her clients and customers and the people who referred clients or customers to her that year.

If you hold a barbecue in a park or in your backyard, schedule activities with prizes for children. Weaver offered pony rides. And volleyball is popular with all ages.

* Marilyn Vogt, managing sales broker with Traders Realty in Peoria, Ill., throws camaraderie-generating St. Patrick's Day parties at her office for cooperating salespeople. She festoons the office in green, and invitees wear green and are served traditional Irish foods and green beer. Halloween and Valentine's Day also lend themselves well to business appreciation parties.

Not enough ideas? Consider these:

* Sporting events--Organize a tailgate party, or a bus trip to a baseball, basketball, or football game or to the racetrack.

* Plays--Many local theater groups and colleges stage command performances for a corporate sponsor. (You may need your broker's backing on this one.) Your name or that of your company will appear in the playbill as a sponsor.

Call or send invitees a notice saying "We've reserved two tickets for you to a command performance." That way, they have to call you for the tickets.

* Shopping trip--Rent a bus to take guests to a mall, especially if your farm is in an area that's not near shopping centers. November or early December would probably work best for holiday shopping. Plan to eat lunch as a group.

* Dancing--It could be anything from ballroom to country-and-western line dancing. When the band goes on break, take the microphone and thank guests for attending. Tell them you hope they'll think of you when they need real estate services, but don't go into a spiel about your company, It isn't the time for aggressive advertising.

* Cruise--Do you live near a lake, river, or ocean? Consider offering a

Exhibit 656 Page 5

sightseeing-and-dinner cruise at a group discount.

* Gambling--Some hotels and floating casinos will bus your group free to the casinos.

* Bowlathon--Team up with clients and customers, other salespeople, or affiliated businesses to raise money for a local charity.

* Tour historic sites or other points of interest--You'll find that many longtime residents and relocated buyers have never visited local historic homes, museums, national parks, or theme parks.

**Bus. Coll.:** 83Z1488
**Mag. Coll.:** 77H2347

Article A16112173

GALE
CENGAGE Learning        © 2009 Gale, Cengage Learning.

Exhibit 10 56 Page 6

# Business & Company Resource Center

*Washington Business Journal*, April 8, 1991 v9 n45 p23(1)

**Realtor proves thinking small can bring big results, big bucks: Dottie Arehart carves niche in Alexandria's Park Fairfax.**

(Focus: Residential Real Estate Report)
*Leslie Aun*

**Full Text:** COPYRIGHT Washington Business Journal 1991
Realtor proves thinking small can bring big results, big bucks

Dottie Arehart carves niche in Alexandria's Park Fairfax

It's not exactly Buckingham palace, but make no mistake. At the Park Fairfax development in Alexandria, **real estate** agent Dottie Arehart is queen of all she surveys.

An agent with the RE/MAX Horizons office on Seminary Road, Arehart lists or sells about 30 percent of all units sold in the sprawling complex, built in the 1940s to house Pentagon workers.

"I'm there every single weekend holding open houses -- nobody can complete," said Arehart, who accepts only Park Fairfax listings, and tracks the **real estate** activity at the complex on a daily basis. Each sale, purchase, price fluctuation and contract is meticulously written down in Arehart's log book. Of the 35 houses she sold in 1990, 25 were in Park Fairfax, and in 1990 she sold $5 million worth of **real estate**.

"I'm always amazed when they don't choose me," she said. "It frustrates me. I think what did I do wrong? Why did they choose that agent?"

Like many agents working in the slumping market of the late 1980s, Arehart sought new strategies for making it in the highly competitive **real estate** market.

A **real estate** training course convinced her to carve out a niche that would give her dominance in a particular market.

For Arehart, who lives in Fairlington, nearby Park Fairfax was a natural choice. She had lived there herself as a young wife and mother in the 1960s.

"I think people like that I have lived there," she said. "I grew up five minutes from here and I know this area and these homes really well."

Arehart, whose calendars, ice scrapers, forget-me-not flower seeds, and ads in the community newsletter are familiar sights to Park Fairfax residents, said she spends about $500 a month marketing to Park Fairfax residents. Last

Business & Company Resource Center -- News/Magazine Display Page

she spends about $500 a month marketing to Park Fairfax residents. Last **Fourth of July**, Arehart rose at 5 a.m. to distribute **flags** to each unit.

"When you have all your eggs in one basket, you can do that. It takes repetition for people to remember you," she said.

The strategy has paid off. While the units sell for between $90,000 and $135,000, modest by Washington standards, Arehart's share of the market earned her more than $150,000, making her the No. 1 agent in her office.

Her tenacity impressed Park Fairfax resident Scott Gudes so much, "I told her I gave her my listing because she was the hardest worker I've ever seen. She's wonderful. My condo sold in 10 days."

"I'm a really hard worker, and I've worked to be best in townhouses and condos under $200,000 within the Beltway," said Arehart, who doesn't sell high rise units because "I won't sell anything I wouldn't sell my children.

"If you want to sell a million- dollar home in McLean, I'll refer you to another agent, because I don't know about that market. I'm the only one I know who will list in only one subdivision."

Arehart, 45, got into the **real estate** business shortly after her divorce 15 years ago.

She learned early on the importance of marketing, not only to potential clients, but to rival **real estate** agents. She sends flowers and offers cash incentives to other agents for selling her clients' properties.

"I kiss the toes of the **real estate** agents who sell my listings," she said.

While her marketing tactics are aggressive, her sales demeanor is almost motherly, as she guides her clients, largely first-time buyers, through the intricacies of becoming homeowners.

A former mortgage banker, she helps prospective homebuyers figure out what they can afford and the types of financing available.

"I really believe in buying **real estate** you shouldn't be a nervous wreck and you shouldn't be so poor from your mortgage payments you can't afford to go out with your friends," she said. "My specialty is putting together these deals and helping people buy. I love the challenge of getting something sold."

Once an offer has been accepted, she keeps a close eye on mortgage companies to ensure the financing goes through, avoiding unpleasant surprises at settlement. Arehart said that in 300 sales, only one has failed to go to settlement.

"A lender will say `maybe' and I'll say `I can't deal with maybes, I can't deal with marginal,'" she said. "I don't assume other agents are doing their part to make sure the sale goes through. I'm paranoid for my customers. It's good to

Exhibit 1057 Page 2

be paranoid. Paranoid is careful."

