IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 0 8 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

THE FLAG COMPANY, INC. a )
Georgia Corporation, )
    Plaintiff, )
v. )
STEVEN A CHAN, LLC (d/b/a FIVE )
STAR FLAGS and/or VIA5), a )
California Limited Liability Company, )
and STEVEN A. CHAN, a California )
resident, )
    Defendant )
)

CIVIL ACTION NO:
1:09-CV-1880

Steven Chan's Letter
To Judge Pannell
To be read 1ˢᵗ of all items
In support of opposition to motion for summary judgement

## COMES NOW Steven Chan; and says of URGENCY WHEN THIS BE SUBMITTED

Dear Sir: You have chosen an auspicious day for my opposition to the Plaintiff's Motion for Summary Judgment. Allow me to spare you and your Court the disarray of the tome of a record before you. And I apologize at this moment, but the dawning of the truth was too late to prevent that tome. So I have run out of time to tidy it up and figure out what to do. Use the tome as you wish.

The plain and simple core truth to be found in this matter is located in
DEFENDANT'S STATEMENT OF
MATERIAL FACTS AS TO WHICH
THERE EXISTS NO GENUINE
ISSUES TO BE TRIED

1

Proceed to *paragraphs 40-45*, which should convince you I am not the red-handed Chinaman US Flag maker in California, said paragraphs a revelation to me 12 hours prior to the close of your clerks desk on this date.

So the tome is just me chasing my tail at the expense of my antagonist and facilitated by the officer of your fine court.

Sincerely and with Respect

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE FLAG COMPANY, INC. a Georgia Corporation,<br>    Plaintiff,<br>v.<br>STEVEN A CHAN, LLC (d/b/a FIVE STAR FLAGS and/or VIA5), a California Limited Liability Company, and STEVEN A. CHAN, a California resident,<br>    Defendant | CIVIL ACTION NO:<br>1:09-CV-1880 |

### CERTIFICATE OF SERVICE

This is to certify that I have this day manually filed by placing into a package, sent by courier, the foregoing

## LETTER TO BE READ FIRST (URGENT)

And

## DECLARATION OF STEVEN A CHAN

And

## DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE EXISTS NO GENUINE ISSUES TO BE TRIED

And

## DEFENDANT'S RESPONSE to PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE EXISTS NO GENUINE ISSUES TO BE TRIED

And

## DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Page 1 of 3

with the Clerk of Court. The Clerk of Court will use the CM/ECF system to automatically send e-mail notification of such filing to the following attorneys of record:

J. Tucker Barr
Arnold Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031
Tel: (404) 873-8500
Fax: (404) 873-8501
Email: Tucker.barr@agg.com

Further, a copy has been placed in the US Mail, and sent to:

J. Tucker Barr
Arnold Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031
Tel: (404) 873-8500
Fax: (404) 873-8501
Email: Tucker.barr@agg.com

Dated the 7th of July, 2010

_____

Steven A Chan

American Flag Manufacturer

720 Center Street

Costa Mesa, CA 92627

949-650-6698

2viavr@gmail.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Civil Local Rule 7.1D, this is to certify that the foregoing

LETTER TO BE READ FIRST (URGENT)

And

DECLARATION OF STEVEN A CHAN

And

DEFENDANT'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE EXISTS NO GENUINE ISSUES TO BE TRIED

And

DEFENDANT'S RESPONSE to PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE EXISTS NO GENUINE ISSUES TO BE TRIED

And

DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

complies with the font and point selections approved by the Court in Civil Local Rule 5.1C. The foregoing Request was prepared on computer using New Times Roman font (14 point).

Dated the 8th of July, 2010

_____

Steven A Chan

American Flag Manufacturer

720 Center Street

Costa Mesa, CA 92627

949-650-6698

2viavr@gmail.com

Dated this 5 day of July, 2010

Respectfully submitted,

/s/ Steven A Chan

Steven A Chan

American flag manufacturer

Five Star Flags

720 Center St

Costa Mesa, CA 92627