

**Arnall Golden Gregory** LLP

The Flag Company, Inc.                    December 3, 2010
Attn: Vicki J. Lawrence                   Invoice #543311
3600 Cantrell Industrial Court            Michael D. Golden
Acworth, GA 30101

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

**Trademark Infringement\Farming Flags®**

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>DESCRIPTION</u> |
|---|---|---|---|
| 11/01/10 | J. Barr | 4.20 | Complete responses to Chan filings; phone call with Vicki Lawrence to discuss ████; make changes to responses to Chan filings' electronically file and serve responses to Chan filings |
| 11/02/10 | P. Gordon | 0.30 | Received email from attorney (Tucker Barr) requesting certified file wrapper for FARMING FLAGS, Registration No. 1858628; ordered same via USPTO website; processed order fee for payment |
| 11/02/10 | J. Barr | 0.20 | Emails to and from Portia Gordon regarding request trademark file wrapper |
| 11/09/10 | J. Barr | 0.30 | Review Chan's reply brief in support of evidence objections |
| 11/22/10 | J. Barr | 3.60 | Prepare and file motion for leave to file certified copy of USPTO file wrapper for the FARMING FLAGS mark |

|  |  |
|---|---|
| **Total Hours** | **8.60** |
| **Total For Services** | **$2,495.00** |

<u>**EXPENSES**</u>

To Westlaw for computerized research for Sybil Turner  (1403649) on                 579.12
10/29/10

The Flag Company, Inc.

Client/Matter #21311-7

December 3, 2010
Invoice #543311
Michael D. Golden
Page 2

---

## EXPENSES

| | |
|---|---|
| For professional services paid to U.S.Commissioner of Patents and Trademark for ordering fee for certified copy of file wrapper for FARMING FLAGS,Registration No.1858628. INVOICE#: 1858628-11/2; DATE: 11/2/2010 | 50.00 |
| Duplicating expenses incurred @ $.10 per page | 21.30 |

|  | **Total Expenses** | **$650.42** |
|---|---|---|

|  | **Fees** | **Disbursements** | **Total** |
|---|---|---|---|
| CURRENT CHARGES: | 2,495.00 | 650.42 | 3,145.42 |
| **Total Balance Due:** | **$2,495.00** | **$650.42** | **$3,145.42** |
|  |  | **Less Cash On Hand** | **(3,145.42)** |
|  | **Total This Statement** |  | **$0.00** |



**Arnall
Golden
Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

December 3, 2010
Invoice #543311
Michael D. Golden

---

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement        $  0.00

Amount of Payment Enclosed  $ _____.___

TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!

REMITTANCE COPY



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

November 11, 2010
Invoice #542093
Michael D. Golden

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

**Trademark Infringement\Farming Flags®**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 10/18/10 | J. Barr | 1.30 | Begin review of Chan's response to Motion for Summary Judgment and supporting materials |
| 10/19/10 | J. Barr | 1.30 | Continue review of papers filed by Steve Chan in opposition to motion for summary judgment |
| 10/20/10 | J. Barr | 2.80 | Continue research and draft of responses to papers filed by Steve Chan in response to Motion for Summary Judgment |
| 10/21/10 | J. Barr | 2.00 | Continue research and draft of responses to papers filed by Steve Chan in response to Motion for Summary Judgment |
| 10/22/10 | J. Barr | 2.20 | Phone call with Vicki Lawrence regarding ███████████; continue drafts of response to papers filed by Steve Chan |
| 10/25/10 | J. Barr | 0.50 | Phone call with Vicki Lawrence regarding ███████ |
| 10/26/10 | J. Barr | 2.80 | Continue draft responses to documents filed by Steve Chan |
| 10/27/10 | J. Barr | 1.00 | Continue responses to Chan filings |
| 10/28/10 | J. Barr | 5.40 | Continue responses to Chan filings; email to Vicki Lawrence attaching ███████ |

The Flag Company, Inc.

Client/Matter #21311-7

November 11, 2010
Invoice #542093
Michael D. Golden
Page 2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 10/29/10 | J. Barr | 6.20 | Continue draft responses to Chan filings |
| 10/31/10 | J. Barr | 2.40 | Continue draft responses to Chan filings |

|  |  |
|--|--|
| **Total Hours** | **27.90** |
| **Total For Services** | **$8,230.50** |

### EXPENSES

| | |
|--|--|
| Duplicating expenses incurred @ $.10 per page | 0.20 |
| **Total Expenses** | **$0.20** |

| | Fees | Disbursements | Total |
|--|------|---------------|-------|
| CURRENT CHARGES: | 8,230.50 | 0.20 | 8,230.70 |
| **Total Balance Due:** | **$8,230.50** | **$0.20** | **$8,230.70** |
| **Total This Statement** | | | **$8,230.70** |



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

November 11, 2010
Invoice #542093
Michael D. Golden

---

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

**Trademark Infringement\Farming Flags®**

Total This Statement     $ 8,230.70

Amount of Payment Enclosed $ _____.___

**TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.**

**Thank you!**

**REMITTANCE COPY**


**Arnall Golden Gregory** LLP

The Flag Company, Inc.                                    October 21, 2010
Attn: Vicki J. Lawrence                                   Invoice #540441
3600 Cantrell Industrial Court                           Michael D. Golden
Acworth, GA 30101

---

For Legal Services Rendered In Connection With:

**Client/Matter #21311-7**

**Trademark Infringement\Farming Flags®**

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|------|-----------|-------|--------|-------------|
| 09/08/10 | J. Barr | 1.80 | 531.00 | Review documents produced by Steve Chan; email to and from Vicki Lawrence regarding ██████ |
| 09/09/10 | J. Barr | 1.20 | 354.00 | Continue review of documents produced by Steve Chan |
| 09/17/10 | J. Barr | 1.50 | 442.50 | Phone call with Mike and Vicki Lawrence to discuss ████████████ ██████ review notes concerning documents prepared by Vicki Lawrence |
| 09/23/10 | J. Barr | 0.30 | 88.50 | Review Order on Chan's motion to extend time to file missing documents; emails to and from Vicki Lawrence regarding ██████ |
| 09/27/10 | J. Barr | 0.20 | 59.00 | Phone call with Vicki Lawrence to discuss ████████████████ |

|  |  |
|--|--|
| Total Hours | 5.00 |
| Total For Services | $1,475.00 |

**EXPENSES:**

| | |
|--|--|
| To Westlaw for computerized research for the month of August | 49.97 |
| For Delivery service provided by United Parcel Service to The Flag Company from Arnall Golden Gregory on 9/14. INVOICE#: | 7.69 |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

171 17th Street NW| Suite 2100 | Atlanta, GA 30363-1031 | 404.873.8500 | Fax: 404.873.8501

The Flag Company, Inc.

Client/Matter #21311-7

October 21, 2010
Invoice #540441
Michael D. Golden
Page 2

0000393931380; DATE: 9/18/2010 - 20034

Duplicating expenses incurred @ $.10 per page                    31.00

                                        Total Expenses          $88.66

|  | Fees | Disbursements | Total |
|---|---|---|---|
| CURRENT CHARGES: | 1,475.00 | 88.66 | 1,563.66 |
| Total Balance Due: | 1,475.00 | 88.66 | 1,563.66 |

**Total This Statement**                                    **$1,563.66**



**Arnall Golden Gregory LLP**

The Flag Company, Inc.  
Attn: Vicki J. Lawrence  
3600 Cantrell Industrial Court  
Acworth, GA 30101

October 21, 2010  
Invoice #540441  
Michael D. Golden

---

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

**Total This Statement**  $ 1,563.66

Amount of Payment Enclosed $ _____.___

### TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED, PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

**Thank you!**

**REMITTANCE COPY**

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

**171 17th Street NW | Suite 2100 | Atlanta, GA 30363-1031** | 404.873.8500 | Fax: 404.873.8501


**Arnall
Golden
Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

September 20, 2010
Invoice #538061
Michael D. Golden

---

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>DESCRIPTION</u> |
|---|---|---|---|
| 08/03/10 | J. Barr | 0.30 | Review and reply to emails from Vicki Lawrence regarding ████████████████; review and respond to emails from Steve Chan regarding Statement of Material Facts |
| 08/12/10 | J. Barr | 0.40 | Review Order on motion to compel; review Chan's request for leave to file response to statement of material facts; email to Vicki Lawrence with ████ |
| 08/13/10 | J. Barr | 0.40 | Phone call with Mike and Vicki Lawrence regarding ████████████████████████████ |
| 08/17/10 | J. Barr | 1.50 | Continue draft of response to motion for leave |
| 08/18/10 | J. Barr | 2.30 | Continue draft response to Chan's request for leave |
| 08/19/10 | J. Barr | 2.50 | Complete draft response to Chan's request for leave; emails to and from Vicki Lawrence regarding ████ |
| 08/20/10 | J. Barr | 0.20 | Finalize and electronically file response to Chan's request for leave to file response to statement of material facts |
| 08/24/10 | J. Barr | 0.60 | Emails to and from Chan regarding request for protective order; prepare protective order and send draft to Vicki Lawrence for review and approval |

The Flag Company, Inc.

