

**ROA/COR request**
**1:09-cv-01880-CAP USCA # 11-10429-HH**
Mary Marshall to: Kimberly A Carter
Cc: Denza Bankhead, Elora Jackson

05/10/2011 12:42 PM

- The Flag Company, Inc. v. Steven A. Chan

- Thanks