**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Arnall Golden Gregory, LLP
171 17th Street, NW
Suite 2100
Atlanta, Ga. 30363

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Hector Salazar
☐ Agent
☐ Addressee

B. Received by (Printed Name)
HECTOR SALAZAR

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 0110 0000 1980 0821

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509