**Arnall
Golden
Gregory** LLP

RECEIVED IN CLERK'S OFFICE
U S

**DEC 10 2014**

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

Atlanta Office
171 17th Street NW, Suite 2100
Atlanta, GA  30363-1031
Direct phone: 404.873.8756
Direct fax: 404.873.8757
E-mail: andrea.gossmann@agg.com

December 10, 2014

**VIA COURIER**

Clerk
United States District Court
Northern District of Georgia
Richard B. Russell Federal Building
75 Spring Street, SW
Atlanta, GA  30303

> Re:     *The Flag Co. v. Steven A. Chan*
>         Case No. 1:09-cv-1880-CAP

Dear Sir or Madam:

Enclosed please find the original Writ of Execution in the above-referenced matter. Kindly issue the same, and return with our courier, if possible. If the Writ will not be ready today, we have enclosed a return envelope.

Thank you, and please contact me with any questions.

Sincerely,

ARNALL GOLDEN GREGORY LLP

Andrea M. Gossmann, C.P.
Certified Paralegal

/amg
Enclosure

cc:     J. Tucker Barr, Esq.
        Drew Stevens, Esq.

7108519v1