She even enjoys the somewhat delicate task of helping clients prepare their property for sale, diplomatically advising would-be sellers how best to spruce up their home and helping to set a price.

"I've spent 15 years studying why people don't buy," Arehart said. "I say to my clients 'I don't want to hurt your feelings, but...' Or, 'Can I offer some candid comments?"

"I'm very results oriented. If someone has a house for sale and they say they're not in a hurry to sell, then we have different philosophies," she said. "I can't stand to have houses for sale. It's like a problem, and I keep thinking I've got to get rid of this problem."

PHOTO : For the residents of Park Fairfax, Dottie Arehart has worked to become the **real estate** agent of choice.
**Bus. Coll.: 59Q5083**

Article A10606700

**GALE**
CENGAGE Learning          © 2009 Gale, Cengage Learning.

*Exhibit 105 7 Page 3*

Exhibit *1058* Page *1*

Factiva                                                                                                  12/3/09 ?

NEWS
**A banner day**
108 words
30 June 1990
The Dallas Morning News
DAL
HOME FINAL
38A
English
(Copyright 1990)

Employees of The Prudential Texas Properties in Richardson display some of the 20,000 U.S. flags that more than 200 real estate agents plan to distribute on July 4. The workers say they'll place the flags in front yards starting at 3 a.m. on the Fourth of July so residents can wake to the sight of U.S. flags.

PHOTO(S): Employees of The Prudential Texas Properties in Richardson display some of the 20,000 U.S. flags that more than 200 real estate agents plan to distribute on July 4. (DMN: David Leeson); PHOTO LOCATION: United States Flag (cf 39489).

Document dal0000020011207dm6u0262i

© 2009 Factiva, Inc. All rights reserved.

Realty firm giving back with flags.

12/3/09 :

Exhibit 1059 Page 1



ACCESS my LIBRARY
Search Information that Libraries Trust


News Wire

## Realty firm giving back with flags.

Northwest Florida Daily News (Fort Walton Beach, FL) | June 28, 2006

Byline: Jill Nolin

Jun. 28–An elderly lady walked out to the end of her driveway to pick up her paper one morning years ago.

She looked one way, saw her neighbors' yards with the American flags standing small but proud next to the mailboxes. She looked the other way and saw no flags.

So she called ERA American Realty to find why the march of flags stopped just before her yard.

"Boy, we were out there lickety-split," said Sandi Sears, sales manager for the Crestview branch of the firm, which has been putting out the flags for 17 years now.

It's experiences like that one that reassure Sears that distributing thousands of flags in Okaloosa County every July 4 is worth the effort and money.

"I'll even stop and straighten up a flag," Sears said, demonstrating the patriot and real estate agent inside her.

## 🌐 Read the full-text version of this article when you log into AccessMyLibrary

COPYRIGHT 2006 Northwest Florida Daily News. This material is published under license from the publisher through the Gale Group, Farmington Hills, Michigan. All inquiries regarding rights should be directed to the Gale Group.

©2009 Gale, a part of Cengage Learning. All rights reserved.
www.accessmylibrary.com

# y.com

Exhibit /060 Page /

| Go | Photos & Video · | Blogs · | Things to Do · | Hot Topics |

## Document

**Basic**  **Advanced**  **Saved**  **Page Prints**  **Help**

Start a New Search

**Buy Complete Document:**  FREE Abstract

## Patriotism, Celebration Span Island This year, veterans wave the flag with more emphasis
*[HOME Edition]*

Newsday - Long Island, N.Y.

| | |
|---|---|
| Author | By Susan Howard, William Spindle, David Wiedner, Paula |
| Date | Jul 5, 1989 |
| Start Page | 03 |
| Section | NEWS |
| Text Word Count | 993 |

**Abstract (Document Summary)**

Another Fourth of July tradition proceeded with little hitch, as about 2,000 people turned out last night for a half-hour fireworks display at Morgan Park in Glen Cove. . The city abandoned last year's guest-pass regulation for fireworks viewing, although the display was still advertised as a residents-only event to keep the crowd manageable

The holiday possessed an element of mystery as well, as thousands of Long Islanders woke up yesterday morning to discover that their lawns had been visited by a phantom flag placer. Mary Rice, manager of Coldwell Banker in Huntington, said scores of agents from Long Island's 20 Coldwell Banker offices started work at about 7 a.m. to place more than 40,000 U.S. flags throughout the Island.

1) Newsday Photo by Dan Neville-Part of the aerial display of fireworks at Morgan Park in Glen Cove last night. 2) Newsday Photo by George Argeroplos-Frank Zvonik leads a marching band from Brentwood in Port Jefferson's July 4th parade. 3) Newsday Photo by Daniel Goodrich-Elizabeth Messman and Chuck Hudson ride in Amityville's July Fourth parade (3 NS)

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

**Buy Complete Document:**  FREE Abstract

Document View - ProQuest

12/3/09 11:

Exhibit ___ / ___ Page ___

# ProQuest

Databases selected: Los Angeles Times

## Only in L.A. / People and Events; [Home Edition]

*STEVE HARVEY. Los Angeles Times (pre-1997 Fulltext). Los Angeles, Calif.: May 26, 1989. pg. 2*

### Abstract (Summary)

The county eventually sent him to the 193-acre ranch of Ozzie Osborn (no relation to the singer) in Santa Paula. Santa Paula isn't known for excitement, but since the pig's arrival, there have been so many gawkers that the family has been forced to place Grunt temporarily in a large coop.

Real estate agent Becky Turner, who places miniature American flags on the front lawn of Lakewood Gardens residences each Memorial Day, sent out a note to the inhabitants declaring that she would repeat the custom even though "I have been asked by another Realtor not to do the Memorial Day flags . . . as he plans to do them." She questioned whether others were trying to "commercialize" Memorial Day.

Ozzie Osborn feeds lunch of corn to new pet, Grunt, at pond on his ranch. / ALAN HAGMAN / Los Angeles Times

**Full Text** (657 words)

*(Copyright, The Times Mirror Company; Los Angeles Times 1989all Rights reserved)*

You know how it is with celebrities: The bigger they get, the more they must be isolated from the curious public.

So it is with Grunt, the 800-pound porker who received nationwide attention last month when it was revealed that he faced death because his owners had abandoned him in Rolling Hills Estates. More than 400 people, including an Australian man, subsequently offered to take in the big swine.