Client/Matter #21311-7

September 20, 2010
Invoice #538061
Michael D. Golden
Page 2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 08/25/10 | J. Barr | 0.50 | Emails to and from Steve Chan regarding protective order; emails to and from Vicki Lawrence regarding ▌▌▌▌; make changes to Protective Order |
| 08/26/10 | J. Barr | 0.30 | Emails to and from Steve Chan regarding document production and protective order |
| 08/27/10 | J. Barr | 0.30 | Finalize and file Stipulated Protective Order |
| 08/30/10 | J. Barr | 0.20 | Review Order from Judge Pannell approving Stipulated Protective Order |
| 08/31/10 | J. Barr | 0.20 | Reply to emails from Vicki Lawrence regarding ▌▌▌▌▌▌▌▌▌▌; emails to and from Steve Chan regarding document production |

|  |  | | |
|--|--|--|--|
| | **Total Hours** | | **9.70** |
| | **Total For Services** | | **$2,861.50** |

**EXPENSES**

| | |
|--|--|
| To Westlaw for computerized research for the month of July, 2010 | 1,500.98 |
| Duplicating expenses incurred @ $.10 per page | 2.20 |
| **Total Expenses** | **$1,503.18** |

| | Fees | Disbursements | Total |
|--|------|---------------|-------|
| PRIOR BALANCE: | $8,244.50 | $491.66 | $8,736.16 |
| CURRENT CHARGES: | 2,861.50 | 1,503.18 | 4,364.68 |
| **Total Balance Due:** | **$11,106.00** | **$1,994.84** | **$13,100.84** |
| **Total This Statement** | | | **$13,100.84** |



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

September 20, 2010
Invoice #538061
Michael D. Golden

---

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement     $ 13,100.84

Amount of Payment Enclosed $ _____.____

TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!

REMITTANCE COPY



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

August 23, 2010
Invoice #535907
Michael D. Golden

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

**Trademark Infringement\Farming Flags®**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 07/06/10 | J. Barr | 0.40 | Review supplemental discovery responses served by Chan |
| 07/11/10 | J. Barr | 3.30 | Complete draft response to Motion for Judicial Notice |
| 07/15/10 | J. Barr | 0.20 | Begin review of response to motion for summary judgment |
| 07/16/10 | J. Barr | 2.60 | Continue review of response to motion for summary judgment; phone call with Vicki Lawrence regarding ▬▬▬▬▬▬▬▬▬ |
| 07/20/10 | J. Barr | 2.80 | Continue research and draft of reply in support of motion for summary judgment; review Chan's reply in support of motion for judicial notice |
| 07/21/10 | J. Barr | 0.30 | Review Chan's Motion to Strike his own letter submitted to the Court |
| 07/22/10 | J. Barr | 0.50 | Conference with Scott Taylor to discuss reply in support of motion for summary judgment; continue draft of reply in support of motion for summary judgment |
| 07/23/10 | S. Taylor | 0.30 | Analysis of issues regarding responsive summary judgment papers; conference with Tucker Barr regarding same |
| 07/23/10 | J. Barr | 1.80 | Continue draft of reply in support of motion for summary judgment |

The Flag Company, Inc.

Client/Matter #21311-7

August 23, 2010
Invoice #535907
Michael D. Golden
Page 2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 07/26/10 | J. Barr | 3.40 | Continue draft or reply in support of motion for summary judgment |
| 07/27/10 | J. Barr | 1.00 | Continue draft of reply in support of motion for summary judgment |
| 07/28/10 | J. Barr | 4.20 | Continue draft of reply in support of motion for summary judgment |
| 07/29/10 | J. Barr | 5.80 | Complete draft of reply in support of motion for summary judgment |
| 07/30/10 | J. Barr | 1.20 | Phone call with Vicki Lawrence regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, draft declaration to accompany brief; make changes to reply brief and electronically file same |

|  | | **Total Hours** | **27.80** |
|  | | **Total For Services** | **$8,244.50** |

**EXPENSES**

| | |
|---|---|
| To Westlaw for computerized research for Tucker Barr, 6/14/10, #14646078 | 484.76 |
| Duplicating expenses incurred @ $.10 per page | 6.90 |
| **Total Expenses** | **$491.66** |

|  | Fees | Disbursements | Total |
|------|------|---------------|-------|
| CURRENT CHARGES: | 8,244.50 | 491.66 | 8,736.16 |
| **Total Balance Due:** | **$8,244.50** | **$491.66** | **$8,736.16** |
| **Total This Statement** | | | **$8,736.16** |



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

August 23, 2010
Invoice #535907
Michael D. Golden

---

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement    $ 8,736.16

Amount of Payment Enclosed $ _____.

TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!

REMITTANCE COPY



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

July 16, 2010
Invoice #533854
Michael D. Golden

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 06/01/10 | J. Barr | 0.20 | Reviewed Order from the Court regarding filing of Motion for Summary Judgment |
| 06/02/10 | J. Barr | 0.30 | Read and reply to emails from Vicki Lawrence regarding ▮▮▮▮▮▮▮▮ |
| 06/07/10 | J. Barr | 1.70 | Review Chan's response to Motion to Compel and begin draft reply brief |
| 06/08/10 | J. Barr | 2.00 | Continue review of Chan's response to Motion to Compel and draft of reply brief |
| 06/11/10 | J. Barr | 2.00 | Email to Vicki Lawrence with ▮▮▮▮▮▮; continue reply brief in support of motion to compel |
| 06/14/10 | J. Barr | 1.40 | Phone call with Mike and Vicki Lawrence to discuss ▮▮▮▮▮▮▮▮; review motion filed by Chan seeking two-week extension; emails to and from Steve Chan regarding extension |
| 06/21/10 | J. Barr | 1.00 | Review supplement to Motion for Extension filed by Steven Chan; complete and file response to Motion for Extension |
| 06/21/10 | S. Taylor | 0.20 | Review of filings |
| 06/23/10 | J. Barr | 3.60 | Complete and file reply brief in support of motion to compel; review Chan's reply in support of motion for extension |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

171 17th Street NW| Suite 2100 | Atlanta, GA 30363-1031 | 404.873.8500 | Fax: 404.873.8501

The Flag Company, Inc.

Client/Matter #21311-7

July 16, 2010
Invoice #533854
Michael D. Golden
Page 2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 06/24/10 | H. Chalmers | 0.20 | Analyzing possible approaches to striking declarations from undisclosed declarance |
| 06/24/10 | J. Barr | 2.50 | Emails to and from Vicki Lawrence with ███████ ████████████████s; review Chan's request for Judicial Notice; conduct research on issues of generic marks and judicial notice to assist with reply brief in support of motion for summary judgment and response to request for judicial notice; meet with Henry Chalmers to discuss ██████████████████████ ████████████████████ |

|  |  |
|---|---|
| **Total Hours** | **15.10** |
| **Total For Services** | **$4,509.50** |

**EXPENSES**

To Westlaw for computerized research for the month of May 2010 — 945.36

| | |
|---|---|
| **Total Expenses** | **$945.36** |

| | Fees | Disbursements | Total |
|---|------|---------------|-------|
| PRIOR BALANCE: | $21,091.00 | $112.49 | $21,203.49 |
| CURRENT CHARGES: | 4,509.50 | 945.36 | 5,454.86 |
| **Total Balance Due:** | **$25,600.50** | **$1,057.85** | **$26,658.35** |
| **Total This Statement** | | | **$26,658.35** |



**Arnall Golden Gregory** LLP

The Flag Company, Inc.                          July 16, 2010
Attn: Vicki J. Lawrence                          Invoice #533854
3600 Cantrell Industrial Court                   Michael D. Golden
Acworth, GA 30101

---

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement        $ 26,658.35

Amount of Payment Enclosed  $ _____.___

TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!