The county eventually sent him to the 193-acre ranch of Ozzie Osborn (no relation to the singer) in Santa Paula. Santa Paula isn't known for excitement, but since the pig's arrival, there have been so many gawkers that the family has been forced to place Grunt temporarily in a large coop.

"You never know what could happen with some stranger," said Osborn's wife, Rhonda. "We'll turn him loose when all the hubbub dies down. But in the meantime, he has a nice mudhole in there."

She said Grunt pays no attention to visitors unless they "have something to feed him."

Oh, maybe one other thing would put Grunt in hog heaven.

"My husband," said Osborn, "is thinking of buying a female for him."

Looks as though strike negotiators for the Los Angeles City Board of Education ignored the advice of astrologer Joyce Jillson, whose at-large forecast to the world on Wednesday said in part:

"Don't try to negotiate unless you have all the strength. Students and employees may get the better of their supervisors."

It was Ditch Day at Caltech Thursday, the annual opportunity for underclassmen to show off their skills in such games as the old Assemble-the-Automobile-Parts-on-My-Doorstep-Into-a-Functioning-Chevrolet-Engine trick.

Combining the best (and worst) of "Star Wars" and "Animal House," the event also enables seniors to let off steam from the pressure of academics. What they do is lock up their rooms in imaginative ways and challenge their inferiors to unravel the secret of gaining entry.

The engine, for instance, had to be assembled because only when it was turned on could exhaust be directed into a tube that would trigger the opening mechanism on the dormitory door.

Not all the puzzles required complex thinking.

Students at Page Hall dormitory were challenged to break through a front door covered on the outside with layers of plaster,

plywood, and steel plating, and on the inside with layers of concrete, wood and steel-by 5 p.m.

"Apparently," Caltech spokesman Bob Finn said, "no one had lived in the room for the last few weeks."

Using such scientific instruments as blow torches, the students bore in only as far as the concrete, which contained a shaving cream can that blew up in their faces.

A flag flap looms in a Lakewood development.

Real estate agent Becky Turner, who places miniature American flags on the front lawn of Lakewood Gardens residences each Memorial Day, sent out a note to the inhabitants declaring that she would repeat the custom even though "I have been asked by another Realtor not to do the Memorial Day flags . . . as he plans to do them." She questioned whether others were trying to "commercialize" Memorial Day.

However, Dave Emerson, the other agent who plans to plant flags there, contends that he made no such request of Turner, adding, "I don't think you can have too many flags."

Residents will have no trouble figuring out who their benefactors are, since the agents attach their names to the flags.

If Malibu does become an incorporated city, will the beach colony change its name so as to break with its past? Perhaps to erase the memory of such recent jokes as Johnny Carson's observation that residents were offering to pay for valet parking for the homeless and provide free sun block?

Well, the marquee at the Malibu Inn and Restaurant on Thursday suggested a new dateline:

"Hullabaloo, Calif."

**[Illustration]**
PHOTO: Ozzie Osborn feeds lunch of corn to new pet, Grunt, at pond on his ranch. / ALAN HAGMAN / Los Angeles Times

### Indexing (document details)

| | |
|---|---|
| Author(s): | STEVE HARVEY |
| Column Name: | Only in L.A. / People and Events |
| Section: | Metro; 2; Metro Desk |
| Publication title: | Los Angeles Times (pre-1997 Fulltext). Los Angeles, Calif.: May 26, 1989. pg. 2 |
| Source type: | Newspaper |
| ISSN: | 04583035 |
| ProQuest document ID: | 66462284 |
| Text Word Count | 657 |
| Document URL: | http://proquest.umi.com.ezproxy.lib.utexas.edu/pqdweb?did=66462284&sid=1&Fmt=3&clie ntId=48776&RQT=309&VName=PQD |

Copyright © 2009 ProQuest LLC. All rights reserved.



Exhibit 1062 Page 1

the eight years the race has been run.

Also competing were Fred Sands' employees Scott Gibson of the Marina office, Rich Barrett of Malibu, and **Phyllis Nelson** and **Carolyn Hall** of Pacific Palisades.

**Doris Gustafson**, vice president of marketing/sales, and **Greg Pawlick**, manager of the Pacific Palisades office, presented plaques to the top finishers with the help of Miss Palisades Karen Sedgley.

This marks the third year in which Fred Sands Realtors has sponsored the Independence Day 10K, which benefits the Optimist's Boys Home and Ranch of Los Angeles.

### ★ ★ ★

In honor of the Independence Day holiday, **Fred Isobe** and his partner, **Steve Nardi**, a multi-million-dollar sales team with the Santa Monica office of Fred Sands Realtors, spent the holi-



*Randy Forbes*

day morning, beginning at 3 a.m., posting rows of American flags in the front lawns of more than 700 residences in an area of Santa Monica, north of Wilshire Boulevard and south of Montana Avenue between 26th Street and Centinella Avenue.

Isobe and Nardi completed the task around 6:30 a.m.

Members of the Fred Sands organization since 1982, Isobe and Nardi have generated sales in excess of $6 million for the first half of 1985. Isobe and Nardi recently delivered bouquets of flowers to more than 700 female Santa Monica residents on Mother's Day.

### ★ ★ ★

**Naomi Hartman**, sales associate in the Hancock Park office of Fred Sands Realtors, produced more than $1 million in listings and sold over $1.5 million in residential properties for the month of June, qualifying her as top producer—sales and listings for her office.







*In celebration of the Fourth of July, Charles Pence, front, and David Conrad of Fred Sands Realtors placed 1,200 American flags at homes in the Gillette Regent area of Santa Monica. Pence and Conrad are sales associates specializing in properties in Santa Monica. They were assisted by volunteers from the Boy Scouts of America.*

Exhibit 063 Page 1

**Carole Sackerman,** branch manager of Merrill Lynch Realty's Culver City office, commended realtor associates **Mary Ellen Fernandez** and **Marti Connelly** on bringing a bit of the Miss Liberty centennial celebration to Culver City.

Fernandez and Connelly had American flags placed in the corner of each of 2,400 homes in an area bounded by Jasmine Avenue, Jefferson Boulevard, Inglewood Boulevard and Culver Boulevard.

Please Turn to Page 40



**Continued from Page 18**

The flags were placed on the properties the evening of July 3 by members of the Culver City High School baseball team. The team was treated to a pizza dinner afterward, and Fernandez and Connelly donated $200 to the team to buy equipment.