REMITTANCE COPY



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

June 17, 2010
Invoice #532152
Michael D. Golden

---

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

**Trademark Infringement\Farming Flags®**

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 04/02/10 | J. Barr | 0.50 | Review Initial Disclosures of Steve Chan; email to Steve Chan regarding same |
| 04/05/10 | J. Barr | 0.10 | Email to Vicki Lawrence regarding ███████ ████ |
| 04/06/10 | J. Barr | 0.30 | Review updated Initial Disclosures emailed by Steve Chan and email to Vicki Lawrence regarding ████ |
| 04/14/10 | J. Barr | 0.40 | Review email from Steve Chan; email to and from Vicki Lawrence regarding ████ review previous demand letters sent to Chan's counsel in preparation for call with Vicki Lawrence |
| 04/15/10 | J. Barr | 2.50 | Phone call with Vicki Lawrence regarding ████████ ████, email to Steve Chan; email to Vicki Lawrence regarding ██████████████, phone call with Vicki Lawrence regarding ████████ ████████; phone call with Steve Chan |
| 04/16/10 | J. Barr | 0.60 | Call to and follow-up from Mike and Vicki Lawrence |
| 04/19/10 | J. Barr | 0.20 | Review email from Vicki Lawrence regarding ████ ████████ █████████ |
| 04/22/10 | J. Barr | 0.20 | Email to and from Vicki Lawrence regarding ████████ ████████ |
| 04/23/10 | J. Barr | 0.30 | Phone call with Vicki Lawrence |

The Flag Company, Inc.

Client/Matter #21311-7

June 17, 2010
Invoice #532152
Michael D. Golden
Page 2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 04/26/10 | J. Barr | 0.40 | Read and reply to email from Vicki Lawrence regarding ████████████████████s; review discovery requests served on Chan |
| 04/27/10 | J. Barr | 0.40 | Emails to and from Steve Chan; email to Vicki Lawrence regarding █████ |
| 04/28/10 | S. Taylor | 0.40 | Analysis of discovery issues and summary judgment strategy |
| 04/28/10 | J. Barr | 5.60 | Conduct research on failure to respond to requests for admissions; phone call with Mike and Vicki Lawrence; review email from Steve Chan; draft letter to Steve Chan responding to emails and requests for extension; send email to Vicki Lawrence regarding ████████ ███████; analysis of untimely discovery responses; review discovery responses of Steve Chan |
| 04/29/10 | J. Barr | 5.20 | Conduct research and outline for motion for summary judgment; make changes and transmit letter to Steve Chan; read and respond to emails from Steve Chan; case strategy; continue review of Chan's responses to discovery requests |
| 05/10/10 | J. Barr | 2.50 | Begin review of discovery responses of Steve Chan; email to Vicki Lawrence regarding █████ |
| 05/10/10 | S. Taylor | 0.20 | Analysis Chan discovery responses and strategy regarding same |
| 05/11/10 | J. Barr | 1.70 | Phone call with Mike and Vicki Lawrence; continue review of Chan's discovery responses and document production; begin draft of Motion to Compel |
| 05/17/10 | J. Barr | 1.10 | Draft of Motion to Compel; review Certificate of Service filed by Steve Chan |
| 05/18/10 | J. Barr | 6.80 | Draft and file motion to compel discovery responses |
| 05/19/10 | J. Barr | 1.60 | Email to and from Vicki Lawrence with ██████████; draft of Motion for Summary Judgment |

The Flag Company, Inc.

Client/Matter #21311-7

June 17, 2010
Invoice #532152
Michael D. Golden
Page 3

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>DESCRIPTION</u> |
|---|---|---|---|
| 05/21/10 | J. Barr | 1.10 | Continue draft of motion for summary judgment |
| 05/24/10 | J. Barr | 6.20 | Continue draft of Motion for Summary Judgment; email to Vicki Lawrence regarding ▮▮▮▮▮▮▮ |
| 05/25/10 | J. Barr | 5.80 | Continue draft of Memorandum of Law in Support of Motion for Summary Judgment and supporting Declaration of Vicki Lawrence and Statement of Material Facts |
| 05/26/10 | J. Barr | 10.20 | Continue draft of Memorandum of Law in Support of Motion for Summary Judgment and supporting Declaration of Vicki Lawrence and Statement of Material Facts |
| 05/27/10 | J. Barr | 9.40 | Continue draft of Memorandum of Law in Support of Motion for Summary Judgment and supporting Declaration of Vicki Lawrence and Statement of Material Facts; phone call with Mike and Vicki Lawrence |
| 05/28/10 | J. Barr | 7.50 | Continue Draft Motion for Summary Judgment; finalize Memorandum of Law in Support of Motion for Summary Judgment; finalize Declaration of Vicki Lawrence; finalize Statement of Material Facts; electronically file Motion for Summary Judgment and supporting documents; phone calls and emails with Vicki and Mike Lawrence regarding ▮▮▮▮▮▮▮ |

|  |  |
|---|---|
| **Total Hours** | **71.20** |
| **Total For Services** | **$21,091.00** |

<u>EXPENSES</u>

| | |
|---|---|
| To Westlaw for computerized research for the month of April, 2010 | 108.39 |
| Duplicating expenses incurred @ $.10 per page | 4.10 |
| **Total Expenses** | **$112.49** |

The Flag Company, Inc.

Client/Matter #21311-7

June 17, 2010
Invoice #532152
Michael D. Golden
Page 4

| | Fees | Disbursements | Total |
|---|---|---|---|
| CURRENT CHARGES: | 21,091.00 | 112.49 | 21,203.49 |
| **Total Balance Due:** | **$21,091.00** | **$112.49** | **$21,203.49** |
| **Total This Statement** | | | **$21,203.49** |



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

June 17, 2010
Invoice #532152
Michael D. Golden

---

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement     $ 21,203.49

Amount of Payment Enclosed $ _____.

TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!

REMITTANCE COPY

**Arnall Golden Gregory** LLP

The Flag Company, Inc.                                      April 27, 2010
Attn: Vicki J. Lawrence                                    Invoice #528511
3600 Cantrell Industrial Court                            Michael D. Golden
Acworth, GA 30101

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

**Trademark Infringement\Farming Flags®**

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>DESCRIPTION</u> |
|---|---|---|---|
| 03/03/10 | J. Barr | 1.50 | Check docket status regarding appearance of counsel; phone call to Vicki Lawrence; begin draft of discovery requests to Steven Chan |
| 03/04/10 | J. Barr | 0.30 | Review Order striking Chan LLC's Answer; email to Vicki Lawrence regarding same |
| 03/09/10 | J. Barr | 2.60 | Continue draft discovery requests to Steven Chan |
| 03/10/10 | J. Barr | 5.20 | Continue draft of discovery requests |
| 03/12/10 | J. Barr | 2.00 | Phone call with Mike and Vicki Lawrence; continue draft of discovery requests to Chan |
| 03/15/10 | J. Barr | 0.40 | Continue draft discovery requests to Steven Chan; conduct research on default judgment rule |
| 03/16/10 | J. Barr | 5.50 | Continue draft discovery requests to Steven Chan |
| 03/17/10 | J. Barr | 2.40 | Continue draft discovery requests to Steven Chan |
| 03/18/10 | J. Barr | 6.20 | Complete draft discovery requests to Steven Chan; email to Vicki Lawrence regarding ███████ |

The Flag Company, Inc.