**Dorothy K. Rodgers** has joined George Elkins Co. as manager of its independent

Exhibit 106 Page 1

# Patriots going Fourth

**By Carol L. Lewis**
Staff Writer

Carol Deacon planted American flags in the Hidden Valley community of Boca Raton during the predawn hours of July Fourth last year.

"I wanted to help instill pride in the community in which I work," said Deacon, who is looking forward to planting another 450 flags this year.

"I'll be there like a little elf," said Deacon, a Realtor associate with Coldwell Banker.

Beside Deacon, other Coldwell Banker sales

association, will plant flags in the yards of the neighborhoods where they sell real estate.

"The flags will be flying when the residents get up," said Brian Vroegop, office manager in the Boca Center office. "We feel that it is the patriotic thing to do. We are thankful for the veterans who paid the price to allow us to fly the flag."

The employees in the Palmetto Road office will give away 1,000 flags, said Bob Robbins, office manager.

Turn to Flags page 20

Exhibit _____ Page 1



Exhibit 1065 Page 2

# Flags

### From page 1B

"When you see all of the flags in the streets it's very exciting," said Robbins, who said he hopes the flags will encourage Americans to respect the flag.

Besides Hidden Valley, locations where Coldwell Banker sales associates will plant their flags include:

■ Delray Beach: Lakeview and areas of State Road A1A.

■ Boca Raton: Boca Islands, Boca Harbor, Lake Floresta, Lake Rogers, Royal Oak Hills, Pascos, Paradise Palms, Bel Lido, Thornhill Village, Pinelands, Fairfield, Country Park, Boca Fontons and Palomar.

In addition to the giveaway by Coldwell Banker associates, Carteret Savings banks will give away more than 14,000 American flags to its customers and employees.

The following branches will participate:

■ Mission Bay, Boca Raton

■ Carter Road, Delray Beach

■ 645 E. Atlantic Ave., Delray Beach

■ 200 E. Palmetto Park Road, Boca Raton

■ 4999 W. Atlantic Ave., Delray Beach

Bookmarks Bar    Gmail - Search results - ...   projo.com    Lexington Herald Leade...   HOMESTYLE GIMMICK...

Start a New Search

Buy Complete Document:   FREE Abstract   □$ Full Text   □$ Page Print

# HOMESTYLE GIMMICKS LOCAL REALTORS FIGHT COMPETITION WITH CLEVER ATTENTION-GRABBERS.

## [BROWARD Edition]

Sun Sentinel - Fort Lauderdale

Author:     MARY ELLEN HOPKINS Special to the Sun-Sentinel
Date:     Jan 10, 1996
Start Page:     6
Section:     NORTHWEST
Text Word Count: 723

**Abstract (Document Summary)**

Every Fourth of July. Realtor Donna C. Thomas and her staff place 20,000 American flags on the lawns of Sunrise residents.

Coral Springs Realtor Hap Pomerantz, who calls himself "Mr. Excitement" because of his high rate of enthusiasm, has his own personal vide thousands of dollars a year on television commercials, mailings and give-aways.

Last year, Realtor Sheryl Melson of Plantation saw an opportunity when she realized Plantation and Lauderhill residents had to use their own their utility bill payments.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

Exhibit 1066 Page 1



**REALTYTIMES**®

**July 3, 199**

Exhibit /067 Page /

# "The Flag Lady" Flies Again



In a gesture of patriotism and a desire to give back to the community, real estate agent Barbara Jean Pickens will once again marshal her troops -- in this case a Boy Scout Troop -- and distribute 1,500 American flags on the eve of July Fourth.

Pickens, who is part-owner of Realty Executives of Wichita, and her daughter Bonnie, also an agent and a member of Pickens' staff, will conduct the flag-distribution operation.

Starting at 9:30 p.m. on July 3, approximately 30 uniformed members of Boy Scout Troop no. 735 from downtown Wichita will gather at Pickens' home to receive instructions, maps, flashlights and flags. They will then disperse in teams of two to distribute the 12" by 18" flags, which are staked at the curb of each driveway on a 30-inch dowel rod.

"This is such a fun event," Pickens said. "People wait up for us. I'll hear them call out, 'Here comes the flag lady.' They offer us refreshments and thank us for doing this." Pickens observed that residents often keep the flags from year to year and line their driveways with them on the Fourth, as well as put them out for other holidays. "On the morning of the Fourth, it's a beautiful sight," she said. "You drive around and see moms coming out with their kids, and the kids are so excited. It's like magic."

Pickens covers the development where she is well known and has been responsible for handling many house sales. The neighborhoods are: Westlink Estates, Golden Hills, Westlink 19th Addition, Mearibau, Breezy, Rainbow and Lexington.

"These are communities where I have sold the same houses sometimes five, six times over," noted Pickens, a 23-year veteran of the real estate business. Pickens, who averages 90 house transactions every year, is ranked in sales in the top 50 out of 7,500 Realty Executives US agents.

Originally a teacher in the school system before she started her family of two girls, Pickens was encouraged by her husband to try real estate when it was time to go back to work. "We thought if I sold six or so houses a year, it would be great," she said. "Neither of us ever dreamed I would end up selling so many houses, much less become a part-owner of a company." For more information, call Barbara Jean Pickens at 316/722-9393.

Source: *Company Press Release*

Copyright © 1998 Realty Times. All Rights Reserved.

With an award winning staff of writers providing up to the minute real estate news and advice, thousands of REALTORS® in North America reporting daily market conditions, and a nationally broadcast television news program, Realty Times is the one-stop shop for real estate information. That's why over 10,000 real estate professionals have turned to us for their publicity needs.

# THE ROANOKE TIMES
### roanoke.com

Your search for ( (unq:"0EAEA14D98310A92") ) returned 1 article(s),
listed below, out of 1 matching your terms.

---

**Your search results:**

## NEIGHBORHOOD SALUTES ANONYMOUS FLAG BEARER

*Published on July 5, 1990. Article 1 of 1 found.*

Page: B-1

The tear in Cecilia Hanslik's eye told the story. Wednesday
morning, Sugarloaf Estates in Southwest Roanoke County woke up
surprised and proud. During the night, a mystery patriot had planted
tiny American flags on front lawns all along the street. "It said to me,
`I love America,' " Hanslik said. "It made the Fourth of July seem
like what it really is." Wednesday, each family along the street
celebrated the

**Click for complete article**

---

**Focusing or expanding your search:**

If this is too many articles to browse, try to narrow your search by using
more specific key words.