Client/Matter #21311-7

April 27, 2010
Invoice #528511
Michael D. Golden
Page 2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 03/22/10 | J. Barr | 3.20 | Phone call with Vicki Lawrence to ███████ ████edits to discovery requests; draft letter to Steven Chan regarding discovery requests and request to file Initial Disclosures; draft and file Rule 5.4 Certificate of Discovery |
| 03/23/10 | S. Taylor | 0.20 | Conference with Tucker Barr regarding status and strategy |
| 03/23/10 | J. Barr | 0.30 | Coordinate service of discovery and email to Vicki Lawrence regarding ███████ |
| 03/30/10 | J. Barr | 0.20 | Email to and from ███████████ |

*Billed to wrong matter*

|  |  |
|---|---|
| **Total Hours** | **30.00** |
| **Total For Services** | **$8,879.00** |

**EXPENSES**

| | |
|---|---|
| For document/research expense paid to LexisNexis Risk Data Management Inc. INVOICE#: 1009776-20100228; DATE: 2/28/2010 | 48.59 |
| Duplicating expenses incurred @ $.10 per page | 16.00 |
| **Total Expenses** | **$64.59** |

| | Fees | Disbursements | Total |
|---|------|---------------|-------|
| CURRENT CHARGES: | 8,879.00 | 64.59 | 8,943.59 |
| **Total Balance Due:** | **$8,879.00** | **$64.59** | **$8,943.59** |
| **Total This Statement** | | | **$8,943.59** |



**Arnall
Golden
Gregory** LLP

The Flag Company, Inc.                                     April 27, 2010
Attn: Vicki J. Lawrence                                    Invoice #528511
3600 Cantrell Industrial Court                             Michael D. Golden
Acworth, GA 30101

---

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

                    Total This Statement        $ 8,943.59


                    Amount of Payment Enclosed  $ _____.


         TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
         PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

                            Thank you!


                        REMITTANCE COPY

---



**Arnall
Golden
Gregory** LLP

The Flag Company, Inc.                                  March 31, 2010
Attn: Vicki J. Lawrence                                 Invoice #526699
3600 Cantrell Industrial Court                          Michael D. Golden
Acworth, GA 30101

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>DESCRIPTION</u> |
|---|---|---|---|
| 02/02/10 | A. Gossmann | 0.20 | Draft and edit letter to client; telephone call to Janney & Janney; email letter with Janney invoice to client |
| 02/02/10 | J. Barr | 0.40 | Phone call with Vicki Lawrence with ████████ review letter to Vicki Lawrence regarding ████ |
| 02/04/10 | J. Barr | 1.30 | Email and phone call to Steve Chan regarding Initial Disclosures; filed Initial Disclosures; email to research staff regarding asset search; review of asset search |
| 02/08/10 | J. Barr | 0.30 | Continue review of asset search; review email from Vicki Lawrence regarding ████ |
| 02/22/10 | J. Barr | 0.20 | Review order of court and email to Vicki Lawrence with ████ |

|  |  |
|---|---|
| **Total Hours** | **2.40** |
| **Total For Services** | **$683.00** |

The Flag Company, Inc.

Client/Matter #21311-7

March 31, 2010
Invoice #526699
Michael D. Golden
Page 2

| | Fees | Disbursements | Total |
|---|---|---|---|
| PRIOR BALANCE: | $1,984.12 | $0.00 | $1,984.12 |
| CURRENT CHARGES: | 683.00 | 0.00 | 683.00 |
| **Total Balance Due:** | **$2,667.12** | **$0.00** | **$2,667.12** |
| **Total This Statement** | | | **$2,667.12** |



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

March 31, 2010
Invoice #526699
Michael D. Golden

---

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement    $ 2,667.12

Amount of Payment Enclosed $ _____.

TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!

REMITTANCE COPY

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

**171 17th Street NW | Suite 2100 | Atlanta, GA 30363-1031** | 404.873.8500 | Fax: 404.873.8501


## Arnall Golden Gregory LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

February 17, 2010
Invoice #524224
Michael D. Golden

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 01/04/10 | S. Taylor | 0.70 | Review of filing from Steven Chan - Reply to Motion to Strike and related papers; conference with Tucker Barr regarding same |
| 01/04/10 | J. Barr | 0.50 | Continue review of reply briefs filed by Steven Chan |
| 01/06/10 | S. Taylor | 0.50 | Review of filings from Chan; brief conference with Tucker Barr regarding same |
| 01/06/10 | J. Barr | 0.50 | Review reply to motion to transfer filed by Steven Chan; conduct research on venue statute cited in Chan' brief and email to Scott Taylor regarding same |
| 01/12/10 | J. Barr | 0.20 | Compile and forward Chan's responses to Vicki Lawrence |
| 01/20/10 | J. Barr | 0.40 | Review notes prepared by Vicki Lawrence and phone call to Vicki Lawrence regarding ████████ |
| 01/21/10 | J. Barr | 0.20 | Email to Vicki Lawrence |
| 01/28/10 | S. Taylor | 0.20 | Review of Order; e-mail to Tucker Barr regarding same |
| 01/28/10 | J. Barr | 2.50 | Review Order on various motions; complete draft of initial disclosures and forward to Vicki Lawrence for review |

**Total Hours**      **5.70**

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

171 17th Street NW| Suite 2100 | Atlanta, GA 30363-1031 | 404.873.8500 | Fax: 404.873.8501

The Flag Company, Inc.

Client/Matter #21311-7

February 17, 2010
Invoice #524224
Michael D. Golden
Page 2

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>DESCRIPTION</u> | |
|---|---|---|---|---|
| | | | **Total For Services** | **$1,884.50** |

**EXPENSES**

To Westlaw for computerized research for 12/09 — 415.02

**Total Expenses** — **$415.02**

| | <u>Fees</u> | <u>Disbursements</u> | <u>Total</u> |
|---|---|---|---|
| PRIOR BALANCE: | $10,724.88 | $0.00 | $10,724.88 |
| CURRENT CHARGES: | 1,884.50 | 415.02 | 2,299.52 |
| **Total Balance Due:** | **$12,609.38** | **$415.02** | **$13,024.40** |

**Total This Statement** — **$13,024.40**



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

February 17, 2010
Invoice #524224
Michael D. Golden

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement $ 13,024.40

Amount of Payment Enclosed $ _____.

**TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.**

**Thank you!**

**REMITTANCE COPY**

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

**171 17th Street NW | Suite 2100 | Atlanta, GA 30363-1031** | 404.873.8500 | Fax: 404.873.8501


**Arnall Golden Gregory LLP**

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

January 27, 2010
Invoice #522895
Michael D. Golden

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 12/01/09 | S. Taylor | 0.60 | Review/analysis of numerous pleadings filed by Chan |
| 12/01/09 | J. Barr | 2.20 | Continue review of motions filed by Chan; emails to and from Vicki Lawrence regarding ▮▮▮▮ review Vicki's Lawrence's notes regarding motions |
| 12/02/09 | J. Barr | 0.10 | Email to Vicki Lawrence regarding ▮▮▮▮▮ |
| 12/03/09 | S. Taylor | 0.70 | Conference with Tucker Barr regarding strategy; telephone conference with clients to discuss same and recommendation |
| 12/03/09 | J. Barr | 1.20 | Phone call with Mike and Vicki Lawrence regarding ▮▮▮▮▮▮▮; continue review of motions; meet with Scott Taylor to discuss motions filed by Chan |
| 12/07/09 | J. Barr | 2.30 | Draft responses to Motion for Leave and Motion to Access CM/ECF system and forwarded same to Scott Taylor; begin draft of response to Motion to Transfer |
| 12/08/09 | J. Barr | 5.80 | Continue drafts of response to Motion for Injunction, Motion for Access to CM/ECF System, and Motion to File Corrected Responses to Complaint |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

171 17th Street NW| Suite 2100 | Atlanta, GA 30363-1031 | 404.873.8500 | Fax: 404.873.8501

The Flag Company, Inc.