( (unq:

    Search Again      Reset

To expand your search and retrieve more articles, you can **go back** and
increase your number of desired results and/or amend your search terms to
make them less specific.

---

All content herein is © 2000 Times-World Corp. and may not be republished without
permission.

Document Delivery                                                                                          12/3/0

# News Archives

Click here to go back to search results.

Click here for a printer friendly version of this article.

## The Gazette (Cedar Rapids-Iowa City)

June 13, 1997
**Section:** B
**Edition:** Final
**Page:** 2

### Agency to wave thousands of flags

*Kathleen Carlson Gazette news intern*

Some Cedar Rapids, Lisbon, Hiawatha, Marion and Anamosa residents will wake up Saturday to a flag in their front yard in honor of Flag Day. Coldwell Banker Hedges real estate agents will go forth in the wee hours of the morning to put small flags in neighborhood front lawns.

About 25 to 30 agents will come out for this sixth annual Flag Day project with their spouses and children, Agent Larry Stevenson said.

"It's kind of fun," Stevenson said, "Not too many people are out at that time, but those who are out jogging or walking will give you a big smile. And people driving by will honk and wave."

Stevenson said the agents try to hit as many streets as possible, but the more than 5,000 flags they will put up run out faster than people might expect.

People really enjoy seeing the flags in their yards, Stevenson said. "When we run out, people sometimes get upset if they don't get one," he said.

Carl Esker, Coldwell president and owner, said they got the idea to put up flags from a sister company in Minnesota.

"We thought it was a wonderful idea and the first year we tried it, it was very well received. It's become a tradition we've been carrying on and ordering more flags every year," Esker said.

After the agents finish putting up the flags, they have a breakfast at 7 a.m. at Bever Park.

This year's flag day project is being dedicated to longtime Coldwell agent Betty Berry, who died recently, Esker said.

The Flag Code, as amended July 7, 1976, specifies the following guidelines for displaying the flag:

It is normally displayed only from sunrise to sunset. If displayed at night, it should be illuminated.

It should be hoisted briskly and lowered ceremoniously. When flown at half-staff, it should first be hoisted to the top for an instant, then lowered halfway. Before lowering at the end of the day, raise it again to its peak.

It is not normally flown in rainy or otherwise inclement weather.

When it is displayed flat against a wall, the union (blue field) should be uppermost and to the viewer's left.

A flag lapel pin should be worn on the left lapel near the heart.

Document Delivery                                                                        12/3/09 2:19

It should never be used as apparel, bedding or drapery, nor should it ever have any mark, insignia or picture placed upon it.

When displayed with flags of states or localities, the U.S. flag should be at the center, and at the highest point of the group. No other flag or pennant should be placed above the flag of the United States. When flags of two or more nations are displayed, they are to be flown from separate staffs of the same height.

It should never touch anything beneath it.

When the flag is no longer in fit condition to be displayed, it should be destroyed in a dignified way, preferably by burning.

Copyright (c) 1997, 2000 Cedar Rapids Gazette

Exhibit 062 Page 2

Factiva

12/3/09 2:

Exhibit _1010_ Page _1_

FRONT
**PATRIOTISM NOW A DRIVING FORCE ; This Fourth, Americans are sad, proud - and not at all bashful about their flag.**
JOSHUA L. WEINSTEIN Staff Writer
889 words
4 July 2002
Portland Press Herald
PTPH
HOLIDAY
1A
English
Copyright 2002 Blethen Maine Newspapers Inc.

Today is different.

We Americans are a little sadder today than we were last Independence Day. We are a little more solemn.

And a whole lot prouder.

We will celebrate like always, with picnics and fireworks and concerts.

But as familiar as the celebrations are, they are different. We celebrate this year in defiance and under threat. In Washington, D.C., our fellow countrymen celebrate behind security fences, the air above them patrolled by fighter jets.

This year, "Stars and Stripes Forever" means something new.

Since Sept. 11, there is a new patriotism. It faded a bit in the months after the terrorist attacks, but it is strong.

Maybe even growing.

A few days after the attacks, Donna Barnard put a little flag outside her house in Portland.

She has since replaced it with a bigger one.

"We bought the house four years ago," she said. "We never had a flag."

Now, the flag is part of her life. Every day, if the weather is good, she puts it up.

It is a new ritual, for her, and a meaningful one.

"Our kids ask, `Why are we doing this now?' and we say, `Remember when,' " she explained. "We're very lucky that we live in this country."

Kathy Duca has an older ritual. Every year for the past nine or 10 years, Duca, a real estate agent, has planted flags - more than 400 of them - in lawns around South Portland. Usually, the little swaths of red, white and blue are the sole signs of patriotism.

Not this year.

"I know I saw lots of bows today on street signs," she said. "I certainly noticed many more flags being displayed than in the past."

Rita Gott was struck as she walked the greenbelt in South Portland and saw how many flags waved.

"I was amazed at the different flags," she said. "Just going out on the street, more and more people have got flags and other ornaments and things out representing the flag and the country."

Ellis Verdi can explain.

He is the president of DeVito/Verdi, an advertising agency in New York, which produced the Ad Council commercial that is now airing.

The spot shows a row of houses - in Bayonne, N.J., yet. An announcer says that the terrorists wanted to change America forever.

Then it shows the block again, only this time, there's a flag in front of each house.

"They did," the announcer says.

"The reaction," Verdi said, "has been absolutely phenomenal."

Factiva                                                                                      12/3/09 2:27

It is Verdi's job to understand how Americans feel, and they feel patriotic, he said.

"We're living in a different world today," he said. "We have to protect our core way of life."

Today is different in ways subtle and obvious.

At the Point Sebago Golf and Beach Resort in Casco, they've painted a fairway with an American flag. The tee markers are red, white and blue.

The golfers love it.

"They love what it stands for," said Gerry White, the course's superintendent. "After 9-1-1, I think everyone has that patriotic blood in them."

He said he never would have thought of painting such a thing - and certainly never permitted it - before Sept. 11.

But things are different now.

"What 9-1-1 brought to our attention is, we are the United States," he said. "We are not bulletproof, but our patriotism is very important to us."

Today is different in Maine and across the country.