Client/Matter #21311-7

January 27, 2010
Invoice #522895
Michael D. Golden
Page 2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 12/09/09 | J. Barr | 9.60 | Complete drafts of response to Motion for Injunction, Motion for Access to CM/ECF System, and Motion to File Corrected Responses to Complaint and discussion with Scott Taylor regarding same; begin draft of response to Motion to Dismiss Chan LLC |
| 12/10/09 | J. Barr | 5.20 | Continue draft of response to Motion to Dismiss; continue draft of response to Motion to Transfer |
| 12/11/09 | S. Taylor | 1.50 | Review of and revisions to draft response to various motions filed by Chan; conference with Tucker Barr regarding same |
| 12/11/09 | J. Barr | 8.20 | Continue draft of response to Motion to Transfer; make Scott Taylor's suggested changes to other response briefs; email to Vicki Lawrence with ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ |
| 12/12/09 | J. Barr | 5.80 | Continue draft of response to Motion to Transfer |
| 12/13/09 | J. Barr | 4.80 | Continue draft of response to Motion to Transfer; finalize response briefs and prepare for filing |
| 12/14/09 | J. Barr | 6.50 | Complete response to Motion to Transfer Venue and forward same to Scott Taylor for review; draft second declaration of Vicki Lawrence and correspondence with Vicki Lawrence regarding ▓▓▓▓ electronically file all response briefs; email to defendants regarding early planning conference |
| 12/14/09 | S. Taylor | 1.10 | Review/revise response to Chan's Corrected Motion to Quash Personal Service; conference with Tucker Barr regarding same and regarding strategy for requesting personal jurisdiction discovery |
| 12/16/09 | J. Barr | 0.40 | Emails to and from Steven Chan regarding Rule 26(f) conference |
| 12/17/09 | J. Barr | 1.00 | Begin draft of Joint Preliminary Report and Discovery Plan |
| 12/18/09 | J. Barr | 0.20 | Email to Steven Chan regarding Rule 26(f) conference |

The Flag Company, Inc.

Client/Matter #21311-7

January 27, 2010
Invoice #522895
Michael D. Golden
Page 3

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|------------|-------|-------------|
| 12/21/09 | J. Barr | 0.20 | Correspondence with Steven Chan regarding Joint Preliminary Report and Discovery Plan and planning conference |
| 12/22/09 | J. Barr | 2.80 | Continue draft of Joint Preliminary Report and Discovery Plan; Rule 26(f) conference with Steven Chan |
| 12/23/09 | J. Barr | 0.50 | Complete initial draft and email to and from Steven Chan regarding Joint Preliminary Report and Discovery Plan |
| 12/29/09 | J. Barr | 1.80 | Email to Vicki Lawrence with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, completed Joint Preliminary Report and Discovery Plan and forwarded to Steven Chan |
| 12/31/09 | J. Barr | 2.20 | Review email from Vicki Lawrence; electronically filed Joint Preliminary Report and Discovery Plan; review reply briefs of Steven Chan |

|  |  |
|---|---|
| **Total Hours** | **64.70** |
| **Total For Services** | **$18,740.00** |

|  | Fees | Disbursements | Total |
|---|------|---------------|-------|
| CURRENT CHARGES: | 18,740.00 | 0.00 | 18,740.00 |
| **Total Balance Due:** | **$18,740.00** | **$0.00** | **$18,740.00** |
|  |  | Less Cash On Hand | (8,015.12) |
| **Total This Statement** |  |  | **$10,724.88** |


**Arnall
Golden
Gregory** LLP

The Flag Company, Inc.                         January 27, 2010
Attn: Vicki J. Lawrence                        Invoice #522895
3600 Cantrell Industrial Court                 Michael D. Golden
Acworth, GA 30101

---

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

**Total This Statement**     $ 10,724.88

Amount of Payment Enclosed  $ _____.___

**TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.**

**Thank you!**

**REMITTANCE COPY**

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

**171 17th Street NW | Suite 2100 | Atlanta, GA 30363-1031** | 404.873.8500 | Fax: 404.873.8501



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

December 3, 2009
Invoice #519381
Michael D. Golden

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 11/02/09 | J. Barr | 0.10 | Phone call with Mike and Vicki Lawrence regarding ███████████ |
| 11/04/09 | J. Barr | 0.20 | ████████████ *BILLED TO WRONG MATTER* |
| 11/19/09 | J. Barr | 0.10 | Emails to and from Vicki Lawrence regarding ████ |
| 11/23/09 | J. Barr | 0.40 | Review Notice of Withdrawal; email and phone with Vicki and Mike Lawrence regarding ████████ |
| 11/30/09 | J. Barr | 3.20 | Review Answer and Defenses of Steven Chan; reviewed numerous motions and other documents filed by Steven Chan and Steven Chan, LLC; email to client regarding filings; discussions with Scott Taylor regarding case filings |
| 11/30/09 | S. Taylor | 1.00 | Review and analysis of numerous pleadings filed by Chan; conference with Tucker Barr regarding strategy |

|  |  |
|---|---|
| **Total Hours** | 5.00 |
| **Total For Services** | $1,560.00 |

The Flag Company, Inc.

Client/Matter #21311-7

December 3, 2009
Invoice #519381
Michael D. Golden
Page 2

|  | Fees | Disbursements | Total |
|---|---|---|---|
| CURRENT CHARGES: | 1,560.00 | 0.00 | 1,560.00 |
| **Total Balance Due:** | **$1,560.00** | **$0.00** | **$1,560.00** |
|  |  | Less Cash On Hand | (1,560.00) |
|  |  | **Total This Statement** | **$0.00** |



**Arnall
Golden
Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

December 3, 2009
Invoice #519381
Michael D. Golden

---

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement          $  0.00

Amount of Payment Enclosed  $ _____.

TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!

REMITTANCE COPY


**Arnall Golden Gregory** LLP

The Flag Company, Inc.                    November 9, 2009
Attn: Vicki J. Lawrence                   Invoice #518015
3600 Cantrell Industrial Court            Michael D. Golden
Acworth, GA 30101

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>DESCRIPTION</u> |
|---|---|---|---|
| 10/01/09 | A. Gossmann | 0.10 | Email from/to Tucker Barr regarding service |
| 10/02/09 | A. Gossmann | 0.10 | Telephone conference with process server; email Tucker Barr |
| 10/05/09 | J. Barr | 1.20 | Reviewed Affidavit of Service from Steven Chan and Steven Chan, LLC; drafted Notice of Filing of Affidavit of Service for Steven Chan and Steven Chan, LLC and prepared same for filing and service |
| 10/06/09 | J. Barr | 1.60 | Electronically filed Notices of Filing of Affidavits of Service with the Court; drafted letters to Steven Chan enclosing Notices |
| 10/06/09 | A. Gossmann | 0.10 | Check request for investigative services |
| 10/09/09 | S. Taylor | 0.20 | ANalysis of strategy |
| 10/12/09 | J. Barr | 0.40 | Emails to and from Vicki Lawrence regarding ▬▬▬▬▬▬▬▬▬; reviewed letter from Chan's attorney confirming extension |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

171 17th Street NW| Suite 2100 | Atlanta, GA 30363-1031 | 404.873.8500 | Fax: 404.873.8501

The Flag Company, Inc.

Client/Matter #21311-7

November 9, 2009
Invoice #518015
Michael D. Golden
Page 2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 10/26/09 | J. Barr | 1.20 | Read and replied to email from Defendant's local counsel requesting extension; reviewed Order of he State Bar of California regarding Defendant's counsel; discussion with Scott Taylor regarding extension request; emails to and from Vicki Lawrence regarding ███████████ reviewed proposed Consent Order forwarded by Defendant's local counsel |
| 10/29/09 | J. Barr | 0.20 | Review Emergency Motion to File Answer filed by Defendants |
| 10/30/09 | S. Taylor | 0.40 | Issues regarding emergency motion for extension of time and strategy for addressing same |
| 10/30/09 | J. Barr | 1.60 | Emails to and from Vicki Lawrence regarding ███████████, began draft response to same; reviewed Order granting Motion |

| | | |
|---|---|---|
| **Total Hours** | | **7.10** |
| **Total For Services** | | **$2,051.00** |

**EXPENSES**

Duplicating expenses incurred @ $.10 per page      0.80

| | |
|---|---|
| **Total Expenses** | **$0.80** |

| | Fees | Disbursements | Total |
|---|------|---------------|-------|
| PRIOR BALANCE: | $3,498.00 | $46.12 | $3,544.12 |
| CURRENT CHARGES: | 2,051.00 | 0.80 | 2,051.80 |
| **Total Balance Due:** | **$5,549.00** | **$46.92** | **$5,595.92** |
| **Total This Statement** | | | **$5,595.92** |



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

November 9, 2009
Invoice #518015
Michael D. Golden

---

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement     $ 5,595.92

Amount of Payment Enclosed $ _____.

TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!

REMITTANCE COPY



**Arnall**
**Golden**
**Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

October 15, 2009
Invoice #516428
Michael D. Golden

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 09/01/09 | A. Gossmann | 0.20 | Emails with Tucker Barr regarding service; telephone conference with process server regarding the same and instructions on how to proceed |
| 09/01/09 | J. Barr | 1.00 | Created case management containing case deadlines; emails to and from client and Andi Gossmann regarding service of process issues |
| 09/08/09 | A. Gossmann | 0.10 | Telephone conference with process server |
| 09/09/09 | A. Gossmann | 0.20 | Telephone conference with process server; telephone conference to Clerk; email Tucker Barr |
| 09/09/09 | J. Barr | 0.50 | Emails to Andi Gossmann and Vicki Lawrence regarding service on Steven Chan |
| 09/15/09 | A. Gossmann | 0.50 | Emails with Tucker Barr; telephone conference with Clerk of Northern District of Georgia regarding marshal's service; draft Motion and Order for the same and email to Tucker Barr |
| 09/15/09 | J. Barr | 2.50 | Emails and phone calls with Andi Gossmann regarding service on Steven Chan; research on rules applicable to service of process by federal marshal; continued draft of motion to appoint federal marshal |
| 09/16/09 | A. Gossmann | 0.20 | Telephone conference with U.S. Marshal's office in California; telephone conference and emails with Tucker Barr regarding the same and regarding service issues |

The Flag Company, Inc.

Client/Matter #21311-7

October 15, 2009
Invoice #516428
Michael D. Golden
Page 2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 09/16/09 | J. Barr | 2.80 | Drafted letters to Steven Chan and Steve Chan LLC requesting waiver of service; completed court's waiver of service forms; completed court's notice of lawsuit and waiver request forms; email to Vicki Lawrence with update on service of Chan |
| 09/17/09 | A. Gossmann | 0.20 | Emails with Tucker Barr regarding service issues and contact information for process server |
| 09/17/09 | J. Barr | 0.80 | Email to and from Vicki Lawrence regarding ▇▇▇▇ ▇▇▇▇mails to and from Andi Gossmann regarding same |
| 09/22/09 | A. Gossmann | 0.20 | Emails from/to Tucker Barr; telephone conference with process server |
| 09/22/09 | J. Barr | 2.70 | Emails to Michael Golden and Andi Gossmann regarding service of Steven Chan; conducted research on Steven Chan's other companies for the purpose of locating alternate addresses and phone numbers; email and phone call to Steven Chan; conducted research on California service of process law and possibility of serving through county sheriff |
| 09/23/09 | A. Gossmann | 0.10 | Emails with Tucker Barr |
| 09/23/09 | J. Barr | 0.60 | Emails to and from Andi Gossmann regarding service of Steve Chan; email to Vicki Lawrence regarding ▇▇▇▇ |
| 09/24/09 | A. Gossmann | 0.10 | Voicemail message from process server confirming service; email to Tucker Barr regarding the same |
| 09/24/09 | J. Barr | 0.20 | Emails to and from Andi Gossmann regarding service of Steven Chan |
| 09/25/09 | J. Barr | 0.30 | Phone call with Mike and Vicki Lawrence regarding ▇▇▇▇▇▇▇▇ |

| | | |
|---|---|---|
| **Total Hours** | | 13.20 |
| **Total For Services** | | $3,498.00 |

The Flag Company, Inc.

Client/Matter #21311-7

October 15, 2009
Invoice #516428
Michael D. Golden
Page 3

## EXPENSES

| | |
|---|---|
| VENDOR: Federal Express INVOICE#: 933940498 DATE: 9/22/2009 Tracking #797937348853 From: Arnall Golden, 171 17th Street, NW, ATLANTA, GA 30363  To: Mr. Steven A. Chan, Steven A. Chan, LLC, 720-A Center Street, COSTA MESA, CA 92627 | 14.31 |
| VENDOR: Federal Express INVOICE#: 933940498 DATE: 9/22/2009 Tracking #797937354881 From: Arnall Golden, 171 17th Street, NW, ATLANTA, GA 30363  To: Mr. Steven A. Chan, 720-A Center Street, COSTA MESA, CA 92627 | 14.31 |
| Duplicating expenses incurred @ $.10 per page | 17.50 |

**Total Expenses** **$46.12**

| | Fees | Disbursements | Total |
|---|---|---|---|
| PRIOR BALANCE: | $4,352.50 | $145.50 | $4,498.00 |
| CURRENT CHARGES: | 3,498.00 | 46.12 | 3,544.12 |
| **Total Balance Due:** | **$7,850.50** | **$191.62** | **$8,042.12** |

**Total This Statement** **$8,042.12**



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

October 15, 2009
Invoice #516428
Michael D. Golden

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement  $ 8,042.12

Amount of Payment Enclosed  $ _____.___

TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!

REMITTANCE COPY



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

September 18, 2009
Invoice #514853
Michael D. Golden

For Legal Services Rendered In Connection With:

**Client/Matter #21311-7**

**Trademark Infringement\Farming Flags®**

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>HOURS</u> | <u>DESCRIPTION</u> |
|---|---|---|---|
| 08/05/09 | J. Barr | 2.00 | Phone call with Steve Chan regarding lawsuit and demands of the Flag Company; phone call to Vicki Lawrence summarizing ▮▮ email to Vicki Lawrence summarizing ▮▮ |
| 08/06/09 | J. Barr | 0.60 | Phone call with Vicki Lawrence to discuss ▮▮▮▮ ▮▮▮▮▮ reviewed email from Vicki Lawrence regarding ▮▮▮▮▮ |
| 08/07/09 | J. Barr | 0.80 | Phone call with Steven Chan regarding settlement demands of The Flag Company |
| 08/10/09 | J. Barr | 0.60 | Emails to and from Vicki Lawrence regarding ▮▮▮▮▮▮▮ |
| 08/12/09 | J. Barr | 1.20 | Began draft draft letter to Steven Chan with final settlement demands |
| 08/13/09 | J. Barr | 3.20 | Completed draft letter to Steven Chan with final settlement demands; phone call with Mike and Vicki Lawrence regarding ▮▮▮ made changes to letter to Steven Chan suggested by Vicki Lawrence |
| 08/14/09 | J. Barr | 1.00 | Made additional changes to letter to Steven Chan regarding settlement demands; email to Vicki Lawrence regarding ▮▮▮ phone call to Vicki Lawrence regarding a ▮▮▮▮▮▮; completed Summons to attach to service copy of Complaint |

The Flag Company, Inc.