A CNN/USA Today/Gallup poll shows that eight of every 10 Americans plan to display an American flag this year, compared to two-thirds last year. Slightly more than one-third of all Americans will do something today to remember what happened 10 months ago.

Today is a celebration of freedom, a commemoration of what happened in Congress on July 4, 1776, of "the unanimous Declaration of the thirteen united States of America."

The world became different that summer day.

The 13 states are 50 now, and different, but united anew.

Staff Writer Joshua L. Weinstein can be contacted at 791-6368 or at:

jweinstein@pressherald.com

What's Open Today is Independence Day; a state and federal holiday. State and federal offices are closed; as are post offices and town and city halls. All major banks and credit unions are closed. The Maine Mall will be open 10 a.m. to 6 p.m. Many other retailers and restaurants are open; some for shortened hours. Hannaford and Shaw's supermarkets will be open; although some stores may be open for shortened hours. Metro buses will not operate.

Caption: Staff photo by Faith Cathcart Marlene Dunton prepares to hit her second shot Tuesday from a fairway with a distinctly patriotic theme - the fourth hole at the Point Sebago Golf and Beach Resort in Casco. The resort collaborated recently with Sports Fields Inc. of Monmouth to paint a large American flag on the fairway grass. Staff photo by Faith Cathcart Patriotism - and patriotic displays - are in full swing this holiday, as evidenced by the 46- by-26-foot American flag painted on the fourth fairway at the Point Sebago Golf and Beach Resort in Casco.

Document ptph000020020813dy74001ak

© 2009 Factiva, Inc. All rights reserved.

12/3/0

# News Archives

Click here to go back to search results.

Click here for a printer friendly version of this article.

## The Gazette (Cedar Rapids-Iowa City)

June 15, 1998
**Section:** B
**Edition:** Final
**Page:** 2

### Planting a new crop of flags

**Illustration:** Photo

Melanie Kimbler, Gazette intern

Vern Balster of Coldwell Banker Hedges places flags in neighborhoods along 34th Street SE early Sunday morning. This is the seventh year the real estate company has planted flags in Eastern Iowa communities to celebrate Flag Day. The firm placed 3,000 to 4,000 flags in Cedar Rapids, Hiawatha, Lisbon, Marion and Anamosa, according to company President Carl Esker.

Copyright (c) 1998, 2000 Cedar Rapids Gazette

# The Miami Herald ⊞

Articles contain no graphics or photos.

1.      Miami Herald - July 6, 1989 - 3BR BRWD N

REAL ESTATE COMPANY DISTRIBUTED STARS AND STRIPES -- ON THE SLY
        South Florida's Flag Phantom has stepped forward. Coldwell Banker residential
real estate associates stealthily planted flags on lawns in four counties for an
Independence Day salute, company spokeswoman Deirdre Haverty said Wednesday. "We
probably distributed about 12,000 flags in Dade, Broward, Palm Beach and Martin
counties," Haverty said. "We do this to commemorate the anniversary and to say thank
you to the residents of South...

Exhibit /073 Page /

# The Miami Herald ⊕

## Articles contain no graphics or photos.

1. **Miami Herald** - July 1, 1990 - 17 NEIGHBORS NW

   **NW DADE GETS READY FOR FUN ON THE FOURTH SPRINGS PLANS PARADE, SOFTBALL**
   This year on the Fourth of July, just about anything goes in Northwest Dade. From employees of a real estate business rising before the sun to plant flags on people's lawns to politicians agreeing to be splashed in dunking booths, folks can see it all. Some will wake up to see flags planted in their yards. Employees from Coldwell Banker Residential Real Estate announced last week that they will plant nearly 12,000 flags to decorate lawns throughout Dade, Broward, Palm Beach and...

LexisNexis® Academic: Print Preview

12/3/09 4:

Exhibit ___/074___ Page ___/___

38 of 69 DOCUMENTS

The Washington Post

July 05, 1997, Saturday, Final Edition

# Freedom's Ring, Wedding Rings Highlight Celebration of Fourth

Amy Goldstein; Scott Bowles, Washington Post Staff Writers

**SECTION:** A SECTION; Pg. A01

**LENGTH:** 1652 words

Washington celebrated America's 221st birthday party yesterday with a sun-drenched day of parades and picnics and topped it off last night with a pyrotechnic starburst that drew several hundred thousand spectators.

It was also an Independence Day of massive sightseeing, a few political demonstrations and, for one couple, a red, white and blue wedding on the grounds of their favorite monument. By 11 p.m., Metro had logged 546,648 rides, nearing last year's record 569,894 rides. U.S. Park Police have discontinued making crowd estimates.

Although most of the festivities went without incident, police evacuated hundreds of spectators from Freedom Plaza, at 14th and E streets NW, shortly before the fireworks began after a black duffle bag was discovered in bushes in the northwest corner of the park. The evacuation, which occurred about 8:30 p.m., interrupted the Freedom Jazz Fest for about an hour, but pedestrians were allowed back onto the plaza after the bag was X-rayed and no explosives were found, police said.

Police reported seven arrests last night on charges ranging from disorderly conduct to carrying a deadly weapon and said one man was injured, apparently when struck by flying debris from fireworks. He was treated at George Washington Hospital Center for abrasions and contusions to the shoulder and chest area, a hospital spokesman said.

But the day was seamless for the vast majority of Independence Day revelers, especially Linda Faris and Arthur Doyle. The two met four years ago on a Tourmobile Sightseeing bus. She was a new narrator, he a veteran employee making certain she knew her spiel. They courted in the Washington museums they discovered they both loved and began each Fourth of July with a visit to the National Archives to hear the recitation of the Declaration of Independence.

So when he proposed on Christmas Day, it was only fitting that they decided to set their wedding for their favorite holiday and exchange their vows at the Jefferson Memorial. It took dispensation from the Park Police superintendent.

So in the brilliant midmorning sunshine yesterday -- 10 1/2 hours before the giant fireworks display over the Mall -- the 43-year-old bride stood beaming amid a circle of relatives and friends in a grassy patch between the Tidal Basin and Jefferson's looming silhouette. She wore a white dress with a red sash and a pert straw hat trimmed with red, white and blue grosgrain. The groom, 48, stood across from her, resplendent in navy pants, white shirt, crimson vest and blue suspenders with tiny stars. The guests held fluttering flags. The brass quintet played Sousa marches. The bride gave the bridegroom a framed stained-glass picture of a Tourmobile.