Client/Matter #21311-7

September 18, 2009
Invoice #514853
Michael D. Golden
Page 2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 08/14/09 | S. Taylor | 0.20 | Conference with Tucker Barr regarding potential settlement issues |
| 08/18/09 | J. Barr | 0.30 | Reviewed email from Steven Chan; email to and from Vicki Lawrence regarding ▓▓▓ |
| 08/19/09 | A. Gossmann | 0.70 | Multiple emails with Tucker Barr regarding service of California summons; locate process server; telephone conference with process server; check request; draft transmittal letter to process server |
| 08/19/09 | T. Jackson | 0.50 | Traveled to USDC Northern District to have clerk sign Summons |
| 08/19/09 | J. Barr | 2.10 | Coordinated processing of Summons and preparations for service on Steven Chan; emails to and from paralegal Andi Gossmann regarding service of process on Steven Chan and Steven A. Chan, LLC; drafted and filed Corporate Disclosure Statement |
| 08/20/09 | A. Gossmann | 0.40 | Interoffice conference with Tucker Barr; edit letter to process server; email regarding check request; send service packages out via Federal Express |
| 08/20/09 | J. Barr | 1.10 | Drafted letter to process server; reviewed fax sent by Vicki Lawrence and replied with email |
| 08/25/09 | J. Barr | 0.50 | Emails with Vicki Lawrence and Andi Gossmann regarding ▓▓▓ |
| 08/25/09 | A. Gossmann | 0.20 | Email from Tucker Barr; two telephone conferences with process server; telephone conference with Tucker Barr regarding next steps |
| 08/27/09 | A. Gossmann | 0.20 | Assist Tucker Barr with service issues; emails with Tucker Barr and telephone conferences with process server regarding options for service |
| 08/27/09 | J. Barr | 0.40 | Email to Vicki Lawrence regarding ▓▓▓ ▓▓▓ emails and phone calls to and from Andi Gossmann regarding service of process issues; email to Steve Chan requesting that he identify his attorney to facilitate service |

The Flag Company, Inc.

Client/Matter #213 11-7

September 18, 2009
Invoice #514853
Michael D. Golden
Page 3

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 08/28/09 | J. Barr | 0.30 | Emails and phone call with Vicki Lawrence regarding ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 08/28/09 | A. Gossmann | 0.20 | Interoffice conference and emails with Tucker Barr; telephone conferences with process server regarding next steps |

|  |  |
|---|---|
| **Total Hours** | **16.50** |
| **Total For Services** | **$4,352.50** |

## EXPENSES

| | |
|---|---|
| VENDOR: Federal Express INVOICE#: 930814313 DATE: 8/25/2009<br>Tracking #861313514815<br>From: ARNALL GOLDEN & GREGORY, 171 17TH ST NW STE 2100, ATLANTA, GA 303631031<br> To: JANNEY & JANNEY ORANGE COUNTY, 840 N BIRCH ST, SANTA ANA, CA 92701 | 15.60 |
| For local delivery services provided by Toussant Jackson to USDC Northern District on 8/19 to have clerk sign summons. INVOICE#: PETTYCASH-8/20/09; DATE: 8/20/2009. | 3.30 |
| For professional services paid to Janney & Janney for service of Summons and Complaint on Steven Chan, LLC and Steven Chan, individually. | 125.00 |
| Duplicating expenses incurred @ $.10 per page | 1.60 |

|  |  |
|---|---|
| **Total Expenses** | **$145.50** |

| | Fees | Disbursements | Total |
|---|---|---|---|
| PRIOR BALANCE: | $6,031.00 | $0.00 | $6,031.00 |
| CURRENT CHARGES: | 4,352.50 | 145.50 | 4,498.00 |
| **Total Balance Due:** | **$10,383.50** | **$145.50** | **$10,529.00** |
| | | **Total This Statement** | **$10,529.00** |



**Arnall
Golden
Gregory** LLP

The Flag Company, Inc.                    September 18, 2009
Attn: Vicki J. Lawrence                   Invoice #514853
3600 Cantrell Industrial Court            Michael D. Golden
Acworth, GA 30101

---

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement       $ 10,529.00

Amount of Payment Enclosed $ _____.___

TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!

REMITTANCE COPY


**Arnall
Golden
Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

September 10, 2009
Invoice #514115
Michael D. Golden

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 07/02/09 | J. Barr | 1.00 | Reviewed proposed changes to Complaint forwarded by Vicki Lawrence; made changes to Complaint and resent to Vicki Lawrence |
| 07/07/09 | J. Barr | 0.30 | Phone call with Mike and Vicki Lawrence regarding ▓▓▓▓▓▓▓▓▓ |
| 07/08/09 | J. Barr | 1.00 | Made final changes to Complaint and forwarded same to Scott Taylor for review and comment |
| 07/09/09 | J. Barr | 0.80 | Drafted letter to Chan's attorney regarding Complaint; emails to and from Vicki Lawrence regarding ▓▓▓▓▓ |
| 07/10/09 | S. Taylor | 0.90 | Review/revise draft complaint against Steven Chan |
| 07/13/09 | S. Taylor | 0.30 | Conference with Tucker Barr regarding revisions to and suggestions for draft complaint against Steven Chan |
| 07/13/09 | J. Barr | 0.30 | Completed and filed Complaint against Steven Chan |
| 07/14/09 | S. Taylor | 0.50 | Final review of draft complaint |
| 07/15/09 | S. Taylor | 0.20 | Review of correspondence; brief conference with Tucker Barr regarding same |

The Flag Company, Inc.

Client/Matter #21311-7

September 10, 2009
Invoice #514115
Michael D. Golden
Page 2

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 07/21/09 | J. Barr | 0.20 | Read and replied to email from Vicki Lawrence regarding ▆▆▆▆▆ |
| 07/23/09 | J. Barr | 0.20 | Reviewed letter from former counsel for Steve Chan; forwarded letter to Vicki Lawrence |
| 07/30/09 | J. Barr | 0.30 | Read and replied to email from Vicki Lawrence regarding ▆▆▆▆▆▆▆ |

| | | |
|---|---|---|
| **Total Hours** | | **6.00** |
| **Total For Services** | | **$1,984.00** |

**EXPENSES**

| | |
|---|---|
| To Westlaw for computerized research for the month of June, 2009 | 47.65 |
| For filing fees paid to U.S.D.C.-Clerk of Court for a Complaint. | 350.00 |
| For local delivery services provided by Courier Connection, Inc. to Arnall Golden Gregory from US District Court on 7/14/09. INVOICE#: 69201; DATE: 7/17/2009 | 13.20 |
| For local delivery services provided by Courier Connection, Inc. to Arnall Golden Gregory from US District Court on 7/14/09. INVOICE#: 69201; DATE: 7/17/2009 | 13.20 |
| For document/research expense paid to LexisNexis (Accurint) for billing period 6/1/09-6/30/09. INVOICE#: 1009776-20090630; DATE: 6/30/2009 | 21.85 |
| Duplicating expenses incurred @ $.10 per page | 6.30 |

| | |
|---|---|
| **Total Expenses** | **$452.20** |

The Flag Company, Inc.

Client/Matter #21311-7

September 10, 2009
Invoice #514115
Michael D. Golden
Page 3

| | Fees | Disbursements | Total |
|---|---|---|---|
| PRIOR BALANCE: | $6,031.00 | $0.00 | $6,031.00 |
| CURRENT CHARGES: | 1,984.00 | 452.20 | 2,436.20 |
| **Total Balance Due:** | **$8,015.00** | **$452.20** | **$8,467.20** |
| | | **Total This Statement** | **$8,467.20** |



**Arnall**
**Golden**
**Gregory** LLP

The Flag Company, Inc.                                    September 10, 2009
Attn: Vicki J. Lawrence                                    Invoice #514115
3600 Cantrell Industrial Court                         Michael D. Golden
Acworth, GA 30101

---

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement        $ 8,467.20

Amount of Payment Enclosed $ _____.

TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!

REMITTANCE COPY

---



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

July 31, 2009
Invoice #511354
Michael D. Golden

For Legal Services Rendered In Connection With:

**Client/Matter #21311-7**

**Trademark Infringement\Farming Flags®**

| 06/08/09 | J. Barr | 1.30 | 364.00 | Preparation for phone call with Mike and Vicki Lawrence including ██████████ ███████████████████████████████████ phone call with Mike and Vicki Lawrence to discuss ██████████████████████ |
| 06/11/09 | J. Barr | 2.90 | 812.00 | Reviewed email from Vicki Lawrence regarding ████████████; phone call with Mike and Vicki Lawrence regarding ████████████ and drafting of Complaint; meeting with Michael Golden to discuss call and Complaint; began drafting Complaint |
| 06/11/09 | M. Golden | 0.20 | 95.00 | Analysis of issues surrounding filing lawsuit regarding farming flags |
| 06/12/09 | J. Barr | 2.40 | 672.00 | Continued draft of Complaint against Steven Chan |
| 06/15/09 | J. Barr | 2.20 | 616.00 | Continued draft of Complaint against Steven Chan |
| 06/16/09 | J. Barr | 4.20 | 1176.00 | Continued draft of Complaint against Steven Chan; email to Vicki Lawrence and Portia Gordon regarding the USPTO file wrapper for the FARMING FLAGS mark |
| 06/17/09 | J. Barr | 2.40 | 672.00 | Continued draft of Complaint |

The Flag Company, Inc.