Their wedding was one of many celebrations, large and small, that turned the luxury of a long weekend into a true holiday. The weather helped. The temperature reached 94 degrees at National Airport, but the humidity was low and the sky was blessedly free of haze. "As July Fourths go, this is as good as it can get," said Barry Goldsmith, a National Weather Service meteorologist.

Yesterday was the first time that alcohol was banned during Independence Day festivities, an effort by the National Park Service to curb fighting and rowdy behavior. Park Police said they confiscated about 1,200 cans and bottles of beer yesterday from people who weren't aware -- or just tried to flout -- the ban. Because it was the first year of the ban, police said, no tickets were issued.

LexisNexis® Academic: Print Preview                                           12/3/09 4:59 P

Exhibit *1074* Page 2

"Everybody seems to be pleased with the way things worked out under the new alcohol policy," Park Police Capt. Ron DeAngelo said. "Right now, it was real good compared to last year."

Throughout the day, 147 people were treated at first-aid tents along the Mall for dehydration and other heat-related problems. Two were taken to hospitals.

The fireworks show on the Mall included 2,495 shells that exploded during a 21-minute display orchestrated by Atlas Fireworks, a New Hampshire company that was a novice in the nation's capital. The show included peace signs, stars, smiley faces and red hearts with arrows through them. The finale featured 100 big shells bursting at once.

Some people came downtown early to have their choice of vantage points.

Robert and Sheri Jensen and their three children staked out two spots near the Capitol, one that offered shade during the heat of the day and the other that -- they hoped -- would offer a good view at night. They moved to the District from California just this week, but already they had received some advice. "Someone said, 'If you can see the top of the Washington Monument, you can see the fireworks,'" Robert Jensen said.

For thousands of people, the heart of Independence Day lay far from downtown, in smaller celebrations.

Shirley Holmes sat in a chair under the apple tree on her lawn to watch the firetrucks, antique cars and majorettes pass through the center of Morningside, her town in Prince George's County. She waved to the softball team sitting on hay bales in a trailer pulled by a tractor. She waved to the police officers on motorcycles and the politicians in cars. And everyone, it seemed, waved back.

"We need this," Holmes said. "It brings people together."

In Arlington, a few blocks off Columbia Pike, the Barcroft neighborhood held its ninth annual five-block-long parade. And as in years past, more people seemed to march in the parade than to watch it.

"We never know what's going to be in the parade until about 15 minutes before, and we see who shows up," said the parade's chairman, Andrew Hunter, who had the honor of towing the main float, a papier-mache model of a space shuttle, in keeping with the spirit of yesterday's Pathfinder spacecraft landing on Mars. Fittingly enough, the grand marshal, ferried in a convertible, was Guy Gardner, a former space shuttle pilot who lives in the neighborhood.

Hunter hitched his own "shuttle" to his Toyota Camry, threw dry ice into a paint bucket to simulate propulsion vapors, then pulled out in front of the neighborhood's community center. Two dozen band members fell in behind, led by 3-year-old Peter Sarracino, who pounded furiously on his Curious George drum set as the band ran through the theme from "Star Wars."

As ever, yesterday's parades served as a way for local politicians to make themselves visible. No one enjoyed as elegant a perch as Prince George's County State's Attorney Jack B. Johnson, who traveled through Morningside in an open-carriage 1909 Mitchell sedan. The driver, Dareld Houstman, 88, was given the car by a North Dakota farmer when he was a boy.

At the 31st annual Palisades Parade in Northwest Washington, Del. Eleanor Holmes Norton (D-D.C.) noted, "This is the best parade in Washington because it's a real hometown parade without all the fixin's, just plain ole folk."

If the small-town parades had a local flavor, the parade down Constitution Avenue yesterday afternoon was decidedly more eclectic. The 90-minute procession contained the quintessentially American: high school marching bands from as far away as Washington state, veterans who had received Purple Hearts, and Miss America, waving energetically in a blue jacket and white slacks trimmed with gold braid.

The parade also had an international flavor: Bolivian dancers with feathery headpieces that twirled in a rainbow of color and a large contingent of local Vietnamese, who carried a banner harking back to the nation's least popular war: "We honor your noble sacrifices," the banner said. The parade's final float was an enormous red temple with a sign bearing the message, "Hare Krishna salutes America's Birthday."

For some along the parade's sidelines, traveling to downtown is an Independence Day ritual. Last July 5 -- five minutes after they had checked out following last year's revelries -- Morris and Martha Lewis, of Camp Springs, made reservations to spend last night at their favorite room at the Hotel Washington. By 10 a.m. yesterday, they had claimed a place at their favorite viewing spot near 15th Street and waited for the parade. Last night, they planned to watch the fireworks from their hotel room. "We lie in bed, and the fireworks just kind of come in and join us," Martha Lewis said.

Others were first-time visitors from other parts of the country and the world. Holger Schmidt, 21, of Germany, scribbled his impressions on a wrinkled brown paper bag of his trip to the United States. In his own country, said Schmidt, who is leaving for home tonight after four weeks of traipsing up and down the East Coast, people don't celebrate their national holidays with such vigor. He liked the spirit, although he couldn't understand why military units were so much a part of the parade.

Mary and Barry Volkers and their family, of Michigan, had not expected to be so moved by the holiday spirit on their own first trip to Washington. They had made an 11-hour drive to watch their son Brian march in the parade with his tuba as part of the Zeeland Marching Band. But there they were in red, white and blue T-shirts they had felt compelled to buy from a vendor.

"We wanted to do something that said, 'Washington, D.C.' and something that was patriotic," Mary Volkers said.

Others tried to spread the spirit of the day. Bob Flagg, 38, a salesman from Arlington, spent the afternoon near the Reflecting Pool, handing out hundreds of American flags to children.

The idea grew out of his former job in real estate, when he would put flags in front yards for the holiday. Then, a decade, ago, he decided to export the idea to the Mall. He has been there every year since. "It will put a smile on a child's face, guaranteed," he said.

Staff writers Mohamad Bazzi, Peter S. Goodman, Janina de Guzman, Amy Klein, Julie Makinen, Peter McKay, Jennifer Ordon ez, Susan Saulny and Eric Wee contributed to this report.