Client/Matter #21311-7

July 31, 2009
Invoice #511354
Michael D. Golden
Page 2

| 06/30/09 | J. Barr | 5.80 | 1624.00 | Completed draft of Complaint against Steve Chan and forwarded to Vicki Lawrence with email; began drafting letter to attorney for Steven Chan to accompany Complaint |

|  |  |
|---|---|
| Total Hours | 21.40 |
| Total For Services | $6,031.00 |

|  | Fees | Disbursements | Total |
|---|---|---|---|
| CURRENT CHARGES: | 6,031.00 | 0.00 | 6,031.00 |
| Total Balance Due: | 6,031.00 | 0.00 | 6,031.00 |

|  |  |
|---|---|
| Total This Statement | $6,031.00 |



**Arnall
Golden
Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

July 31, 2009
Invoice #511354
Michael D. Golden

---

**For Legal Services Rendered In Connection With:**

Client/Matter #21311-7

Trademark Infringement\Farming Flags®


Total This Statement        $ 6,031.00


Amount of Payment Enclosed  $ _____.


TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!


REMITTANCE COPY

# Arnall Golden Gregory LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

June 23, 2009
Invoice #509176
Michael D. Golden

For Legal Services Rendered In Connection With:

**Client/Matter #21311-7**

**Trademark Infringement\Farming Flags®**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/12/09 | J. Barr | 0.40 | Read and replied to email from Vicki Lawrence regarding ███████████ |
| 05/13/09 | J. Barr | 0.10 | Phone call to attorney for Steven Chan |
| 05/14/09 | S. Taylor | 0.40 | Conference with Tucker Barr regarding potential strategies for trademark infringement issues |
| 05/14/09 | J. Barr | 1.20 | Meeting with Scott Taylor to discuss FARMING FLAGS matter and potential litigation; began drafting email to Vicki Lawrence regarding ███ |
| 05/22/09 | J. Barr | 0.40 | Phone call to attorney for Steven Chan; email to Vicki Lawrence with ███████ |

| | |
|---|---|
| Total Hours | 2.50 |
| Total For Services | $764.00 |

Expenses:

Duplicating expenses incurred @ $.10 per page — 1.60

| | |
|---|---|
| Total Expenses | $1.60 |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

171 17th Street NW| Suite 2100 | Atlanta, GA 30363-1031 | 404.873.8500 | Fax: 404.873.8501

The Flag Company, Inc.

Client/Matter #21311-7

June 23, 2009
Invoice #509176
Michael D. Golden
Page 2

|  | Fees | Disbursements | Total |
|---|---|---|---|
| Prior Balance: | 3,914.00 | 7.90 | 3,921.90 |
| CURRENT CHARGES: | 764.00 | 1.60 | 765.60 |
| Total Balance Due: | 4,678.00 | 9.50 | 4,687.50 |

Total This Statement     $4,687.50



**Arnall
Golden
Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

June 23, 2009
Invoice #509176
Michael D. Golden

---

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement   $ 4,687.50

Amount of Payment Enclosed $ _____.

**TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.**

Thank you!

**REMITTANCE COPY**

## Arnall Golden Gregory LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

May 18, 2009
Invoice #506656
Michael D. Golden

For Legal Services Rendered In Connection With:

**Client/Matter #21311-7**

**Trademark Infringement\Farming Flags®**

| | | | |
|---|---|---|---|
| 03/05/09 | J. Barr | 0.40 | Brief meeting with Michael Golden to discuss potential trademark dispute; reviewed letter and materials sent by client |
| 03/05/09 | M. Golden | 0.40 | Calls to Vicki; follow-up from call |
| 03/16/09 | J. Barr | 0.60 | Phone call to Vicki Lawrence regarding ▓▓▓▓▓▓▓▓; began drafting letter to Steve Chan |
| 03/17/09 | J. Barr | 1.00 | Continued drafting letter to Steven Chan regarding use of the terms "Farm Flags" and "Farming Flags" and emailed same to Vicki Lawrence for review and approval |
| 03/18/09 | J. Barr | 0.30 | Made changes to draft letter to Steven Chan and forwarded revised letter to Vicki Lawrence; made final changes and sent letter |
| 03/25/09 | J. Barr | 1.80 | Responded to email from Vicki Lawrence regarding ▓▓▓▓▓ modified and forwarded template trademark license agreement to Vicki Lawrence |
| 03/26/09 | J. Barr | 0.40 | Phone call with Steven Chan and email to Vicki Lawrence regarding ▓▓▓▓ |

A LATE CHARGE OF 1-1/2% PER MONTH WILL BE APPLIED TO BALANCES OUTSTANDING OVER 60 DAYS

FEI# 58-0543673

171 17th Street NW| Suite 2100 | Atlanta, GA 30363-1031 | 404.873.8500 | Fax: 404.873.8501

The Flag Company, Inc.

Client/Matter #21311-7

May 18, 2009
Invoice #506656
Michael D. Golden
Page 2

| 03/27/09 | J. Barr | (0.40) | ████████████████████ | → BILLED TO WRONG MATTER |
|----------|---------|--------|----------------------|--------------------------|
| 04/03/09 | J. Barr | 0.60 | Reviewed letter from Steven Chan's counsel responding to demand letter; email to Vicki Lawrence regarding ████ | |
| 04/07/09 | J. Barr | 1.50 | Phone call with Mike and Vicki Lawrence regarding ████████████; conducted research on potential applicability of doctrine of incontestability; continued draft response to letter; reviewed notes prepared by Vicki Lawrence to assist with response to letter | |
| 04/09/09 | J. Barr | 1.20 | Continued draft letter responding to letter from Steve Chan | |
| 04/10/09 | J. Barr | 0.20 | Read and replied to email from Vicki Lawrence regarding ████████████ | |
| 04/16/09 | J. Barr | 1.00 | Continued draft letter responding to letter from Steve Chan | |
| 04/17/09 | J. Barr | 0.30 | Continued draft letter responding to letter from Steve Chan | |
| 04/20/09 | J. Barr | 2.80 | Completed research and draft letter to Steven Chan's attorney; forwarded letter to Vicki Lawrence for review and comment | |
| 04/21/09 | J. Barr | 0.30 | Reviewed email from Vicki Lawrence with comments on ████████████ | |
| 04/23/09 | J. Barr | 0.20 | Reviewed and responded to email from Vicki Lawrence regarding ████████████████ | |
| 04/27/09 | J. Barr | 0.30 | Email to Vicki Lawrence regarding ████ to Steven ████ | |

The Flag Company, Inc.

Client/Matter #21311-7

May 18, 2009
Invoice #506656
Michael D. Golden
Page 3

|  | Total Hours | 13.70 |
|---|---|---|
|  | Total For Services | $3,914.00 |

Expenses:
    Duplicating expenses incurred @ $.10 per page         7.90

|  | Total Expenses | $7.90 |
|---|---|---|

|  | Fees | Disbursements | Total |
|---|---|---|---|
| CURRENT CHARGES: | 3,914.00 | 7.90 | 3,921.90 |
| Total Balance Due: | 3,914.00 | 7.90 | 3,921.90 |

|  | Total This Statement | $3,921.90 |
|---|---|---|



**Arnall Golden Gregory** LLP

The Flag Company, Inc.
Attn: Vicki J. Lawrence
3600 Cantrell Industrial Court
Acworth, GA 30101

May 18, 2009
Invoice #506656
Michael D. Golden

---

For Legal Services Rendered In Connection With:

Client/Matter #21311-7

Trademark Infringement\Farming Flags®

Total This Statement     $ 3,921.90

Amount of Payment Enclosed  $ _____.___

TO ENSURE YOUR ACCOUNT IS PROPERLY CREDITED,
PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.

Thank you!

REMITTANCE COPY

---