**LOAD-DATE:** July 05, 1997

**LANGUAGE:** ENGLISH

**GRAPHIC:** Photo, chris stanford; Photo, gerald martineau; Photo, nancy andrews; Photo, bill o'leary; Photo, Mark Finkenstaedt for TWP, Fireworks on the Mall illuminate the sky above the Lincoln Memorial, the Washington Monument and the Capitol. As Arlington's Barcroft neighborhood holds its ninth Fourth of July parade, longtime residents Margaret and William Molloy are in prime position to see the show. Christopher Smith, 11, waves the Stars and Stripes at the Morningside Parade in Suitland. In a summertime highlight for a 3-year-old, Peter Sarracino, above, marches in an Arlington parade. Highlights of another sort, right, brighten the sky as fireworks go off above the Mall in Washington. Setting the stage for colorful anniversaries to come, Arthur Doyle and Linda Faris accept applause after their Independence Day marriage at the Jefferson Memorial.

Copyright 1997 The Washington Post

Exhibit 1074 Page 2

**Display Ad 116 -- No Title**
*The Washington Post (1974-Current file);* Jun 30, 1990;
ProQuest Historical Newspapers The Washington Post (1877 - 1993)
pg. E9

# CELEBRATE AMERICA WITH COLDWELL BANKER™

Flag planting by Coldwell Banker is as much an American tradition as a Fourth of July barbecue and fireworks—an event families across the area have come to expect. So look for the American Flag on your front lawn and "Celebrate America with Coldwell Banker!"™



A MEMBER OF THE SEARS FINANCIAL NETWORK

**COLDWELL BANKER**


REALTOR®

**The Home Sellers.**


EQUAL HOUSING OPPORTUNITY

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*Agents put out flags for Independence Day.* By: Cross, Cheri, Inside
Tucson Business, 10695184, 7/10/95, Vol. 5, Issue 15

**Database:**
*Regional Business News*

## HTML Full Text

### AGENTS PUT OUT FLAGS FOR INDEPENDENCE DAY

**Section:** Editorial
**CROSSFIRE**

Did your neighborhood sprout American flags sometime between the time
you went to bed last Monday night and got up Tuesday morning?

If so, chances are that it wasn't gremlins at work but real estate agents for
Coldwell Banker Success Realty.

A dozen agents from the three Tucson branches put up 6,000 of them for
Independence Day, said Laura Mance, vice president for the company and
branch manager of its Williams Centre office.

The flag-setting ritual has become a tradition for the Fourth and Flag Day,
she said, but the agents who put them out and the residents who receive them
show the most enthusiasm on the Fourth.

The tradition began about five years ago and has slowly gained momentum.
She notes, however, that about three years ago, they unknowingly got some
flags that had not been made in the United States and the glue that held them
to the sticks melted in the sun, dropping the flags to the ground to blow off
in the wind.

They had put out 10,000 flags that year, and many were discouraged after
that, but it's coming back slowly, she said.

The company gets a good bulk rate on the flags, she said, and pays for the
first 100 flags for each agent. The agent pays for the remainder --however
many he or she decides to put out-- plus shipping charges.

The practice has been quite rewarding, Ms. Mance said, "not so much for
direct business as it is an opportunity to create a relationship when they don't

Exhibit 1 Page 1



The Free-Lance Star - Jun 3, 1989

## "CELEBRATE AMERICA WITH COLDWELL BANKER" festivities during Memorial Day weekend

"What the American Flag Means To Me"
Essay Contest winners from
Hugh Mercer and Graham Elementary

Visitor at local morning home
distributing flags to residents.
Girl Scouts from Troop 545 in Fredericksburg

Mrs. Douglas' class of
Hugh Mercer Elementary
won the Most Creative Award for their 27 entries

Over 1500 flags were placed by Coldwell Banker real estate agents in neighborhoods throughout the Fredericksburg area in time for the resident's surprise on Memorial Day morning.

**COLDWELL BANKER**

**CARRIAGE HOUSE REALTY, INC.**

1010 Charles Street
Phone 373-0100
or 659-7715

Toll Free Metro
No. 659-7059

Exhibit 1077, Page 4



Exhibit 1078 Page 1

Exhibit 1079 Page 1



Comments | Recommended

# Nell Anne Hunt, Irving/Las Colinas office break flag distribution record

**12:00 AM CDT on Saturday, September 29, 2007**

Sales professional Nell Anne Hunt from the Ebby Halliday Realtors Irving/Las Colinas office broke her own American flag waving distribution record this summer by enlisting 300 volunteers to put out almost 30,000 flags throughout the Irving/Las Colinas communities.

The flags are flown on July 4th, Memorial Day, Labor Day, Veterans Day, Presidents Day or any other patriotic occasions. She started with 200 flags 14 years ago and now welcomes the contribution of others who help purchase and plant Old Glory.

The flag brigade is made up of Irving office colleagues, friends, families and clients.

This summer, flags decorated the entire length of MacArthur Boulevard (10 miles from Coppell to Grand Prairie), as well as places of worship and military gravesites.

To thank her patriotic volunteers, Ms. Hunt hosts an annual Potluck Party at her home.

For more information on Ms. Hunt and the Ebby Halliday Irving/Las Colinas office, managed by Carolyn Rosson, visit www.ebby.com.



have operable access to the outside. | determining this, your architect will | The code affects those building and | ©Coble Tony Farm Tech Educat, Inc.
The minimum windload require- | have this information for you. | purchasing new single family homes | All Rights reserved.

# Coach Realtors Distributes 12,000 Flags For Independence Day

Homeowners across Long Island will be receiving American flags courtesy of Coach Realtors' Sales Associates in honor of Independence Day. With a distribution of 12,000 flags, Coach Realtors will help Long Islanders celebrate the 4th of July in a very patriotic way.

According to Lawrence Finn, Owner, Coach Realtors has been purchasing and delivering flags to the Long Island community for many years. "The tradition of distributing flags to our community members is one that we are very proud of and the homeowners really enjoy and appreciate it," said Mr. Finn. "Our agents are committed to the communities they serve and are very pleased with the positive responses they receive when handing out the flags."

Coach Realtors is one of Long Island's largest independently owned real estate companies serving Nassau and Suffolk counties. Coach realtors has 15 offices and over 350 sales associates.



1000 Series Exhibit as # 1080

(1993)

Exhibit 2057 Page 1 of 1

1080

Removed

2057 —

FROM 2000 Series and added to